UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| LTL LED, LLC, D/B/A Wolf River Electric; Justin Nielsen; Vladimir Marchenko; Luka Bozek; and Jonathan Latcham, | Civil No. 25-CV-2394 |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| v. | |
| Google LLC, | |
| Defendant. | |

Defendant Google LLC ("Google") files this Notice of Removal of the civil action commenced against it by plaintiffs LTL LED, LLC, D/B/A Wolf River Electric; Justin Nielsen; Vladimir Marchenko; Luka Bozek; and Jonathan Latcham ("Plaintiffs"), from the Ramsey County District Court, Second Judicial District, State of Minnesota, to the United States District Court for the District of Minnesota, based on diversity jurisdiction and removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of this Notice of Removal, Google states as follows:

1. On March 11, 2025, Wolf River Electric commenced this action by sending via certified mail a copy of the Summons and Complaint to Google (the "Original Complaint"). The Original Complaint claimed damages for defamation "in excess of $50,000." *See* Compl. p. 38.

2. On April 22, 2025, Google responded to Wolf River Electric's Complaint by serving its Answer via email upon counsel for Wolf River Electric.

3. On May 23, 2025, Plaintiffs amended the complaint to add new plaintiffs and served via certified mail a copy of the Summons and Amended Complaint on Google (the "Amended Complaint"). The Amended Complaint also claimed, for each Plaintiff, damages for defamation "in excess of $50,000." *See* Am. Compl. pp. 43-45.

4. On June 3, 2025, Plaintiffs served initial disclosures that claimed the following damages: Wolf River ($110,000,000.00-$210,000,000.00 excluding attorneys' fees, investigative costs, and litigation costs); Justin Nielsen ("anticipated to exceed $250,000"); Vladimir Marchenko (same); Luka Bozek (same); and Jonathan Latcham (same). *See* Pls.' Initial Disclosures at pp. 8-13.

5. On June 9, 2025, Google responded to Plaintiffs' Amended Complaint by serving its Answer via email and U.S. Mail upon counsel for Plaintiffs.

6. Thereafter, on June 9, 2025, Google filed this action, including all process and pleadings, in the Ramsey County District Court, captioned *LTL LED, LLC, D/B/A Wolf River Electric, Justin Nielsen, Vladimir Marchenko, Luka Bozek, and Jonathan Latcham v. Google LLC* (case number pending) ("the State Action"). A copy of all process, pleadings, and orders served upon Google in the State Action is filed with this notice as **Exhibit 1** pursuant to 28 U.S.C. § 1446(a).

## GROUNDS FOR REMOVAL

7. Pursuant to 28 U.S.C. §§ 1446(b)(3) and 1446(c)(1), this Notice of Removal is being timely filed on June 9, 2025. In the Original Complaint, Plaintiff Wolf River

Electric sought damages for defamation "in excess of $50,000." *See* Compl. p. 38. In the Amended Complaint, each Plaintiff seeks damages for defamation "in excess of $50,000." *See* Am. Compl. pp. 43-45. On June 3, 2025, Plaintiffs served via mail their Initial Disclosures pursuant to Minnesota Rule of Civil Procedure 26.05. In their Initial Disclosures, each Plaintiff made explicit for the first time that they seek damages over $75,000. *See* Plaintiffs' Initial Disclosures at p. 8-13; *see also In re Willis*, 228 F.3d 896, 897 (8th Cir. 2000) ("the thirty-day time limit of section 1446(b) begins running upon receipt of the initial complaint only when the complaint explicitly discloses the plaintiff is seeking damages in excess of the federal jurisdictional amount."). Plaintiffs' Initial Disclosures constitute "other paper from which it may be first ascertained that the case is one which is or has become removable" under 28 U.S.C. §§ 1446(b)(3) and 1446(c)(3)(A). Plaintiffs' Initial Disclosures are attached as **Exhibit 2**.

8. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this District embraces the County of Ramsey, Minnesota, the location in which the removed action was filed.

9. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(b), and 1446(c) because complete diversity exists and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

10. Complete diversity exists. Plaintiff Wolf River Electric is a Minnesota limited liability company. Am. Compl. ¶ 1. Upon information and belief, Plaintiff Wolf River Electric's only members are Plaintiffs Justin Nielsen, Vladimir Marchenko, and Luka Bozek, who are all citizens of Minnesota. Wolf River Electric is therefore a citizen of

Minnesota. The remaining Plaintiff, Jonathan Latcham, is also a resident of Minnesota. Plaintiffs are therefore all citizens of Minnesota. Am. Compl. ¶¶ 1, 4, 7, 10, 13.

11. Google is a Delaware limited liability company. Its sole member is XXVI Holdings, Inc., which is a Delaware corporation with its principal place of business in Mountain View, California. *See* Google's Rule 7.1 Corporate Disclosure Statement. Google is therefore a citizen of California and Delaware.

12. There is thus complete diversity of citizenship between Plaintiffs and Google.

13. The amount in controversy is satisfied. As stated in Plaintiffs' Initial Disclosures, Plaintiff Wolf River Electric seeks damages of $110,000,000.00-$210,000,000.00 (excluding attorneys' fees, investigative costs, and litigation costs). *See* Pls.' Initial Disclosures at pp. 8-12. Plaintiffs Justin Nielsen, Vladimir Marchenko, Luka Bozek, and Jonathan Latcham each separately seek damages in their Initial Disclosures "anticipated to exceed $250,000."

14. Each Plaintiff therefore seeks damages exceeding $75,000, exclusive of interest and costs, and satisfies the amount in controversy requirements of §§ 28 U.S.C. §§ 1446(c) and 1332(a).

15. Pursuant to 28 U.S.C. § 1446(d), Google shall give written notice of the filing of this Notice of Removal to Plaintiffs' counsel and shall file a copy of this Notice with the Clerk of the District Court, County of Ramsey, State of Minnesota in which this action was originally commenced.

16. WHEREFORE, Google respectfully requests that the above-captioned matter be removed from Ramsey County District Court, Second Judicial District, in the State of Minnesota to the United States District Court for the District of Minnesota.

|  |  |
|---|---|
|  | **GREENSTEIN SELLERS, PLLC** |
| Dated: June 9, 2025 | */s/   Justice Ericson Lindell*<br>Justice Ericson Lindell (MN 0312071)<br>121 South 8th Street, Suite 1450<br>Minneapolis, Minnesota 55402<br>Tel. 763.285.4684<br>justice@greensteinsellers.com<br><br>MATTHEW A. MACDONALD<br>(*pro hac vice* pending)<br>EMILY R. ORMAN<br>(*pro hac vice* pending)<br>WILSON SONSINI GOODRICH & ROSATI PROFESSIONAL CORPORATION<br>953 East 3rd Street, Suite 100<br>Los Angeles, CA 90013<br>Telephone: (323) 210-2900<br>Facsimile: (323) 210-7329<br>matthew.macdonald@wsgr.com<br><br>*Counsel for Google LLC* |

4933-3345-2364, v. 2