# Exhibit 1

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF RAMSEY                              SECOND JUDICIAL DISTRICT

---

LTL LED, LLC, D/B/A Wolf River Electric

        Plaintiff.                    **SUMMONS**
vs.

Google LLC

        Defendant.

---

THIS SUMMONS IS DIRECTED TO DEFENDANT ABOVE-NAMED.

    1.    **YOU ARE BEING SUED**. Plaintiff has started a lawsuit against you. Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the court and there may be no court file number on this Summons.

    2.    **YOU MUST REPLY WITHIN 21 DAY TO PROTECT YOUR RIGHTS**. You must give or mail to the person who signed this Summons **a written response** called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

        Nicholas J. Kasprowicz
        General Counsel
        Wolf River Electric
        101 Isanti Parkway Northeast Suite G
        Isanti MN 55040
        nick@wolfriverelectric.com

    3.    **YOU MUST RESPOND TO EACH CLAIM**. The Answer is your written response to Plaintiffs' Complaint. In your Answer, you must state whether you agree or disagree

with each paragraph of the Complaint. If you believe Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4.      **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS**. If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the court may decide against you and award Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

5.      **LEGAL ASSISTANCE**. You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose this case.

6.      **ALTERNATIVE DISPUTE RESOLUTION**. The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

Dated: 3/11/2025

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #0403808
General Counsel
Wolf River Electric
101 Isanti Parkway NE Suite G
Isanti, MN 55040
Office: (763)229-6662
Nick@wolfriverelectric.com
Attorney for Plaintiff

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF RAMSEY                                      SECOND JUDICIAL DISTRICT

_____

LTL LED, LLC, D/B/A Wolf River Electric

          Plaintiff.

vs.                                          **COMPLAINT**

Google LLC

          Defendant.

_____

    Plaintiff LTL LED, LLC, doing business as Wolf River Electric, for its Complaint, states and alleges as follows:

## **<u>PARTIES</u>**

    1.    Plaintiff LTL LED, LLC, doing business as Wolf River Electric (hereinafter "Wolf River"), is a Minnesota Limited Liability Company with a principal place of business located at 101 Isanti Parkway Northeast Suite G, Isanti, MN 55040.

    2.    Wolf River is in the business of the sale, design, installation, and repair of Commercial and Residential Photovoltaic Electricity Systems (solar systems).

    3.    Wolf River is not a financial lending company and does not provide financing or loans for solar systems.

    4.    Defendant Google LLC (hereinafter "Google") is a foreign limited liability company registered to do business in the State of Minnesota with the Minnesota Secretary of State.

    5.    Google has a registered office address of 2780 Snelling Avenue North, Suite 101, Roseville, MN 55113.

6.      Google is officed in Minnesota, which accepts mail at, and located near, 221 1st Ave SW, Suite 610, Rochester, MN 55902.

## JURISDICTION AND VENUE

7.      The Minnesota District Court, County of Ramsey, has personal jurisdiction over all claims set forth in this Complaint pursuant to Minn. Stat. § 543.19 because the injuries and causes of action set forth in this Complaint arose in Minnesota, Google uses and possesses real and personal property situated in Minnesota, and Google transacts business within Minnesota.

8.      Venue is proper in Ramsey County pursuant to Minn. Stat. § 542.09 because both parties do business in Ramsey County, Google resides in Ramsey County, Google's registered agent office is in Ramsey County, and the cause of action arose from conduct and acts that were intended to harm Wolf River in this district.

## FACTS

9.      On or around September 2, 2024, employees of Wolf River discovered that Google was producing and publishing statements on the internet that falsely informed the public that Wolf River was facing a lawsuit from the Minnesota Attorney General due to violating several laws.

10.     Specifically, Google's publication states:

> According to recent news reports, Wolf River Electric is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees; many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts.

11.     A copy of this publication is attached as Exhibit 1.

12.     The URL for Google's publication is:

https://www.google.com/search?q=wolf+river+electric+lawsuit&rlz=1C1GCEA_enUS1144US1
144&oq=wolf+river&gs_lcrp=EgZjaHJvbWUqBggAEEUYOzIGCAAQRRg7MgkIARBFGDk
YgAQyEAgCEC4YrwEYxwEYsQMYgAQyDQgDEC4YrwEYxwEYgAQyBwgEEAAYgAQy
BggFEEUYQTIGCAYQRRg9MgYIBxBFGEHSAQgyMTc0ajBqN6gCALACAA&sourceid=ch
rome&ie=UTF-8

13.     Google lists four (4) websites as a source in support of its claims.

14.     The first website that is cited is a news article titled "Minnesota homeowners say they were hit with huge hidden fees when going solar" and was published by the Minnesota Star Tribune (hereinafter "Star Tribune Article").

15.     The Star Tribune Article never states Wolf River is facing a lawsuit from the Minnesota Attorney General.

16.     The Star Tribune Article contains nothing about Wolf River misleading customers about cost savings.

17.     The Star Tribune Article does not state anything about customers who claimed they were not properly informed about the total cost of their solar systems.

18.     The Star Tribune Article does not state Wolf River's customers experienced significant issues with installation and functionality after signing contracts.

19.     The second link cited to is a review on the website Angie's List (hereinafter the "Angie's List Review").

20.     The Angie's List Review contains nothing about a Minnesota Attorney General Lawsuit against Wolf River.

21.     The Angie's List Review is not a news report.

22.     The Angie's List Review does not state Wolf River mislead customers about cost savings.

23.     The Angie's List Review does not claim Wolf River tricked homeowners.

3

24.     The Angie's List Review does not say anything about hidden fees.

25.     The Angie's List Review does not state that many customers claim they were not properly informed about the total cost of their solar systems.

26.     The third source cited to is a publication by the Minnesota Attorney General, published on April 26, 2022 (hereinafter the "Attorney General Publication").

27.     The Attorney General Publication lists ten (10) solar related parties to its lawsuit, none of which are Wolf River.

28.     The Attorney General Publication does not say that Wolf River is facing a lawsuit.

29.     The Attorney General Publication does not state Wolf River engaged in deceptive sales practices regarding their solar panel installations.

30.     The Attorney General Publication does not state Wolf River mislead customers about cost savings.

31.     The Attorney General Publication does not state Wolf River used high-pressure tactics.

32.     The Attorney General Publication does not state Wolf River tricked homeowners into signing binding contracts with hidden fees.

33.     The Attorney General Publication does not state that many of Wolf River's customers claimed they were not properly informed about the total cost of their solar systems.

34.     The Attorney General Publication does not state that Wolf River's customers experienced significant issues with installation and functionality after signing contracts.

35.     In fact, Wolf River is never mentioned in the Attorney General Publication.

36.     The fourth source Google cited to is an article published by KROC News. The article is titled "Minnesota AG Suing Four Solar Panel Sales Companies", and was published on April 26, 2022 (hereinafter "KROC Article").

37.     The KROC Article never mentions Wolf River Electric. It states:

> The companies named in the lawsuit are **Brio Energy** (also known as **Pure Solar Energy** and **Clean Energy Educators**), **Bello Solar Energy** (also known as **Total Solar Solutions** and **Brio Solar Energy**), **Avolta Power**, and **Sunny Solar Utah** (also known as **Sunny Renewable Energy**). A news release notes that Brio changed its name to Bello and then Avolta. The lenders being sued or identified as **Goodleap** (Loanpal), **Sunlight Financial**, and **Corning Credit Union Services Company**.[1]

38.     The KROC Article does not state that Wolf River is facing a lawsuit from the Minnesota Attorney General.

39.     The KROC Article does not state that Wolf River has allegations of deceptive sales practices regarding their solar panel installations.

40.     The KROC Article does not state that Wolf River misleads customers about cost savings.

41.     The KROC Article does not state that Wolf River used high-pressure tactics.

42.     The KROC Article does not state that Wolf River tricked homeowners into signing binding contracts with hidden fees.

43.     The KROC Article does not state that many of Wolf River's customers claim they were not properly informed about the total cost of their solar systems.

44.     The KROC Article does not state that Wolf River's customers experienced significant issues with installation and functionality after signing contracts.

45.     Wolf River is never mentioned in the KROC Article.

---

[1] https://krocnews.com/minnesota-ag-suing-four-solar-panel-sales-companies/ (emphasis added).

46.    Google's publication falsely claims Wolf River is currently facing a lawsuit from the Minnesota Attorney General. None of the four sources Google cited support this claim.

47.    Despite this, Google's publication remains online and continues to harm Wolf River.

48.    The next part of Google publication reads:

**Key points about the lawsuit against Wolf River Electric:**

**Deceptive marketing:**
The lawsuit alleges that Wolf River Electric salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate.

**High-pressure tactics:**
Customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language.

**Hidden fees:**
Some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs.

**Installation issues:**
Complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels.[2]

49.    The "deceptive marketing" paragraph cites to three sources: the Star Tribune Article, the Attorney General Publication, and the KROC Article.

50.    None of Google's sources support its claim that Wolf River is in a lawsuit against the Attorney General.

51.    Google's sources do not state that Wolf River exaggerated the potential cost savings from solar panels.

---

[2] See Exhibit 1.

52.     Google's cited websites do not claim anything about Wolf River informing customers that they would no longer receive electricity bills after installation.

53.     Google fabricated its claims that the Minnesota Attorney General brought a lawsuit against Wolf River for deceptive marketing.

54.     Google cited three sources in support of its "high pressure sales tactics" paragraph: the Star Tribune Article, the Angie's List Review, and a Better Business Bureau review of Wolf River, posted on January 5, 2024 (hereinafter the "BBB Review").

55.     None of these sources claim or state anything about the Minnesota Attorney General initiating a lawsuit against Wolf River for high-pressure sales tactics.

56.     Google's publication falsely claimed that the Minnesota Attorney General brought a lawsuit against Wolf River for high-pressure sales tactics.

57.     In Google's "hidden fees" section of the publication, Google again cites to three sources: the Star Tribune Article, the Attorney General Publication, and the KROC Article. None of these sources make any claim about Wolf River being sued by the Minnesota Attorney General, or anything regarding Wolf River's customers experiencing unexpectedly high costs.

58.     Google's publication falsely claimed that the Minnesota Attorney General brought a lawsuit against Wolf River for hidden fees.

59.     Google's last section of their publication claims Wolf River was sued by the Minnesota Attorney General for "installation issues." Google cites three sources in support of this: Attorney General Publication, the BBB Review, and the Angie's List Review. None of Google's sources claim that the Minnesota Attorney General is suing Wolf River for issues with the quality of solar panel installations, improper connections to the grid, and or malfunctioning panels.

60.    Google's publication falsely claimed that the Minnesota Attorney General brought a lawsuit against Wolf River for installation issues.

61.    Further, Google's search engine propagates the false information that it has published.

62.    When searching for "Wolf River Electric" on Google's search engine, Google provides several auto complete phrases, including "Wolf River Electric lawsuit", "Wolf River Electric lawsuit reddit", "Wolf River Electric lawsuit update Minnesota", "Wolf River Electric lawsuit update today", and "Wolf River Electric lawsuit Minnesota settlement."

63.    A copy of this is attached as Exhibit 2 and 3.

64.    According to Google's website, autocomplete predictions reflect common and real searches that other people have done which are trending, in the same location of where the query is coming from, and based off the language of the query. Specifically, Google states:

> Once you start to type, autocomplete predictions reflect real searches that have been done on Google. To determine what predictions to show, our systems look for common queries that match what someone starts to enter into the search box but also consider:
>
> - The language of the query
> - The location a query is coming from
> - Trending interest in a query

A copy of Google's explanation on how autocomplete predictions work is attached as Exhibit 4.

65.    When searching on Google for Wolf River, the public is encouraged to search and click on the prompted autocompleted phrase "Wolf River Electric lawsuit." When the public selects this suggestion, the following statement is provided by Google:

> Wolf River Electric has faced complaints and allegations, including being named in a lawsuit by the Minnesota Attorney General, alleging deceptive business practices and misleading

consumers, and other complaints related to property damage and high-pressure sales tactics.

**Here's a more detailed look:**

**Lawsuit by Minnesota Attorney General:**
In 2022, the Minnesota Attorney General sued Wolf River Electric along with other solar companies for deceptive practices, alleging they misled consumers about cost savings, promised tax credits, and used high-pressure sales tactics.

**Allegations of Deception and Misrepresentation:**
The lawsuit claimed the companies falsely told customers they were partnering with utility companies, exaggerated savings, and tricked homeowners into signing binding contracts under false pretenses.

**Other Complaints:**
There are also complaints from consumers regarding property damage (like roof damage during installation) and disagreements over contracts and financing arrangements. Some homeowners reported being pressured into financing arrangements they couldn't afford, or being threatened with legal action when they tried to cancel contracts.

**High-Pressure Tactics:**
Sales tactics have been described as "predatory" by some homeowners who experienced issues with Wolf River Electric, including promises of a free cruise as part of the solar panel deal.

**Better Business Bureau (BBB) Complaints:**
The BBB profile for Wolf River Electric indicates a history of customer complaints.

**Employee Reviews**
Glassdoor and other review sites, Wolf River Electric has an overall rating of 4.0 out of 5 based on employee reviews.

66.    The URL of this publication is:
https://www.google.com/search?q=wolf+river+electric+lawsuit&rlz=1C1GCEA_enUS1153US1
153&oq=wolf+river+electric+lawsuit&gs_lcrp=EgZjaHJvbWUqCggAEAAY4wIYgAQyCggAE
AAY4wIYgAQyDQgBEC4YrwEYxwEYgAQyBwgCEAAYgAQyBwgDEAAYgAQyBwgEEA
AYgAQyCAgFEAAYFhgeMg0IBhAAGIYDGIAEGIoFMgYIBxBFGD3SAQg2OTU5ajBqN6g
CALACAA&sourceid=chrome&ie=UTF-8

67.    A copy of this publication is attached as Exhibit 5.

68.     Google's statement is false.

69.     Wolf River was not named in a lawsuit by the Minnesota Attorney General for deceptive business practices and misleading consumers.

70.     Wolf River was not sued by the Minnesota Attorney General in 2022 for misleading consumers about cost savings, promised tax credits, and used high-pressure sales tactics.

71.     Google's false statements directly relate to the services, products, and work offered by Wolf River.

72.     When searching on Google for Wolf River, the public is prompted with "Wolf River Electric lawsuit Minnesota Settlement." People who click on or search the terms Google recommends for them are then provided with the following publication:

> The Minnesota Attorney General's Office has sued solar lending companies, including Wolf River Electric, over hidden fees and other practices. The office has obtained consent judgments against solar installers and lenders, returning over $300,000 to consumers.
>
> **What the lawsuit claims**
>
> - The lenders misrepresented loan repayment obligations
> - The lenders failed to disclose upfront fees in loan documents
> - The lenders and partner solar installers inflated their share of the market
> - The lenders' practices skewed sales towards their financing
>
> What the lawsuit seeks civil penalties, restitution, disgorgement, and injunctive and declaratory relief.
>
> **How consumers can get help**
>
> Consumers who have experienced problems with solar advertisers, installers, or lenders can file a complaint with the Minnesota Attorney General's Office. They can also call the office at (651)

296-3353 in the Twin Cities or (800) 657-3787 in Greater Minnesota.

**Additional resources**

Consumers can also consult the Attorney General's publication, "Residential Solar Systems".

73.     A copy of this publication is attached as Exhibit 6.

74.     The URL for this publication is:
https://www.google.com/search?q=Wolf+River+Electric+lawsuit+Minnesota+Settlement&rlz=1C1GCEA_enUS1144US1144&oq=Wolf+River+Electric+lawsuit+Minnesota+Settlement&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTINCAEQABiGAxiABBiKBTINCAIQABiGAxiABBiKBTINCAMQABiGAxiABBiKBTIKCAQQABiABBiiBDIKCAUQABiABBiiBDIHCAYQABjvBTIKCAcQABiABBiiBDIKCAgQABiABBiiBNIBBzIxM2owajmoAgCwAgE&sourceid=chrome&ie=UTF-8

75.     Google's publication implies that Wolf River has not only been sued by the

Minnesota Attorney General, but also that Wolf River was guilty with "consent judgments" and

liable to its past customers for an amount of "$300,000."

76.     When Wolf River's customer, potential customers, and the general public google

Wolf River, they are recommended to click or search "Wolf River Electric lawsuit update today."

Google then states the following:

> As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf River Electric, along with several other solar companies, alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts, leading to many homeowners facing significant financial burdens from poorly installed solar panels that did not deliver promised energy savings; the case is still ongoing and details regarding its current status may be found on the Minnesota Attorney General's website.

> **Key points about the lawsuit:**

> **Allegations:**
> The lawsuit accuses Wolf River Electric of misleading customers about the cost savings of solar panels, using aggressive sales tactics, and failing to properly install systems.

**Consumer impact:**
Many Minnesota homeowners who signed contracts with Wolf River Electric reported facing high hidden fees, delayed installations, and solar panels that did not perform as advertised.

**Current status:**
The lawsuit is still ongoing, and details regarding its progress can be found on the Minnesota Attorney General's website.

77.    The URL for Google's statement is
https://www.google.com/search?q=wolf+river+electric+lawsuit+update+today&sca_esv=3ec862
5b255dccb3&rlz=1C1GCEA_enUS1144US1144&ei=DK_JZ6HAHqrI0PEPubuV-
A8&oq=wolf+river+electric+lawsuit&gs_lp=Egxnd3Mtd2l6LXNlcnAiG3dvbGYgcml2ZXIgZ
WxlY3RyaWMgbGF3c3VpdCoCCAAyChAAGLADGNYEGEcyChAAGLADGNYEGEcyCh
AAGLADGNYEGEcyChAAGLADGNYEGEcyChAAGLADGNYEGEcyChAAGLADGNYE
GEcyChAAGLADGNYEGEcyChAAGLADGNYEGEcyExAuGIAEGLADGEMYxwEYigUYr
wEyDRAAGIAEGLADGEMYigVIghBQAFgAcAF4AZABAJgBAKABAKoBALgBAcgBAJg
CAaACB5gDAIgGAZAGCpIHATGgBwA&sclient=gws-wiz-serp

78.    A copy of this publication is attached as Exhibit 7. See also Exhibit 8, alleging similar facts.

79.    In support of Google's statement, it cites three sources: the Star Tribune Article, the Attorney General Publication, and the KROC Article.

80.    None of the websites or articles Google cites to state anything about the Minnesota Attorney General filing a lawsuit against Wolf River.

81.    Further, the Attorney General Publication and the KROC Article do not mention Wolf River a single time.

82.    Google fabricated its claims that the Minnesota Attorney General filed a lawsuit against Wolf River.

83.    Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts.

12

84.    Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for leading many homeowners to face significant financial burdens.

85.    Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for poorly installed solar panels.

86.    Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for not delivering promised energy savings.

87.    Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River and falsely claimed the case is still ongoing and that details regarding its current status may be found on the Minnesota Attorney General's website.

88.    Google's false statements were communicated to the public in which Wolf River conducts business and the statements directly relate to Wolf River's business, trade, and profession.

89.    Google's statements were false, and the statements harm Wolf River's reputation in the community in which it offers solar system services.

90.    When Wolf River's customers and members of the public search "Wolf River Electric", Google autocompletes the search to "Wolf River Electric company legit lawsuit." Google then displays the following publication,

> According to recent news reports, the Minnesota Attorney General has filed a lawsuit against Wolf River Electric, alleging that the company engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts; this lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's business practices are currently being investigated by legal authorities.
>
> **Key points about the lawsuit:**

13

**Deceptive sales tactics:**
The lawsuit claims Wolf River Electric misled customers about the amount of money they could save with solar panels and falsely stated that they were automatically eligible for tax credits.

**High-pressure sales:**
Consumers reported feeling pressured to sign contracts quickly, with concerns about hidden fees and financing terms.

**Poor installation quality:**
Some complaints also mention issues with the quality of solar panel installations once contracts were signed.

**What you should do:**

**Do your research:**
Before signing a contract with Wolf River Electric, thoroughly research the company, read reviews, and compare quotes from other solar providers.

**Ask questions:**
Be very clear about all aspects of the contract, including financing terms, potential savings, and any tax credits you may be eligible for.

**Contact the Attorney General's office:**
If you believe you have been misled by Wolf River Electric, consider contacting the Minnesota Attorney General's office to file a complaint.

91.    A copy of this publication is attached as Exhibit 9.

92.    The URL for this publication is:

https://www.google.com/search?q=Wolf+River+Electric+company+legit+lawsuit&sca_esv=b59 7786ab811f977&rlz=1C1GCEA_enUS1144US1144&ei=uBzJZ7K0BdqkptQPnq7qsQU&ved=0 ahUKEwiy8N_Tx_SLAxVakokEHR6XOlYQ4dUDCBA&uact=5&oq=Wolf+River+Electric+co mpany+legit+lawsuit&gs_lp=Egxnd3Mtd2l6LXNlcnAiKVdvbGYgUml2ZXIgRWxlY3RyaWM gY29tcGFueSBsZWdpdCBsYXdzdWl0MgUQIRigATIFECEYoAEyBRAhGKABMgUQIRigA UjaBVC5A1i5A3ADeAGQAQCYAZYBoAGWAaoBAzAuMbgBA8gBAPgBAvgBAZgCBKA CrAHCAgoQABiwAxgWBBHmAMAiAYBkAYCkgcDMy4xoAfSBA&sclient=gws-wiz-serp

93.    This publication by Google falsely claims that the Minnesota Attorney General

filed a lawsuit against Wolf River for deceptive sales practices regarding solar panel installations,

falsely claims the Attorney General is suing Wolf River for misleading customers about tax credits and using high-pressure tactics to sign contracts, and falsely claims the lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's business practices are currently being investigated by legal authorities.

94.     Further, none of the "recent news reports" that Google cited as sources for its false publication said anything about the Minnesota Attorney General filing a lawsuit against Wolf River for any reason.

95.     When people, including current and potential customers, search Wolf River on Google, Google autocompletes the search to "Wolf River Electric sued by Attorney General", and Google states the following:

In March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against several solar lending companies, including Wolf River Electric, for deceptive business practices. The lawsuit alleges that the companies violated Minnesota laws against deceptive trade practices and lending.

**What the lawsuit claims**
- The companies charged hidden fees on solar panel purchases
- The companies inflated the cost of solar systems
- The companies prevented customers from comparing prices
- The companies deceived customers about the financial benefits of solar panels
- The companies promised automatic incentives, such as tax credits and rebates, that some customers don't qualify for

**What the attorney general recommends**
The attorney general recommends that Minnesotans do their research and ask questions when choosing a solar installer and payment options. He also encourages consumers to report concerns with solar companies or lenders.

**How to report concerns**
You can report concerns with solar companies or lenders by calling the Attorney General's Office at (651) 296-3353 (Metro), (800)

657-3787 (Greater Minnesota), or (800) 627-3529 (Minnesota Relay).

96.     A copy of this publication is attached as Exhibit 10.

97.     The URL for this publication is:

https://www.google.com/search?q=wolf+river+electric+sued+by+attorney+general&sca_esv=b597786ab811f977&rlz=1C1GCEA_enUS1144US1144&ei=ZB3JZ4fvEYf-ptQPhKeVwQk&oq=wolf+river+electric+sued+by+attorney+&gs_lp=Egxnd3Mtd2l6LXNlcnAiAiJXdvbGYgcml2ZXIgZWxlY3RyaWMgc3VlZCBieSBhdHRvcm5leSAqAggAMgUQIRigATIFECEYoAEyBRAhGKABMgUQIRigATIFECEYoAEyBRAhGKsCMgUQIRirAkjmQ1CQG1jGNnAFeAGQAQCYAcIBoAGDDKoBBDAuMTC4AQPIAQD4AQGYAg-gAooNwgIKEAAYsAMY1gQYR8ICBRAAGIAEwgILEC4YgAQYxwEYrwHCAgsQABiABBiABBiGAxiKBcICCBAAGIAEGKIEwgIGEAAYFhgemAMAiAYBkAYIkgcFNS45LjGgB5c7&client=gws-wiz-serp

98.     Attorney General Keith Ellison did not file a lawsuit against Wolf River in 2024.

99.     There was never a lawsuit filed by the Attorney General Keith Ellison against Wolf River alleging violations of Minnesota laws against deceptive trade practices and lending,

100.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for hidden fees on solar panel purchases.

101.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for inflating the cost of solar systems.

102.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for preventing customers from comparing prices.

103.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for deceiving customers about the financial benefits of solar panels.

104.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for promising automatic incentives, such as tax credits and rebates.

105.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for telling customers that they qualified for tax credits or rebates that some customers don't qualify for.

106.    All statements made by Google are false and directly relate to Wolf River's business practices.

107.    None of the sources that Google cited in publishing these false statements support their position. In fact, the article Google credits for its claim states that four solar parties are being sued by the Minnesota Attorney General, none of which are Wolf River. It states:

> Attorney General's investigation uncovered four large solar-lending companies charged $35 million in hidden fees on nearly 5,000 loans that financed sales of residential solar panels.

> Lawsuit filed in Hennepin County against **GoodLeap, Sunlight Financial, Solar Mosaic, and Dividend Solar Finance** asserts violations of consumer-fraud statutes; seeks accurate representation and disclosures, civil penalties, and remediation to harmed purchasers.[3]

108.    Towards the bottom of the publication, there is a note stating "Generative AI is experimental. For legal advice, consult a professional." Members of the public can only see this statement if they click on the "Show more ∨" option.

109.    A majority of the public will never see this disclaimer or have any reason to believe that Google's claims are false.

110.    A copy of Google's AI disclaimer, which has been concealed, is attached as Exhibit 11.

111.    Regardless, this minor disclaimer says nothing about the publications being untrue, false, utterly fabricated, and does not contain any language whether or not a person should rely on Google for solar advice or trust Google for the statement it provided.

---

[3] https://www.ag.state.mn.us/Office/Communications/2024/03/08_SolarLending.asp (emphasis added).

112.    Further, Wolf River has received notification that several customers who have filed complaints with the Minnesota Attorney General.

113.    Wolf River now knows these customers were directed by Google to make such a complaint, after Google falsified information directly relating to Wolf River's services and operations.

114.    Additionally, Google's statements provided the public with false and defamatory information about Wolf River, and subsequently instructed the public to contact the Minnesota Attorney General about Wolf River.

115.    Google's false statements have had a cascading effect. Many members of the public believe Google's statements to be true and have relied upon these statements in publishing their own false statements in reliance of Google's claims.

116.    Members of the public, including potential employees and customers, have viewed the defamatory publications made by Google and have relied upon these false statements in regurgitating, spreading, and further defaming Wolf River, all because of Google's false and unsupported statements.

117.    On February 27, 2025, a member of the public, posting under the alias FamousWealth2992, made a publication on the social media platform Reddit, claiming Wolf River is "also being sued by the MN attorney general for deceptive contracts that have large hidden fees."

118.    A copy of this publication is attached as Exhibit 12.

119.    On the same day, a member of the public, posting under the alias No-Main-1552, expressed concern over sharing their social and personal information with Wolf River. *Id*.

120.     On March 5, 2025, a member of the public, posting under the alias smf12, commented on the February 27 publication claiming they had just interviewed with Wolf River and stated "[d]efinitely major red flags." *Id*.

121.     Wolf River's competitors are also relying on Google's false statements in informing members of the public that Wolf River engages in deceptive trade practices.

122.     On March 3, 2025, a customer identifiable and recorded by Wolf River as contract number KSKAU-MYAVG-KA658-5KUFQ, terminated his relationship with Wolf River. The customer referred to lawsuits that appear when he "Googled" Wolf River.

123.     This contract was for a 12.8 kilowatt solar system, consisting of 32 Waaree-WSMDI-400 solar panels, three roof mounting arrays, and 32 IQ7HS-66-M-US solar inverters. The total contract price was $39,680.00.

124.     On March 4, 2025, a customer met with a sales representative of Wolf River and refused to do business with Wolf River. This customer stated that they did research online and saw Wolf River was being sued by the Minnesota Attorney General.

125.     The solar system proposal for this customer was for $26,400.00.

126.     On March 5, 2025, a customer contacted a sales representative at Wolf River and expressed concerns about Wolf River being sued by the Minnesota Attorney General for deceptive business practices. The customer sent the sales representative a screenshot of one of Google's false statements stating Wolf River is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices.

127.     On March 5, 2025, a customer of Wolf River, identified by contract number YKUFU-AH78H-PMNDF-K3C7V, contacted Wolf River and expressed concerns because of the publications on Google alleging Wolf River was being sued for misleading customers about cost

savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees.

128.    Despite the CEO of Wolf River reassuring this customer that the publications by Google are false, this customer chose to terminate the relationship with Wolf River because of Google.

129.    This contract was for a large solar system of 44.2 kilowatts, consisting of 104 Maxeon SPR-M425-BLK-AC solar panels and 104 Enphase IQ7HS solar inverters. The total contract price was $150,000.00.

130.    On March 11, 2025, a non-profit organization informed Wolf River that they were "pulling the plug" on their business relationship because of "several lawsuits in the last year" with the "Attorney General's Office." This customer terminated a solar project with a price of $147,400.00 and a lighting project with a price of $26,644.12.

131.    The non-profit agreement for solar and lighting is recorded and identifiable by Wolf River as #20250106-XXXXXXXX.

132.    Wolf River has never been named in a lawsuit against the Attorney General.

133.    There is no doubt that all of these customers terminated their relationship with Wolf River because of the false and defamatory statements made by Google.

134.    Wolf River's investigation into the full impact of Google's defamation is ongoing.

135.    Google's actions were made with a deliberate disregard to Wolf River's rights.

## COUNT I

## DEFAMATION

136.    Wolf River restates and re-alleges paragraphs 1 through 268 as though fully set forth herein.

137.    Google published false and defamatory statements on the internet, where they have been and will be viewed by Wolf River's current and potential customers, as well as the general public.

138.    Google made false and defamatory statements against Wolf River, including, but not limited to, that:

139.    Google made false and defamatory statements against Wolf River, including that Wolf River is currently facing a lawsuit from the Minnesota Attorney General.

140.    Google made false and defamatory statements against Wolf River, including that Wolf River was facing a lawsuit from the Minnesota Attorney General due to engaging in deceptive sales practices regarding their solar panel installations.

141.    Google made false and defamatory statements against Wolf River, including that Wolf River was sued by the Minnesota Attorney General due to misleading customers about cost savings.

142.    Google made false and defamatory statements against Wolf River, including that Wolf River was facing a lawsuit from the Minnesota Attorney General due to using high-pressure tactics.

143.    Google made false and defamatory statements against Wolf River, including that Wolf River was facing a lawsuit from the Minnesota Attorney General due to tricking homeowners into signing binding contracts.

21

144.    Google made false and defamatory statements against Wolf River, including that Wolf River is a defendant in a lawsuit from the Minnesota Attorney General due to hidden fees.

145.    Google made false and defamatory statements against Wolf River, including that Wolf River has many customers who claim they were not properly informed about the total cost of their solar systems.

146.    Google made false and defamatory statements against Wolf River, including that Wolf River has many customers who experienced significant issues with installation and functionality after signing contracts.

147.    Google made false and defamatory statements against Wolf River, including that Wolf River engaged in deceptive marketing.

148.    Google made false and defamatory statements against Wolf River, including that Wolf River was sued by the Attorney General because salespeople exaggerated the potential cost savings from solar panels.

149.    Google made false and defamatory statements against Wolf River, including that Wolf River informed customers they would no longer receive electricity bills after installation.

150.    Google made false and defamatory statements against Wolf River, including that Wolf River engaged in High-pressure tactics.

151.    Google made false and defamatory statements against Wolf River, including that Wolf River was sued by the Attorney General because Customer's reported feeling pressured to sign contracts quickly.

152.    Google made false and defamatory statements against Wolf River, including that Wolf River was a defendant in a lawsuit brought by the Minnesota Attorney General due to sales representatives downplaying concerns and using misleading language.

153.   Google made false and defamatory statements against Wolf River, including that The Minnesota Attorney General brought a lawsuit against Wolf River because of hidden fees.

154.   Google made false and defamatory statements against Wolf River, including that Wolf River was sued by the attorney general because some customers claim they were not adequately informed about additional fees associated with financing their solar systems.

155.   Google made false and defamatory statements against Wolf River, including that Wolf River was faced with a lawsuit from the Attorney General because of hidden fees leading to unexpectedly high costs for customers.

156.   Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General brought a lawsuit against Wolf River for solar installation issues.

157.   Google made false and defamatory statements against Wolf River, including that the Attorney General's lawsuit against Wolf River included issues with the quality of solar panel installations.

158.   Google made false and defamatory statements against Wolf River, including that the Attorney General's lawsuit against Wolf River included improper connections to the grid.

159.   Google made false and defamatory statements against Wolf River, including that the Attorney General's lawsuit against Wolf River included malfunctioning panels.

160.   Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office has sued solar lending companies, including Wolf River, over hidden fees and other practices.

161.   Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office has sued Wolf River and obtained consent judgments returning over $300,000 to consumers.

162.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office has sued Wolf River as a financing lender.

163.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River as a lender for misrepresented loan repayment obligations.

164.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River as a lender for failure to disclose upfront fees in loan documents.

165.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River as a lender and installer for an inflated share of the market.

166.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River as a lender for skewed lending practices and sales towards financing.

167.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River in a lawsuit seeking civil penalties.

168.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River in a lawsuit seeking restitution.

169.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River in a lawsuit seeking disgorgement.

170.     Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River in a lawsuit seeking injunctive relief.

171.    Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River in a lawsuit seeking declaratory relief.

172.    Google made false and defamatory statements against Wolf River, including that the Minnesota Attorney General's Office sued Wolf River in a lawsuit and encouraged members of the public to file complaints with the Minnesota Attorney General against Wolf River.

173.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that Wolf River engaged in deceptive sales practices regarding solar panel installations.

174.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that the Wolf River misled customers about tax credits.

175.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that Wolf River used high-pressure tactics to sign contracts.

176.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that the lawsuit indicates that concerns regarding the legitimacy of Wolf River's business practices are currently being investigated by legal authorities.

177.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included that Wolf River engaged in deceptive sales tactics.

178.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of

the lawsuit included that Wolf River misled customers about the amount of money they could save with solar panels.

179.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included that Wolf River falsely stated that customers were automatically eligible for tax credits.

180.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included that Wolf River engaged in high-pressure sales.

181.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included that Wolf River's consumers reported feeling pressured to sign contracts quickly.

182.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included that Wolf River's consumers had concerns about hidden fees.

183.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included that Wolf River's consumers had concerns about financing terms.

184.    Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included poor installation quality.

185.     Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, alleging that key points of the lawsuit included complaints that mention issues with the quality of solar panel installations once contracts were signed.

186.     Google made false and defamatory statements against Wolf River, including that Minnesota Attorney General has filed a lawsuit against Wolf River, and implied they may have been misled by Wolf River and that they should consider contacting the Minnesota Attorney General's office to file a complaint.

187.     Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River, for deceptive business practices.

188.     Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River violated Minnesota laws against deceptive trade practices.

189.     Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River violated Minnesota laws against lending.

190.     Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River charged hidden fees on solar panel purchases.

191.     Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River inflated the cost of solar systems.

192.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River prevented customers from comparing prices.

193.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River deceived customers about the financial benefits of solar panels.

194.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River promised automatic incentives.

195.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River promised tax credits.

196.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River promised customers tax rebates.

197.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River because Wolf River promised tax credits and rebates that some customers don't qualify for.

198.    Google made false and defamatory statements against Wolf River, including that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River and Google then claimed the Attorney General recommends and encourages consumers to report concerns with Wolf River.

199.    Google made false and defamatory statements against Wolf River, including that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts.

200.    Google made false and defamatory statements against Wolf River, including that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for leading to many homeowners to face significant financial burdens.

201.    Google made false and defamatory statements against Wolf River, including that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for poorly installed solar panels.

202.    Google made false and defamatory statements against Wolf River, including that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for not delivering promised energy savings.

203.    Google made false and defamatory statements against Wolf River, including that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River and falsely claimed the case is still ongoing and that details regarding its current status may be found on the Minnesota Attorney General's website.

204.    Google presented these false statements as facts.

205.    The natural tendency of these statements is to harm Wolf River's reputation, lower their esteem in the community, bring Wolf River into disrepute, and deter third persons from associating, dealing, or doing business with Wolf River.

206.    Google's false statements are libelous and defamatory on their face.

207. Google's publication of knowingly, intentionally, and maliciously false and defamatory statements has negatively affected and harmed and will continue to negatively affect and harm Wolf River in connection with their business and profession, including with current customers, potential customers, members of the public, potential employees, and potential business partners.

208. Google's false and defamatory statements about Wolf River are not privileged.

209. As a direct result of Google's publication of knowingly, intentionally, and maliciously false and defamatory statements, Wolf River has suffered humiliation and embarrassment.

210. As a direct result of Google's publication of knowingly, intentionally, and maliciously false and defamatory statements, Wolf River has suffered special damages, including loss of revenue from customers or prospective customers who have refused to do business with Plaintiffs.

211. Upon information and belief, discovery may reveal that other defamatory statements were also made by Google or its agents and affiliates.

212. Google is liable to Wolf River for defamation in an amount in excess of $50,000, to be determined by a jury.

## COUNT II

## DEFAMATION PER SE

213.    Wolf River restates and re-alleges paragraphs 1 through 268 as though fully set forth herein.

214.    Google made multiple false statements and publications concerning Wolf River's business, trade, and profession.

215.    Google's statements refer to improper or incompetent conduct involving Wolf River's business, trade, and profession.

216.    Google acted as an information content provider by publishing false statements it created about Wolf River.

217.    Google acted as an information content provider by publishing false statements and falsely citing sources which did not support its statements.

218.    Google created and published false statements, it did not simply archive, cache, or provide access to content that was created by a third party.

219.    The defamatory statements only appear on Google's platform.

220.    These publications and statements constitute defamation per se.

221.    Google's statements are defamatory per se as a matter of law.

222.    Google's statements are not privileged.

223.    As a result of Google's defamatory statements, Wolf River has suffered special damages.

224.    As a result of Google's defamatory statements, Wolf River has been harmed in an amount exceeding $50,000, to be determined by the jury.

## COUNT III

## DEFAMATION BY IMPLICATION

225.    Wolf River restates and re-alleges paragraphs 1 through 268 as though fully set forth herein.

226.    Google juxtaposed a series of statements to imply false and defamatory connections about Wolf River to their customers and the public.

227.    Google juxtaposed a series of statements and omitted facts to create a defamatory implication.

228.    Google's series of statements were knowingly, intentionally, and maliciously false and defamatory, and have negatively impacted Wolf River and will continue to do so in connection with Wolf River's business and profession.

229.    Google implied false and misleading information about Wolf River including that Wolf River is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees, that many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts.

230.    Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the lawsuit alleges that Wolf River Electric salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate.

231.     Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the lawsuit alleges that customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language.

232.     Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the lawsuit alleges that some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs.

233.     Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the lawsuit alleges that complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels.

234.     Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the lawsuit alleges that Wolf River is a financing lender.

235.     Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the lawsuit over hidden fees and other practices.

236.     Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General in April 2022 alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts, leading to many homeowners facing significant financial burdens from poorly installed solar panels that did not deliver

promised energy savings; the case is still ongoing and details regarding its current status may be found on the Minnesota Attorney General's website.

237.    Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General in April 2022 alleging the lawsuit accuses Wolf River of misleading customers about the cost savings of solar panels, using aggressive sales tactics, and failing to properly install systems.

238.    Google implied false and misleading information about Wolf River including that many Wolf River's solar panels do not perform as advertised.

239.    Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General in April 2022 and that the lawsuit is still ongoing, and details regarding its progress can be found on the Minnesota Attorney General's website.

240.    Google implied false and misleading information about Wolf River including that Wolf River has a lawsuit brought against it by the Minnesota Attorney General and implied the Attorney General won a judgment order against Wolf River for over $300,000.

241.    Google implied false and misleading information about Wolf River including that customers of Wolf River should file complaints against Wolf River to the Minnesota Attorney General and instructed the public on how to do so.

242.    Google implied false and misleading information about Wolf River including that Wolf River engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts.

243.    Google implied false and misleading information about Wolf River including that the Minnesota Attorney General filed a lawsuit against Wolf River for concerns regarding the

legitimacy of Wolf River's business practices are currently being investigated by legal authorities.

244.    Google implied false and misleading information about Wolf River including that its business practices are currently being investigated by legal authorities.

245.    Google implied false and misleading information about Wolf River including that Wolf River is currently being investigated by legal authorities.

246.    Google implied false and misleading information about Wolf River including that Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River in March 2024 and Google implied that Wolf River engaged in deceptive business practices.

247.    Google implied false and misleading information about Wolf River including that Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River in March 2024 and Google implied that Wolf River violated Minnesota laws against deceptive trade practices and lending.

248.    Google implied false and misleading information about Wolf River including that Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River in March 2024 and Google implied that Wolf River charged hidden fees on solar panel purchases, inflated the cost of solar systems, prevented customers from comparing prices, deceived customers about the financial benefits of solar panels, promised automatic incentives, such as tax credits and rebates, that some customers don't qualify for.

249.    Google implied false and misleading information about Wolf River including that Minnesota Attorney General Keith Ellison filed a lawsuit against Wolf River in March 2024 and Google implied that Wolf River should be reported to the Minnesota Attorney General.

250.    Google conveyed a defamatory meaning through the language used and the surrounding circumstances of the statements.

251.    As a result of Google's defamatory statements, Wolf River received several complaints from customers who filed complaints with the Minnesota Attorney General.

252.    As a result of Google's defamatory statements, customers and the general public have refused to do business with Wolf River.

253.    As a result of Google's defamatory statements, Wolf River has suffered damages in an amount exceeding $50,000, to be determined by a jury.

<u>**COUNT IV**</u>

<u>**VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT**</u>

254.    Wolf River restates and re-alleges paragraphs 1 through 268 as though fully set forth herein.

255.    In the course of its business, Google disparaged Wolf River's services and business, by publishing false and misleading representations of fact as set forth herein, in violation of the Minnesota Deceptive Trade Practices Act, Minn. Stat. § 325D.44 et seq.

256.    In the course of its business, Google caused the likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of Wolf River's goods and services.

257.    In the course of its business, Google caused the likelihood of confusion or of misunderstanding as to affiliation, connection, or association of Wolf River to defendants named in the Minnesota Attorney General's lawsuits.

258.    In the course of its business, Google disparages the goods, services, or business of Wolf River by false or misleading representation of fact.

259.   In the course of its business, Google engaged in unfair and unconscionable acts or practices against Wolf River.

260.   In the course of its business, Google engaged in conduct which similarly creates a likelihood of confusion or of misunderstanding between Wolf River and parties named in the Minnesota Attorney General's lawsuits.

261.   As a direct result of Google's deceptive trade practices, Wolf River has suffered financial, economic, and reputational damages.

262.   As a direct result of Google's deceptive trade practices, Wolf River will continue to suffer financial, economic, and reputational damages.

263.   As a direct result of Google's deceptive trade practices, Wolf River has been defamed and continues to suffer damages.

264.   Wolf River is entitled to injunctive relief against Google, plus attorney's fees, costs, and disbursements to the extent permitted by law for Google's violation of the Minnesota Deceptive Trade Practices Act.

## COUNT V

## DECLARATORY RELIEF

265.   Wolf River restates and re-alleges paragraphs 1 through 268 as though fully set forth herein.

266.   Search engines, internet websites, and social media companies will not delist or remove reviews or publications without a court order declaring the publication to be unlawful, false, or defamatory.

267.   Wolf River has no adequate or other speed remedy at law, and a declaration of rights is necessary and proper for a resolution of these issues.

268.    Wolf River is entitled to a declaration that Defendants' publications must be removed because they are false, defamatory, or unlawful.

**WHEREFORE**, Wolf River requests judgment as follows:

1.    For an Order of the Court entering Judgment in Plaintiff Wolf River's favor and against Defendant Google on Count I of Plaintiff's Complaint, in an amount in excess of $50,000.

2.    For an Order of the Court entering Judgment in Plaintiff Wolf River's favor and against Defendant Google on Count II of Plaintiff's Complaint, in an amount in excess of $50,000.

3.    For an Order of the Court entering Judgment in Plaintiff Wolf River's favor and against Defendant Google on Count III of Plaintiff's Complaint, in an amount in excess of $50,000.

4.    For an Order of the Court entering Judgment in Plaintiff Wolf River's favor and against Defendants on Count IV, awarding injunctive relief, attorney's fees, costs, and disbursements to the extent permitted by law.

5.    For an Order of the Court entering Judgment in Plaintiff Wolf River's favor and against Defendant Google on Count V, awarding declaratory relief declaring that Defendant's internet publications must be removed because they are false, defamatory, or unlawful.

6.    For an Order in Plaintiff Wolf River's favor for other and further relief as the Court deems just, equitable, and appropriate.

Dated:  3/12/2025

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #0403808
General Counsel
Wolf River Electric
101 Isanti Parkway NE Suite G
Isanti, MN 55040
Office: (763)229-6662
Nick@wolfriverelectric.com

**Attorney for Plaintiff LTL LED, LLC, d/b/a
Wolf River Electric**


## ACKNOWLEDGMENT

The party represented by the undersigned, by and through the undersigned, hereby acknowledge that sanctions may be imposed under Minn. Stat. § 549.211 if the Court finds a violation of said statute.

Dated:  3/12/2025

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #0403808
General Counsel
Wolf River Electric
101 Isanti Parkway NE Suite G
Isanti, MN 55040
Office: (763)229-6662
Nick@wolfriverelectric.com

**Attorney for Plaintiff LTL LED, LLC, d/b/a
Wolf River Electric**

# EXHIBIT 1

G  wolf river electric lawsuit                    ✕  🎤  📷  🔍

All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More                    Tools

✦ **AI Overview**                    Learn more    ⋮

According to recent news reports, Wolf River Electric is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees; many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts. 🔗

### Key points about the lawsuit against Wolf River Electric:

**Deceptive marketing:**
The lawsuit alleges that Wolf River Electric salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate. 🔗

**High-pressure tactics:**
Customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language. 🔗

**Hidden fees:**
Some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs. 🔗

**Installation issues:**
Complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels. 🔗

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✦ Star Tribune                                                        ⋮

Wolf River Electric Reviews - Woodbury, MN - Angie's List

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

 Angie's List                                                          ⋮

---

Wolf River Electric | BBB Reviews | Better Business Bureau

Their responses to this were that I asked about a subpanel (I also asked about more solar panels) and for the solar panel design,

 BBB                                                                  ⋮

---

Show all

Generative AI is experimental. For legal advice, consult a professional.            👍   👎

---

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...    ⋮

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Wolf River Electric
https://wolfriverelectric.com    ⋮

### Wolf River Electric

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

About Us      Wolf River Electric      Contact Us      See our projects

 Indeed
https://www.indeed.com › ... › Employee Reviews    ⋮

### Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0              · Review by Appointment Setter

 Angie's List
https://www.angi.com › companylist › wolf-river-electric...    ⋮

### Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9              (15)

## People also ask ⋮

Who is the owner of Wolf River Electric?                                    ⌄

Is Wolf River Electric a good company to work for?                         ⌄

What is the warranty on Wolf River Electric?                               ⌄

What solar company is being sued?                                          ⌄

                                                                    Feedback


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric    ⋮

### Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.


Reddit · r/Devilcorp
10+ comments · 6 months ago    ⋮

### Possible Devil Corp : r/Devilcorp

it's a hard sell. They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that ...

Minnesotans who have installed solar on their homes ...    128 posts    May 29, 2023
Does anyone have experience with Nusun Power before?    115 posts    Dec 19, 2023
Is my Solar Sales job a scam? - Reddit                     35 posts    Jan 18, 2020
Spruce Power finally resolved an old SPAC **lawsuit** ...     5 posts    Jan 8, 2024
More results from www.reddit.com


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric    ⋮

### Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.

3.9              (37)

 Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri... ⋮

## Legal Document

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio ⋮

## April 26, 2022 Press Release

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners.

 Indeed
https://www.indeed.com › ... › Wolf River Electric ⋮

## Working at Wolf River Electric: 95 Reviews

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security**, and more.

4.5          (100)

[ Isanti, MN ]   [ 4.6 Management ]   [ 4.6 Compensation & Benefits ]

## People also search for  ⋮

| | |
|---|---|
| Wolf river electric lawsuit **update** 🔍 | Wolf River Electric **Reddit** 🔍 |
| Wolf river electric lawsuit **reddit** 🔍 | Wolf River Electric **salary** 🔍 |
| Wolf River Electric **reviews** 🔍 | Wolf River Electric **solar reviews** 🔍 |
| Wolf river electric lawsuit **Minnesota settlement** 🔍 | Wolf River Electric **jobs** 🔍 |

1  2  3  4  5  6  7          Next

Results are not personalized

**Minneapolis, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 2







| Wolf River Electric **lawsuit update** 🔍 | Wolf river electric **lawsuit Minnesota settlement** 🔍 |
| Wolf River Electric **reviews** 🔍 | Wolf River Electric **jobs** 🔍 |
| Wolf river electric **pyramid scheme** 🔍 | Wolf River Electric **solar reviews** 🔍 |



1 2 3 4 5 6 7 8 9 10    Next

Results are not personalized

● **Minneapolis, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 3

  Gmail     Images     



wolf river electric l     ✕     🎤     📷



🔍  **wolf river electric lawsuit**
     Wolf River Electric Company · Isanti, MN

🔍  wolf river electric l**awsuit reddit**

🔍  wolf river electric l**ogo**

🔍  wolf river electric l**awsuit update minnesota**

🔍  wolf river electric l**awsuit update today**

🔍  wolf river electric **+ linkedin**

🔍  wolf river electric l**awsuit minnesota settlement**

🔍  wolf river electric l**ocations**

🔍  wolf river electric l**lc**

🔍  wolf river electric **company l**egit

Google Search          I'm Feeling Lucky

*Report inappropriate predictions*

About     Advertising     Business     How Search works

🌱 Our third decade of climate action: join us          Privacy     Terms     Settings

# EXHIBIT 4



## ✦ AI Overview

Wolf River Electric has faced complaints and allegations, including being named in a lawsuit by the Minnesota Attorney General, alleging deceptive business practices and misleading consumers, and other complaints related to property damage and high-pressure sales tactics. 🔗

## Here's a more detailed look:

### Lawsuit by Minnesota Attorney General:

In 2022, the Minnesota Attorney General sued Wolf River Electric along with other solar companies for deceptive practices, alleging they misled consumers about cost savings, promised tax credits, and used high-pressure sales tactics. 🔗

### Allegations of Deception and Misrepresentation:

The lawsuit claimed the companies falsely told customers they were partnering with utility companies, exaggerated savings, and tricked homeowners into signing binding contracts under false pretenses. 🔗

### Other Complaints:

There are also complaints from consumers regarding property damage (like roof damage during installation) and disagreements over contracts and financing arrangements. Some homeowners reported being pressured into financing arrangements they couldn't afford, or being threatened with legal action when they tried to cancel contracts. 🔗

### High-Pressure Tactics:

Sales tactics have been described as "predatory" by some homeowners who experienced issues with Wolf River Electric, including promises of a free cruise as part



April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🌱 Minnesota Attorney General's Office

Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

🎨 KROC-AM

 Star Tribune

**Wolf River Electric Reviews - Woodbury, MN - Angie's List**

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

Angie's List

**April 26, 2022 Press Release - Minnesota Attorney General's Office**

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office

Show all

Generative AI is experimental. For legal advice, consult a professional.

---

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

**Minnesota Attorney General Keith Ellison sues solar ...**

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging...

Wolf River Electric
https://wolfriverelectric.com

**Wolf River Electric**

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.



See results about

Wolf River Electri...
Solar energy company in Isanti, Minnesota



**April 26, 2022 Press Release - Minnesota Attorney General's Office**

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office

**Minnesota AG Suing Four Solar Panel Sales Companies**

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

KROC-AM



**Indeed**
https://www.indeed.com › ... › Employee Reviews

## Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on...

1.0          · Review by Appointment Setter

**Better Business Bureau**
https://www.bbb.org › ... › Wolf River Electric

## Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

## People also ask ⋮

Who is the CEO of Wolf River Electric?                    ⌄

Is Wolf River Electric a good company to work for?        ⌄

What is the warranty on Wolf River Electric?              ⌄

What solar company is being sued?                         ⌄

                                              Feedback

**Trellis.Law**
https://trellis.law › ... › Cook County District Courts

## Ltl Led Llc Dba Wolf River Electric Vs James Mydland ...



April 26, 2022 Press Release - Minnesota Attorney General's Office
Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🌿 Minnesota Attorney General's Office                    ⋮

Minnesota AG Suing Four Solar Panel Sales Companies
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

🌀 KROC-AM                                                ⋮



Indeed
https://www.indeed.com › ... › Wolf River Electric

## Wolf River Electric Employee Reviews

94 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management,...**

4.5          (99)

[ Isanti, MN ]   [ 4.6 Management ]   [ 4.6 Compensation & Benefits ]



Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric

## Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.

4.0          (41)

Yelp
https://www.yelp.com › ... › Home Services › Electricians

## WOLF RIVER ELECTRIC - Updated March 2025

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry...

2.2          (10)

## People also search for ⋮

Wolf river electric lawsuit **update**          🔍

Wolf river electric lawsuit **reddit**          🔍

Wolf river electric lawsuit **Minnesota settlement**          🔍

Wolf River Electric **reviews**          🔍

---

✕

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🌱 Minnesota Attorney General's Office          ⋮

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

🎨 KROC-AM          ⋮

3/12/25, 11:17 AM
wolf river electric lawsuit - Google Search
CASE 0:25-cv-02394   Doc. 1   Filed 06/09/25   Page 60 of 279

1  2  3  4  5        Next

Results are not personalized

**Minneapolis, Minnesota** - From your IP address - Update location

Help      Send feedback      Privacy      Terms



April 26, 2022 Press Release - Minnesota Attorney General's Office
Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🌍 Minnesota Attorney General's Office

Minnesota AG Suing Four Solar Panel Sales Companies
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

🎨 KROC-AM

# EXHIBIT 5

# How Google autocomplete predictions work

Autocomplete is a feature within Google Search that makes it faster to complete searches that you start to type. Our automated systems generate predictions that help people save time by allowing them to quickly complete a search that is useful to them.

Where autocomplete predictions come from

Once you start to type, autocomplete predictions reflect real searches that have been done on Google. To determine what predictions to show, our systems look for common queries that match what someone starts to enter into the search box but also consider:

- The language of the query
- The location a query is coming from
- Trending interest in a query
- Your past searches

These factors allow autocomplete to show the most helpful predictions that are unique to a particular location or time, such as for breaking news events.

In addition to full search predictions, Autocomplete may also predict individual words and phrases that are based on both real searches as well as word patterns found across the web.

Finally, signed in users may also see other time saving features related to Autocomplete, including:

- A history of their past searches
- Personalized predictions based on their activity on Google

Learn how to manage trending searches, past searches, and personalized search predictions.

How we handle issues with predictions

Autocomplete policies

Find trending searches

## Difference between autocomplete & Google Trends

Autocomplete is a time-saving but complex feature. It doesn't simply display the most common queries on a given topic. That's why it differs from and shouldn't be compared against Google Trends.

Google Trends　　is a tool for journalists and anyone else who wants to research the popularity of searches and search topics over time.

## Turn off, remove, or report some predictions

Learn how to turn off, remove, and report some predictions.

### Need more help?

Try these next steps:



**Post to the help community**
Get answers from community members

# EXHIBIT 6





✦ **AI Overview**      Learn more   ⋮

The Minnesota Attorney General's Office has sued solar lending companies, including Wolf River Electric, over hidden fees and other practices. The office has obtained consent judgments against solar installers and lenders, returning over $300,000 to consumers. 🔗

### What the lawsuit claims 🔗

- The lenders misrepresented that loan repayment obligations were independent of the actions of the solar company
- The lenders failed to disclose upfront fees in the initial loan documents
- The practices prevented comparison shopping and gave the lenders and solar installers an unfair share of the market

What the lawsuit seeks civil penalties, restitution, disgorgement, and injunctive and declaratory relief. 🔗

### How to file a complaint

You can file a complaint with the Minnesota Attorney General's Office if you've been victimized by a solar advertiser, installer, or lender. You can file a complaint online or call (651) 296-3353 (Metro area) or (800) 657-3787 (Greater Minnesota). 🔗



Minnesota Attorney General Keith Ellison sues solar lending ...

Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✦ Star Tribune      ⋮

July 17, 2024 Press Release - Minnesota Attorney General

Jul 17, 2024 — And in 2022 and 2023, the Office sued and obtained consent judgments against solar installers, their owners, and their...

🌿 Minnesota Attorney General's Office      ⋮

October 21, 2024 Press Release - Minnesota Attorney General

Oct 21, 2024 — The Attorney General's Office will contact impacted consumers who are entitled to refunds. Since taking Office, Attorn...

 Minnesota Attorney General's Office                    ⋮

Show all

Generative AI is experimental. For legal advice, consult a professional.            

---

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...    ⋮

## Minnesota Attorney General Keith Ellison sues solar ... ✅

Nov 8, 2024 — Ellison is suing four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.
Missing: ~~settlement~~ | Show results with: settlement

## People also ask ⋮

Does solar really pay off?                                                    ⌄

What solar company is being sued?                                             ⌄

                                                                    Feedback

---

 KROC-AM
https://krocnews.com › ...    ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✅

Apr 26, 2022 — **Minnesota** Attorney General Keith Ellison has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

---

Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio    ⋮

## April 26, 2022 Press Release ✅

Apr 26, 2022 — The **lawsuit** alleges these companies, individuals, and lenders violated several **Minnesota** state laws against consumer fraud. Attorney General Ellison is seeking restitution for consumers, civil...

CASE 0:25-cv-02394   Doc. 1-1   Filed 06/09/25   Page 67 of 279



**Bring Me The News**
https://bringmethenews.com › MN News   ⋮

## MN solar panel installers that 'defrauded customers' hit with ... ✅

May 21, 2023 — On Friday, Ellison announced that, under the terms of the **settlement**, Avolta Power, Inc. and a number of other companies will pay out $310,000 in restitution, over "false promises the…



**Trellis.Law**
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...   ⋮

## Legal Document ✅

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.
Missing: ~~settlement~~ | Show results with: **settlement**



**Better Business Bureau**
https://www.bbb.org › ... › Isanti › Electrician   ⋮

## Wolf River Electric | BBB Business Profile ✅

View Service Area close. **Serving the following areas**: Aitkin County, MN; Anoka County, MN; Benton County, MN; Carlton County, MN; Carver County, MN; Chisago County, MN; Crow Wing County, MN; Dako…
3.9 ★★★★☆ (37)
Missing: ~~settlement~~ | Show results with: **settlement**



**Reddit · r/minnesota**
120+ comments · 1 year ago   ⋮

## Minnesotans who have installed solar on their homes ✅

Up to $8,500 per household to replace systems with high efficiency heat pumps. Most of the winter in **Mn** you can run a heat pump and heat the entire home with **electricity** rather than natural gas. If you have…
128 answers · Top answer: Yup. I produce more electricity than I consume annually, so it does offset the…

Seriously my favorite billboard right now : r ...     34 answers     Jun 5, 2024
Things went from bad to worse. Looking into legal ...     95 answers     Oct 31, 2023
Solar Sales Job, is this an MLM or scam? - Reddit     39 answers     Feb 1, 2023
Spruce Power finally resolved an old SPAC **lawsuit** ...     5 answers     Jan 8, 2024
More results from www.reddit.com



**Minnesota Attorney General's Office**
https://www.ag.state.mn.us › 2023/05 › 19_Avolta   ⋮

## May 19, 2023 Press Release ✅

May 19, 2023 — May 19, 2023 (SAINT PAUL) — **Minnesota Attorney General Keith Ellison announced today that he has reached a settlement** and obtained judgment against the last of 10 defendants that…
Missing: ~~wolf river~~

3/5/25, 7:42 PM
CASE 0:25-cv-02394 Doc 1-1 Filed 06/09/25 Page 68 of 279
wolf river electric lawsuit minnesota settlement - Google Search



mn.gov
https://mn.gov › oah › rest › html › oah › opinion-archive ⋮

## Document List - Minnesota.gov ✅

28-2500-40515 In the Matter of the Application of Northern States Power Company, d/b/a Xcel Energy, for Authority to Increase Rates for **Electric** Service in the State of **Minnesota** · 65-3600-39432 City of...



KXAN Austin
https://www.kxan.com › press-releases › ein-presswire ⋮

## Wolf River Electric Opposes SF 1142 and HF 845, Citing ... ✅

Feb 21, 2025 — The bills propose redefining key terms, adjusting compensation structures, and updating interconnection standards—changes that **Wolf River Electric** believes will discourage solar adoption an...

Missing: ~~settlement~~ | Show results with: settlement

## People also search for ⋮

| | |
|---|---|
| Wolf river electric lawsuit minnesota settlement **payout** 🔍 | Wolf River Electric **reviews** 🔍 |
| Wolf river electric lawsuit minnesota settlement **reddit** 🔍 | Wolf River Electric **jobs** 🔍 |
| Wolf river electric lawsuit minnesota settlement **2022** 🔍 | |



1 2 3 4 5 6 7 8 9    Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 7



**G**   wolf river electric lawsuit update today

All    News    Videos    Short videos    Images    Forums    Shopping    ⋮ More        Tools

✦ **AI Overview**          Learn more   ⋮

As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf River Electric, along with several other solar companies, alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts, leading to many homeowners facing significant financial burdens from poorly installed solar panels that did not deliver promised energy savings; the case is still ongoing and details regarding its current status may be found on the Minnesota Attorney General's website. 🔗

**Key points about the lawsuit:**

**Allegations:**
The lawsuit accuses Wolf River Electric of misleading customers about the cost savings of solar panels, using aggressive sales tactics, and failing to properly install systems.

**Consumer impact:**
Many Minnesota homeowners who signed contracts with Wolf River Electric reported facing high hidden fees, delayed installations, and solar panels that did not perform as advertised.

**Current status:**
The lawsuit is still ongoing, and details regarding its progress can be found on the Minnesota Attorney General's website. 🔗

Minnesota homeowners say they were hit with huge hidden fees when …
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily…

✦ Star Tribune          ⋮

Minnesota AG Suing Four Solar Panel Sales Companies - KROC-AM
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello …



KROC-AM

**April 26, 2022 Press Release - Minnesota Attorney General**

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office

Generative AI is experimental.

👍  👎

---



Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

**Minnesota Attorney General Keith Ellison sues solar ...** ✅

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

## People also ask  ⋮

Who is the CEO of Wolf River Electric?  ⌄

What is the warranty on Wolf River Electric?  ⌄

Where is Wolf River Electric headquarters?  ⌄

Are solar companies being sued?  ⌄

Feedback

---



Angie's List
https://www.angi.com › companylist › wolf-river-electric...

**Wolf River Electric Reviews - Woodbury, MN** ✅

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ⭐⭐⭐☆☆ (15)

Reddit · r/Devilcorp
10+ comments · 6 months ago  ⋮

**Possible Devil Corp : r/Devilcorp** ✅

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

Minnesotans who have installed solar on their homes     128 posts    May 29, 2023

Is my Solar Sales job a scam?                      35 posts    Jan 18, 2020

Is it worth if for me to go solar? : **r**/solar         13 posts    Jul 17, 2024

Solar work or low voltage work : **r**/electricians     10 posts    Aug 19, 2024

More results from www.reddit.com



Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician   ⋮

### Wolf River Electric | BBB Business Profile ✓

**Wolf River Electric is BBB Accredited.** BBB accredited business seal. This business has committed to upholding the BBB Standards for Trust.

3.9 ★★★★☆ (37)



Indeed
https://www.indeed.com › ... › Employee Reviews   ⋮

### Misleading Job is Not what they tell you in the interview. ✓

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★☆☆☆☆ · Review by Appointment Setter



Yelp
https://www.yelp.com › ... › Home Services › Electricians   ⋮

### WOLF RIVER ELECTRIC - Updated March 2025 ✓

Then **today** I get a notice email that an invoice for over $6,000 will be due.. they can try and sue me for that money I am not paying a cent. Who do these ...

2.5 ★★☆☆☆ (11)



Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric   ⋮

### Wolf River Electric | BBB Complaints | Better Business ... ✓

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.



News Channel Nebraska Southeast
http://southeast.newschannelnebraska.com › story › wol...   ⋮

### Wolf River Electric Featured in Exclusive Online Article on ... ✓

Feb 26, 2025 — **Lawsuit** filed by 17 states against abortion accommodations in the workplace can proceed. Proposal to ban lab-grown meat in Nebraska gets ...

KROC-AM
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies ✔

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison has filed a consumer protection lawsuit** against four solar-panel sales companies based in Utah.

Wolf River Electric
https://wolfriverelectric.com

## Wolf River Electric ✔

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

[ About Us ]  [ Wolf River Electric ]  [ Locations ]  [ Contact Us ]

## People also search for

| Wolf river electric lawsuit update today **reddit** | Wolf River Electric **salary** |
| Wolf river electric lawsuit update today **2022** | Wolf River Electric **Reddit** |
| Wolf River Electric **reviews** | Wolf River Electric **BBB** |
| Wolf river electric lawsuit **Minnesota settlement** | Wolf River Electric **net worth** |



Goooooooogle  ›

1  2  3  4  5  6  7  8    Next

Results are not personalized

● **Minneapolis, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 8



wolf river electric lawsuit update

All  News  Images  Videos  Short videos  Forums  Shopping  ⋮ More                    Tools

✦ **AI Overview**                                                    Learn more   ⋮

As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf
River Electric, along with several other solar companies, alleging deceptive
sales practices including misrepresenting cost savings, using high-pressure
tactics, and tricking consumers into signing contracts by calling them
"paperwork.". The lawsuit seeks restitution for affected consumers and
penalties against the companies. Currently, there haven't been any major
updates regarding the outcome of the lawsuit against Wolf River Electric,
but you can check the Minnesota Attorney General's website for the latest
information. 🔗

## Key points about the lawsuit:

**Allegations:**
The lawsuit claims Wolf River Electric and other solar companies misled customers
about the cost savings of solar panels, used aggressive sales tactics, and made false
promises about electricity bill reductions.

**Consumer impact:**
Many homeowners reportedly signed contracts with Wolf River Electric believing they
were simply providing information, only to later discover they were legally bound to a
solar installation.

**Potential outcomes:**
If the lawsuit is successful, affected consumers may be eligible for refunds or
contract cancellations, and Wolf River Electric could face financial penalties. 🔗

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every
morning and the company advertises heavily...

✦ Star Tribune                                                                          ⋮

**Minnesota AG Suing Four Solar Panel Sales Companies - KROC-AM**

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

 KROC-AM                                                                        ⋮

**April 26, 2022 Press Release - Minnesota Attorney General**

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Generative AI is experimental.                                                           👍      👎

 Minnesota Attorney General's Office

---

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...                    ⋮

## Minnesota Attorney General Keith Ellison sues solar ... ✅

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

 Reddit · r/Devilcorp
10+ comments · 6 months ago    ⋮

## Possible Devil Corp : r/Devilcorp ✅

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

Minnesotans who have installed solar on their homes ...    128 posts    May 29, 2023
Is my Solar Sales job a scam? - Reddit                      35 posts     Jan 18, 2020
Does anyone have experience with Nusun Power before?        115 posts    Dec 19, 2023
Solar Sales Job, is this an MLM or scam? - Reddit            39 posts     Feb 1, 2023
More results from www.reddit.com

## People also ask  ⋮

Who is the owner of Wolf River Electric?                                               ⌄

Is Wolf River Electric a good company to work for?                                     ⌄

What is the warranty on Wolf River Electric?                                          ⌄

What solar company is being sued?                                                     ⌄

Feedback

 Angie's List
https://www.angi.com › companylist › wolf-river-electric... ⋮

## Wolf River Electric Reviews - Woodbury, MN ✅

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★★★☆☆ (15)

 Yelp
https://www.yelp.com › ... › Home Services › Electricians ⋮

## WOLF RIVER ELECTRIC - Updated March 2025 ✅

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry and have filed ...

2.5 ★★☆☆☆ (11)

 Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician ⋮

## Wolf River Electric | BBB Business Profile ✅

**Wolf River Electric is BBB Accredited.** BBB accredited business seal. This business has committed to upholding the BBB Standards for Trust.

3.9 ★★★★☆ (37)

 Indeed
https://www.indeed.com › ... › Employee Reviews ⋮

## Misleading Job is Not what they tell you in the interview. ✅

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★☆☆☆☆ · Review by Appointment Setter

 Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric ⋮

## Wolf River Electric | BBB Complaints | Better Business ... ✅

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

 KROC-AM
https://krocnews.com › ... ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✅

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison has filed a consumer protection lawsuit** against four solar-panel sales companies based in Utah.

Wolf River Electric
https://wolfriverelectric.com    ⋮

## Wolf River Electric ✅

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

[ About Us ]   [ Wolf River Electric ]   [ Contact Us ]   [ See our projects ]

Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...    ⋮

## Legal Document ✅

Access this legal document on Trellis.Law. Review the document, case details, and **relevant case updates** to stay informed on this notable legal proceeding.

## People also search for    ⋮

| | |
|---|---|
| Wolf river electric lawsuit update **today**    🔍 | Wolf river electric lawsuit **Minnesota settlement**    🔍 |
| Wolf river electric lawsuit update **reddit**    🔍 | Wolf River Electric **Reddit**    🔍 |
| Wolf river electric lawsuit update **2022**    🔍 | Wolf River Electric **salary**    🔍 |
| Wolf River Electric **reviews**    🔍 | Wolf River Electric **net worth**    🔍 |



Goooooogle ›

1 2 3 4 5 6 7    Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 9



# AI Overview

According to recent news reports, the Minnesota Attorney General has filed a lawsuit against Wolf River Electric, alleging that the company engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts; this lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's business practices are currently being investigated by legal authorities.

## Key points about the lawsuit:

**Deceptive sales tactics:**
The lawsuit claims Wolf River Electric misled customers about the amount of money they could save with solar panels and falsely stated that they were automatically eligible for tax credits.

**High-pressure sales:**
Consumers reported feeling pressured to sign contracts quickly, with concerns about hidden fees and financing terms.

**Poor installation quality:**
Some complaints also mention issues with the quality of solar panel installations once contracts were signed.

## What you should do:

**Do your research:**
Before signing a contract with Wolf River Electric, thoroughly research the company, read reviews, and compare quotes from other solar providers.

**Ask questions:**

Be very clear about all aspects of the contract, including financing terms, potential savings, and any tax credits you may be eligible for. 🔗

**Contact the Attorney General's office:**

If you believe you have been misled by Wolf River Electric, consider contacting the Minnesota Attorney General's office to file a complaint. 🔗



### April 26, 2022 Press Release - Minnesota Attorney General

Apr 26, 2022 — They told consumers they were automatically eligible for tax credits when they weren't. When consumers tried to get ou...

🌍 Minnesota Attorney General's Office

### Wolf River Electric Reviews - Woodbury, MN - Angie's List

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

Ⓐ Angie's List

### WOLF RIVER ELECTRIC - Updated March 2025 - Yelp

He also told us that in the winter, all I had to do was clear some of the snow off of the panels and the panels would create heat ...

Ⓨ Yelp

Show all

Generative AI is experimental.

 

---

 **Better Business Bureau**
https://www.bbb.org › ... › Wolf River Electric ⋮

### Wolf River Electric | BBB Complaints | Better Business ... ✅

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

Missing: ~~legit~~ | Show results with: legit

## People also ask ⋮

Who is the CEO of Wolf River Electric?                                                    ⌄

What is the warranty on Wolf River Electric?                                               ⌄

Feedback


Reddit · r/Devilcorp
10+ comments · 6 months ago    ⋮

## Possible Devil Corp : r/Devilcorp ✓

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes | 128 posts | May 29, 2023 |
| Is my Solar Sales job a **scam**? | 35 posts | Jan 18, 2020 |
| Seriously my favorite billboard right now : **r**/minnesota | 34 posts | Jun 5, 2024 |
| Is it worth if for me to go solar? : **r**/solar | 13 posts | Jul 17, 2024 |

More results from www.reddit.com


Star Tribune
https://www.startribune.com › minnesota-homeowners-s...    ⋮

## Minnesota Attorney General Keith Ellison sues solar ... ✓

Nov 8, 2024 — Ellison is **suing** four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.
Missing: ~~legit~~ | Show results with: legit


Indeed
https://www.indeed.com › ... › Employee Reviews    ⋮

## Misleading Job is Not what they tell you in the interview. ✓

DO NOT WORK FOR **WOLF RIVER**. This **company** hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★☆☆☆☆ · Review by Appointment Setter


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric    ⋮

## Reviews - Wolf River Electric ✓

View BBB customer reviews of **Wolf River Electric**. Leave a review and share your experience with the BBB and Wolf River Electric.

3.9 ★★★★☆ (37)


Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...    ⋮

## Legal Document ✓

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.

Missing: ~~legit~~ | Show results with: legit

 Angie's List
https://www.angi.com › companylist › wolf-river-electric... ⋮

## Wolf River Electric Reviews - Woodbury, MN ✅

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★★★☆☆ (15)

 Yelp
https://www.yelp.com › ... › Home Services › Electricians ⋮

## WOLF RIVER ELECTRIC - Updated March 2025 ✅

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry and have filed ...

2.5 ★★☆☆☆ (11)

 Indeed
https://www.indeed.com › ... › Wolf River Electric ⋮

## Working at Wolf River Electric: 95 Reviews ✅

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security**, and more.

4.5 ★★★★⯪ (100)

| Isanti, MN | 4.6 Management | 4.6 Compensation & Benefits |

 KROC-AM
https://krocnews.com › ... ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✅

Apr 26, 2022 — Minnesota Attorney General Keith Ellison has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

## People also search for ⋮

| Wolf river electric company legit lawsuit **reddit** 🔍 | **MN** Wolf River **Solar reviews** 🔍 |
| Wolf River Electric **employee reviews** 🔍 | Wolf River Electric **net worth** 🔍 |
| Wolf River Electric **BBB** 🔍 | Wolf River Electric **salary** 🔍 |

| Wolf River Electric **Reddit** | 🔍 | Wolf river electric lawsuit **Minnesota settlement** | 🔍 |



1   2   3   4   5   6   7   8   9   10      Next

Results are not personalized

⬤ **Hennepin County, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 10



wolf river electric sued by attorney general                    ✕   🎤   📷   🔍

All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More                    Tools

✦ **AI Overview**                                                                    Learn more    ⋮

In March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against
several solar lending companies, including Wolf River Electric, for deceptive
business practices. The lawsuit alleges that the companies violated Minnesota
laws against deceptive trade practices and lending. 🔗

### What the lawsuit claims

- The companies charged hidden fees on solar panel purchases 🔗
- The companies inflated the cost of solar systems 🔗
- The companies prevented customers from comparing prices 🔗
- The companies deceived customers about the financial benefits of solar panels 🔗
- The companies promised automatic incentives, such as tax credits and rebates, that some customers don't qualify for 🔗

### What the attorney general recommends

The attorney general recommends that Minnesotans do their research and
ask questions when choosing a solar installer and payment options. He also
encourages consumers to report concerns with solar companies or
lenders. 🔗

### How to report concerns

You can report concerns with solar companies or lenders by calling the
Attorney General's Office at (651) 296-3353 (Metro), (800) 657-3787 (Greater
Minnesota), or (800) 627-3529 (Minnesota Relay). 🔗

> **April 26, 2022 Press Release - Minnesota Attorney General**
> Apr 26, 2022 — During sales meetings, the companies deceive Minnesotans on the financial
> benefits associated with purchasing their so...
>
> 🌎 Minnesota Attorney General                                                                ⋮



**March 8, 2024 Press Release**
Mar 8, 2024

 Minnesota Attorney General

---

**July 17, 2024 Press Release - Minnesota Attorney General**
Jul 17, 2024 — In March 2024, Attorney General Ellison filed a lawsuit against the four market-leading, solar lending companies doing...

Minnesota Attorney General's Office

Show all

Generative AI is experimental. For legal advice, consult a professional.

 

---

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

**Minnesota Attorney General Keith Ellison sues solar ...** ✅

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

## People also ask

What is the lawsuit against Goodleap?

What solar company is being sued?

What is the attorney general solar lawsuit in Minnesota?

Is there a class action lawsuit against Vivint Solar?

Feedback

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

**April 26, 2022 Press Release** ✅

Apr 26, 2022 — **Attorney General Ellison sues solar-panel sales companies**, lenders for defrauding Minnesota homeowners.

 KROC-AM
https://krocnews.com › ...  ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✅

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** has filed a consumer protection lawsuit against four solar-panel sales companies based in Utah.

 Reddit · r/Devilcorp
10+ comments · 6 months ago  ⋮

## Possible Devil Corp : r/Devilcorp ✅

They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that have large hidden ...

 Bring Me The News
https://bringmethenews.com › MN News  ⋮

## MN solar panel installers that 'defrauded customers' hit with ... ✅

May 21, 2023 — The **attorney general's** investigation found that the defendants defrauded customers when "salespeople misrepresented who they worked for, how ...

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending  ⋮

## Attorney General Ellison sues solar lenders over $35M in ... ✅

Mar 8, 2024 — In the **lawsuit**, **Attorney General** Ellison alleges the lenders violated Minnesota state laws against deceptive trade practices, deceptive lending, ...

Missing: ~~wolf river~~

 KOIN.com
https://www.koin.com › press-releases › ein-presswire  ⋮

## Wolf River Electric Opposes SF 1142 and HF 845, Citing ... ✅

Feb 21, 2025 — **Wolf River Electric** urges lawmakers to reject SF 1142 and HF 845 and instead conduct a cost-of-service study to assess the actual financial ...

Missing: ~~attorney general~~

 Wolf River Electric
https://wolfriverelectric.com › terms-and-conditions  ⋮

## Terms & Conditions | Wolf River Electric Solar Installation ✅

Dec 30, 2024 — Read the terms and conditions for **Wolf River Electric's solar installation services**, ensuring transparency and customer satisfaction.

Missing: ~~sued~~ | Show results with: sued



WTNH.com
https://www.wtnh.com › press-releases › ein-presswire ⋮

### Wolf River Electric Applauds Minnesota for Launching On- ... ✅

Jan 19, 2025 — "Minnesota is setting a precedent for renewable energy and energy storage," added Justin Nielsen, **General** Manager of **Wolf River Electric**.



National Wild and Scenic River System (.gov)
https://www.rivers.gov › sites › rivers › files › wol...  PDF ⋮

### STUDY REPORT ON THE WOLF RIVER, WISCONSIN _· ✅

This draft report was prepared by the Lake Central Regional. Office of the 3ureau oi' Outdoor Recreation in accordance with a letter of June 3, 1964, ...

## People also search for ⋮

| | | | |
|---|---|---|---|
| Wolf river electric sued by attorney general **reddit** | 🔍 | GoodLeap lawsuit Florida | 🔍 |
| Wolf river electric sued by attorney general **letter** | 🔍 | What does filing a complaint with **the** Attorney General **do** | 🔍 |
| Wolf river electric sued by attorney general **2022** | 🔍 | **Minnesota** Attorney General | 🔍 |
| Wolf River Electric **reviews** | 🔍 | How to report someone to the Attorney General | 🔍 |



Goooooooooogle >

1   2   3   4   5   6   7   8   9   10       Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT
# 11



wolf river electric lawsuit

All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More    Tools

✦ **AI Overview**                                    Learn more    ⋮

According to recent news reports, Wolf River Electric is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees; many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts.



Show more ⌄



Star Tribune
https://www.startribune.com › minnesota-homeowners-s...    ⋮

**Minnesota Attorney General Keith Ellison sues solar ...**

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Wolf River Electric
https://wolfriverelectric.com    ⋮

**Wolf River Electric**

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

About Us    Wolf River Electric    Contact Us    See our projects



Indeed
https://www.indeed.com › ... › Employee Reviews    ⋮

**Misleading Job is Not what they tell you in the interview.**

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0          · Review by Appointment Setter


Angie's List
https://www.angi.com › companylist › wolf-river-electric... ⋮

## Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9          (15)

## People also ask ⋮

Who is the owner of Wolf River Electric?                                    ⌄

───────────────────────────────────────────────

Is Wolf River Electric a good company to work for?                          ⌄

───────────────────────────────────────────────

What is the warranty on Wolf River Electric?                                ⌄

───────────────────────────────────────────────

What solar company is being sued?                                           ⌄

                                                                    Feedback


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric ⋮

## Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.


Reddit · r/Devilcorp
10+ comments · 6 months ago ⋮

## Possible Devil Corp : r/Devilcorp

it's a hard sell. They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that ...

Minnesotans who have installed solar on their homes ...     128 posts    May 29, 2023
Does anyone have experience with Nusun Power before?        115 posts    Dec 19, 2023
Is my Solar Sales job a scam? - Reddit                       35 posts    Jan 18, 2020
Spruce Power finally resolved an old SPAC **lawsuit** ...     5 posts    Jan 8, 2024
More results from www.reddit.com



**Better Business Bureau**
https://www.bbb.org › ... › Wolf River Electric    ⋮

### Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.

3.9    (37)



**Trellis.Law**
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...    ⋮

### Legal Document

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.



**Minnesota Attorney General's Office**
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio    ⋮

### April 26, 2022 Press Release

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners.



**Indeed**
https://www.indeed.com › ... › Wolf River Electric    ⋮

### Working at Wolf River Electric: 95 Reviews

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security**, and more.

4.5    (100)

[Isanti, MN]   [4.6 Management]   [4.6 Compensation & Benefits]

## People also search for    ⋮

| | |
|---|---|
| Wolf river electric lawsuit **update**    🔍 | Wolf River Electric **Reddit**    🔍 |
| Wolf river electric lawsuit **reddit**    🔍 | Wolf River Electric **salary**    🔍 |
| Wolf River Electric **reviews**    🔍 | Wolf River Electric **solar reviews**    🔍 |
| Wolf river electric lawsuit **Minnesota settlement**    🔍 | Wolf River Electric **jobs**    🔍 |

1  2  3  4  5  6  7        Next

Results are not personalized

**Minneapolis, Minnesota** - From your IP address - Update location

Help        Send feedback        Privacy        Terms

# EXHIBIT 12



STATE OF MINNESOTA                                 DISTRICT COURT

COUNTY OF RAMSEY                      SECOND JUDICIAL DISTRICT

---

| | |
|---|---|
| LTL LED, LLC d/b/a Wolf River Electric, | Court File No: _____<br>Judge _____ |
| Plaintiff, | |
| vs. | **ANSWER** |
| Google, LLC, | |
| Defendant. | |

---

Defendant Google, LLC ("Google"), as and for its answer to Plaintiff's Complaint, states and alleges as follows:

## GENERAL DENIAL

Except as expressly admitted, qualified, or alleged herein, Google denies each and every allegation in the Complaint and puts Plaintiff to its strict proof thereof.

## SPECIFIC RESPONSES

1.　　As to Paragraphs 1-3, 7-9, 112, 115-116, 121-134, and 251-252 of the Complaint, Google states that it lacks sufficient information to either admit or deny the allegations and therefore denies the same and puts Plaintiff to its strict proof thereof.

2.　　Google admits the allegations of Paragraphs 4-5 of the Complaint.

3.　　Google denies the allegations of Paragraphs 6, 47, 113, 135, 207, 209-210, 212, 223-224, 226-228, 253, 261-264, and 266-268 of the Complaint and puts Plaintiff to its strict proof thereof.

4.      As to Paragraphs 10-46, 48-111, 114, and 117-120 of the Complaint, Google states that said paragraphs purport to describe documents, publications, and internet postings, the contents of which speak for themselves.  To the extent that Google is required to respond, it denies Plaintiff's allegations to the extent that they are inconsistent with said writings and puts Plaintiff to its strict proof thereof.

5.      As to Paragraphs 7-8, 136-206, 208, 211, 213-222, 225, 229-250, 254, 255-260, and 265 of the Complaint, Google states that said paragraphs constitute legal propositions to which no responsive pleading is required.  To the extent that Google is required to respond, it denies the same and puts Plaintiff to its strict proof thereof.

## AFFIRMATIVE DEFENSES

As and for a further answer to the Complaint, and as and for its affirmative defenses thereto, Google states and alleges as follows:

1.      Plaintiff's claims fail to state claims upon which relief can be granted.

2.      Plaintiff's claims are barred in whole or in part by its own actions or inactions.

3.      Plaintiff's claims are barred by failure to mitigate.

4.      Plaintiff's claims are barred by the First Amendment.

5.      Plaintiff's claims are barred by 47 U.S.C. § 230.

6.      Plaintiff's claims may be barred by additional affirmative defenses and Google reserves the right to identify and plead additional affirmative defenses.

## PRAYER FOR RELIEF

**WHEREFORE**, Google prays that judgment be entered in its favor and against Plaintiff as follows:

     A.     Dismissing all Counts in the Complaint with prejudice and on the merits, and ordering that Plaintiff take nothing by this action; and

     B.     Awarding Google such other relief as the Court deems just and proper, including its costs, disbursements and attorneys' fees incurred herein to the extent permitted by law.

**GREENSTEIN SELLERS PLLC**

Dated: April 22, 2025        By:    */s/ Justice Ericson Lindell*
                           Justice Ericson Lindell (#0312071)
                           121 S. 8th Street, Suite 1450
                           Minneapolis, Minnesota 55402
                           justice@greensteinsellers.com
                           (763) 285-4684

                           *Attorneys for Defendant*

<u>**ACKNOWLEDGMENT**</u>

Counsel for the Defendant acknowledges, pursuant to Minn. Stat. § 549.211, that sanctions may be awarded if it is found the claims contained in this pleading are not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law and/or that the allegations and other factual contentions do not have evidentiary support.

Dated: April 22, 2025        By:    */s/ Justice Ericson Lindell*

4910-8686-2393, v. 1

3

**AFFIDAVIT OF SERVICE**

*LTL LED, LLC, d/b/a Wolf River Electric, et al. v. Google LLC*

STATE OF MINNESOTA      )
                                               )ss.
COUNTY OF HENNEPIN    )

I hereby certify that the following documents were served on the following parties, by method(s) indicated below at the last known address, on April 22, 2025:

     1.     Defendant Google's Answer to Complaint

Nick Kasprowicz
Wolf River Electric
101 Isanti Parkway Northeast Suite G
Isanti, MN 55040
nick@wolfriverelectric.com

(  ) Via Facsimile
(_ ) Via First Class Mail
(  ) Via Hand Delivery
(  ) Via Overnight Courier
(X) Via Electronic Mail
(  ) Via Certified Mail

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116

Dated: June 9, 2025

*/s/ Justice Ericson Lindell*
Justice Ericson Lindell

4923-4485-3578, v. 1

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

---

LTL LED, LLC, D/B/A Wolf River Electric,

Justin Nielsen,

Vladimir Marchenko,

Luka Bozek, and

Jonathan Latcham,

          Plaintiffs.

vs.

Google LLC,

          Defendant.

**PLAINTIFFS' JOINT AMENDED SUMMONS**

---

THIS SUMMONS IS DIRECTED TO DEFENDANT ABOVE-NAMED.

1.    **YOU ARE BEING SUED**. Plaintiffs have started a lawsuit against you. Plaintiffs' Joint Amended Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the court and there may be no court file number on this Summons.

2.    **YOU MUST REPLY WITHIN 21 DAY TO PROTECT YOUR RIGHTS**.

    You must give or mail to the person who signed this Summons **a written response** called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

Nicholas J. Kasprowicz
General Counsel
Wolf River Electric
101 Isanti Parkway Northeast Suite G
Isanti MN 55040
nick@wolfriverelectric.com

3.     **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to Plaintiffs' Amended Complaint. In your Answer, you must state whether you agree or disagree with each paragraph of the Complaint. If you believe Plaintiffs should not be given everything asked for in the Complaint, you must say so in your Answer.

4.     **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 21 days, you will lose this case. You will not get to tell your side of the story, and the court may decide against you and award Plaintiffs everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

5.     **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose this case.

6.     **ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

2

Dated:  5/23/2025

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #0403808
General Counsel
Wolf River Electric
101 Isanti Parkway NE Suite G
Isanti, MN 55040
Office: (763)229-6662
Nick@wolfriverelectric.com

**Attorney for Plaintiffs**

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

---

LTL LED, LLC, D/B/A Wolf River Electric,

Justin Nielsen,

Vladimir Marchenko,

Luka Bozek, and

Jonathan Latcham,

        Plaintiffs.

vs.

Google LLC,

        Defendant.

**PLAINTIFFS' JOINT AMENDED COMPLAINT**

---

Plaintiffs LTL LED, LLC, doing business as Wolf River Electric, Justin Nielsen, Vladimir Marchenko, Luka Bozek, and Jonathan Latcham, for their Joint Amended Complaint, state and allege as follows:

## **PARTIES**

1.    Plaintiff LTL LED, LLC, doing business as Wolf River Electric (hereinafter "Wolf River"), is a Minnesota Limited Liability Company with a principal place of business located at 101 Isanti Parkway Northeast Suite G, Isanti, MN 55040.

2.    Wolf River is in the business of the sale, design, installation, and repair of Commercial and Residential Photovoltaic Electricity Systems (solar systems).

3.    Wolf River is not a financial lending company and does not provide financing or loans for solar systems.

4.    Plaintiff Justin Nielsen is a Minnesota resident who resides in Chisago County.

5.  Plaintiff Justin Nielsen is in the business of managing and operating a solar energy company engaged in the sale, design, and installation of solar panel systems for residential and commercial customers.

6.  Plaintiff Justin Nielsen is the co-founder and General Manager (GM) of LTL LED, LLC, doing business as Wolf River Electric.

7.  Plaintiff Vladimir Marchenko is a Minnesota resident who resides in Chisago County.

8.  Plaintiff Vladimir Marchenko is in the business of developing, marketing, financing, and overseeing the design and installation of solar systems for residential and commercial applications.

9.  Plaintiff Vladimir Marchenko is the co-founder and Chief Executive Officer (CEO) of LTL LED, LLC, doing business as Wolf River Electric.

10.  Plaintiff Luka Bozek is a Minnesota resident who resides in Anoka County.

11.  Plaintiff Luka Bozek in the business of directing and managing licensed electricians and installation crews to deploy, commission, maintain, and repair solar photovoltaic systems for residential and commercial clients, ensuring each project meets applicable electrical codes, safety standards, and performance specifications.

12.  Plaintiff Luka Bozek is the co-founder and President of LTL LED, LLC, doing business as Wolf River Electric.

13.  Plaintiff Jonathan Latcham is a Minnesota resident who resides in Chisago County.

14.  Plaintiff Jonathan Latcham is a Certified Public Accountant in the business of overseeing and directing financial operations, including accounting, budgeting, financial reporting, project cost analysis, and the structuring and management of financing arrangements for solar

2

energy system sales and installations, while ensuring compliance with applicable accounting standards and regulatory requirements.

15.    Plaintiff Jonathan Latcham is the Chief Financial Officer (CFO) of LTL LED, LLC, doing business as Wolf River Electric.

16.    Defendant Google LLC (hereinafter "Google") is a foreign limited liability company registered to do business in the State of Minnesota with the Minnesota Secretary of State.

17.    Google has a registered office address of 2780 Snelling Avenue North, Suite 101, Roseville, MN 55113.

18.    Google is officed in Minnesota, which accepts mail at, and located near, 221 1st Ave SW, Suite 610, Rochester, MN 55902.

## JURISDICTION AND VENUE

19.    The Minnesota District Court, County of Ramsey, has personal jurisdiction over all claims set forth in this Complaint pursuant to Minn. Stat. § 543.19 because the injuries and causes of action set forth in this Complaint arose in Minnesota, Google uses and possesses real and personal property situated in Minnesota, and Google transacts business within Minnesota.

20.    Venue is proper in Ramsey County pursuant to Minn. Stat. § 542.09 because both parties do business in Ramsey County, Google resides in Ramsey County, Google's registered agent office is in Ramsey County, and the cause of action arose from conduct and acts that were intended to harm Plaintiffs in this district.

3

## FACTS

21.     On or around September 2, 2024, employees of Wolf River reported to Plaintiffs

that Google was producing and publishing statements on the internet that falsely informed the

public that Wolf River was facing a lawsuit from the Minnesota Attorney General due to violating

several laws.

22.     Wolf River has never been sued by the Minnesota Attorney General.

23.     Specifically, Google's publication states:

> According to recent news reports, Wolf River Electric is currently
> facing a lawsuit from the Minnesota Attorney General due to
> allegations of deceptive sales practices regarding their solar panel
> installations, including misleading customers about cost savings,
> using high-pressure tactics, and tricking homeowners into signing
> binding contracts with hidden fees; many customers claim they were
> not properly informed about the total cost of their solar systems and
> experienced significant issues with installation and functionality
> after signing contracts.

24.     A copy of this publication is attached as Exhibit 1.

25.     The URL for Google's publication is:
https://www.google.com/search?q=wolf+river+electric+lawsuit&rlz=1C1GCEA_enUS1144US1
144&oq=wolf+river&gs_lcrp=EgZjaHJvbWUqBggAEEUYOzIGCAAQRRg7MgkIARBFGDk
YgAQyEAgCEC4YrwEYxwEYsQMYgAQyDQgDEC4YrwEYxwEYgAQyBwgEEAAYgAQy
BggFEEUYQTIGCAYQRRg9MgYIBxBFGEHSAQgyMTc0ajBqN6gCALACAA&sourceid=ch
rome&ie=UTF-8

26.     Google lists four (4) websites as a source in support of its claims.

27.     The first website that is cited is a news article titled "Minnesota homeowners say

they were hit with huge hidden fees when going solar" and was published by the Minnesota Star

Tribune (hereinafter "Star Tribune Article").

28.     The Star Tribune Article does not state that Wolf River ever faced a lawsuit from

the Minnesota Attorney General.

29.     The Star Tribune Article contains nothing about Wolf River misleading customers about cost savings.

30.     The Star Tribune Article does not state anything about customers who claimed they were not properly informed about the total cost of their solar systems by Wolf River.

31.     The Star Tribune Article does not state Wolf River's customers experienced significant issues with installation and functionality after signing contracts.

32.     Google falsified its claims and misled the world by falsely crediting these false claims to the Star Tribune Article.

33.     The second link cited is a review on the website Angie's List (hereinafter the "Angie's List Review").

34.     The Angie's List Review contains nothing about a Minnesota Attorney General Lawsuit against Wolf River.

35.     The Angie's List Review is not a news report.

36.     The Angie's List Review does not state Wolf River mislead customers about cost savings.

37.     The Angie's List Review does not claim Wolf River tricked homeowners.

38.     The Angie's List Review does not say anything about Wolf River hiding fees.

39.     The Angie's List Review does not state that many customers claim they were not properly informed about the total cost of their solar systems.

40.     Google invented these false claims and falsely contributed these false claims to the Angie's List Review.

41.     The third source cited is a publication by the Minnesota Attorney General, published on April 26, 2022 (hereinafter the "Attorney General Publication").

5

42.     The Attorney General Publication lists ten (10) solar related parties to its lawsuit, none of which are Wolf River.

43.     The Attorney General Publication does not say that Wolf River is facing a lawsuit.

44.     The Attorney General Publication does not state Wolf River engaged in deceptive sales practices regarding their solar panel installations.

45.     The Attorney General Publication does not state Wolf River mislead customers about cost savings.

46.     The Attorney General Publication does not state Wolf River used high-pressure tactics.

47.     The Attorney General Publication does not state Wolf River tricked homeowners into signing binding contracts with hidden fees.

48.     The Attorney General Publication does not state that many of Wolf River's customers claimed they were not properly informed about the total cost of their solar systems.

49.     The Attorney General Publication does not state that Wolf River's customers experienced significant issues with installation and functionality after signing contracts.

50.     In fact, Wolf River is never mentioned in the Attorney General Publication.

51.     Google falsely claimed its statements were sourced from the Attorney General Publication.

52.     The fourth source Google cited is an article published by KROC News. The article is titled "Minnesota AG Suing Four Solar Panel Sales Companies" and was published on April 26, 2022 (hereinafter "KROC Article").

53.     The KROC Article never mentions Wolf River Electric. It states:

> The companies named in the lawsuit are **Brio Energy** (also known as **Pure Solar Energy** and **Clean Energy Educators**), **Bello Solar**

6

**Energy** (also known as **Total Solar Solutions** and **Brio Solar Energy**), **Avolta Power**, and **Sunny Solar Utah** (also known as **Sunny Renewable Energy**). A news release notes that Brio changed its name to Bello and then Avolta. The lenders being sued or identified as **Goodleap** (Loanpal), **Sunlight Financial**, and **Corning Credit Union Services Company**.[1]

54.     The KROC Article does not state that Wolf River is facing a lawsuit from the Minnesota Attorney General.

55.     The KROC Article does not state that Wolf River has allegations of deceptive sales practices regarding their solar panel installations.

56.     The KROC Article does not state that Wolf River misleads customers about cost savings.

57.     The KROC Article does not state that Wolf River used high-pressure tactics.

58.     The KROC Article does not state that Wolf River tricked homeowners into signing binding contracts with hidden fees.

59.     The KROC Article does not state that many of Wolf River's customers claim they were not properly informed about the total cost of their solar systems.

60.     The KROC Article does not state that Wolf River's customers experienced significant issues with installation and functionality after signing contracts.

61.     Wolf River is never mentioned in the KROC Article.

62.     Google intentionally made these false claims about Wolf River and falsely cited its claims to the KROC Article.

63.     Google made these false statements knowing that the KROC Article never mentions Wolf River.

---

[1] https://krocnews.com/minnesota-ag-suing-four-solar-panel-sales-companies/ (emphasis added).

7

64.     Google's publication falsely claims Wolf River is currently facing a lawsuit from the Minnesota Attorney General. None of the four sources Google cited support this claim.

65.     Despite this, Google's publications about Plaintiffs remain online and continues to harm Plaintiffs.

66.     The next part of Google publication reads:

**Key points about the lawsuit against Wolf River Electric:**

**Deceptive marketing:**
The lawsuit alleges that Wolf River Electric salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate.

**High-pressure tactics:**
Customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language.

**Hidden fees:**
Some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs.

**Installation issues:**
Complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels.[2]

67.     The "deceptive marketing" paragraph cites to three sources: the Star Tribune Article, the Attorney General Publication, and the KROC Article.

68.     None of Google's sources support its claim that Wolf River is in a lawsuit against the Attorney General.

69.     Google's sources do not state that Wolf River exaggerated the potential cost savings from solar panels.

---

[2] See Exhibit 1.

70.     Google's cited websites do not claim anything about Wolf River informing customers that they would no longer receive electricity bills after installation.

71.     Google fabricated its claims that the Minnesota Attorney General brought a lawsuit against Wolf River for deceptive marketing.

72.     Google cited three sources in support of its "high pressure sales tactics" paragraph: the Star Tribune Article, the Angie's List Review, and a Better Business Bureau review of Wolf River, posted on January 5, 2024 (hereinafter the "BBB Review").

73.     None of these sources claim or state anything about the Minnesota Attorney General initiating a lawsuit against Wolf River for high-pressure sales tactics.

74.     Google knew these "sources" did not support its claims, but Google published its false claims anyways in a deliberate disregard for Plaintiffs' rights.

75.     Google's publication falsely claimed that the Minnesota Attorney General brought a lawsuit against Wolf River for high-pressure sales tactics.

76.     In Google's "hidden fees" section of the publication, Google again cites to three sources: the Star Tribune Article, the Attorney General Publication, and the KROC Article. None of these sources make any claim about Wolf River being sued by the Minnesota Attorney General, or anything regarding Wolf River's customers experiencing unexpectedly high costs.

77.     Google's publication falsely claimed that the Minnesota Attorney General brought a lawsuit against Wolf River for hidden fees.

78.     Google's last section of their publication claims Wolf River was sued by the Minnesota Attorney General for "installation issues."

79.     Google cites three sources in support of its claim of Attorney General lawsuits over installation issues: Attorney General Publication, the BBB Review, and the Angie's List Review.

80.     None of Google's sources claim that the Minnesota Attorney General is suing Wolf River for issues with the quality of solar panel installations, improper connections to the grid, and or malfunctioning panels.

81.     Google's publication falsely claims that the Minnesota Attorney General brought a lawsuit against Wolf River for installation issues.

82.     Further, Google's search engine propagates the false information that it has published.

83.     When searching for "Wolf River Electric" on Google's search engine, Google suggests several autocomplete predictions and phrases, including "Wolf River Electric lawsuit", "Wolf River Electric lawsuit reddit", "Wolf River Electric lawsuit update Minnesota", "Wolf River Electric lawsuit update today", "Wolf River Electric lawsuit 2022", "Wolf River Electric lawsuit 2023", and "Wolf River Electric lawsuit Minnesota settlement."

84.     A true and accurate copy of this is attached as Exhibit 2 and 3.

85.     According to Google's website, autocomplete predictions reflect common and real searches that other people have done which are trending, in the same location of where the query is coming from, and based off the language of the query. Specifically, Google states:

> Once you start to type, autocomplete predictions reflect real searches that have been done on Google. To determine what predictions to show, our systems look for common queries that match what someone starts to enter into the search box but also consider:
>
> - The language of the query
> - The location a query is coming from
> - Trending interest in a query

A copy of Google's explanation on how autocomplete predictions work is attached as Exhibit 4.

10

86.     When searching on Google for Wolf River, the public is encouraged to search and

click on the prompted autocompleted phrase "Wolf River Electric lawsuit." When the public

selects this suggestion, the following statement is provided by Google:

> Wolf River Electric has faced complaints and allegations, including being named in a lawsuit by the Minnesota Attorney General, alleging deceptive business practices and misleading consumers, and other complaints related to property damage and high-pressure sales tactics.
>
> **Here's a more detailed look:**
>
> **Lawsuit by Minnesota Attorney General:**
> In 2022, the Minnesota Attorney General sued Wolf River Electric along with other solar companies for deceptive practices, alleging they misled consumers about cost savings, promised tax credits, and used high-pressure sales tactics.
>
> **Allegations of Deception and Misrepresentation:**
> The lawsuit claimed the companies falsely told customers they were partnering with utility companies, exaggerated savings, and tricked homeowners into signing binding contracts under false pretenses.
>
> **Other Complaints:**
> There are also complaints from consumers regarding property damage (like roof damage during installation) and disagreements over contracts and financing arrangements. Some homeowners reported being pressured into financing arrangements they couldn't afford, or being threatened with legal action when they tried to cancel contracts.
>
> **High-Pressure Tactics:**
> Sales tactics have been described as "predatory" by some homeowners who experienced issues with Wolf River Electric, including promises of a free cruise as part of the solar panel deal.
>
> **Better Business Bureau (BBB) Complaints:**
> The BBB profile for Wolf River Electric indicates a history of customer complaints.
>
> **Employee Reviews**
> Glassdoor and other review sites, Wolf River Electric has an overall rating of 4.0 out of 5 based on employee reviews.

11

87.    The URL of this publication is:
https://www.google.com/search?q=wolf+river+electric+lawsuit&rlz=1C1GCEA_enUS1153US1
153&oq=wolf+river+electric+lawsuit&gs_lcrp=EgZjaHJvbWUqCggAEAAY4wIYgAQyCggAE
AAY4wIYgAQyDQgBEC4YrwEYxwEYgAQyBwgCEAAYgAQyBwgDEAAYgAQyBwgEEAA
AYgAQyCAgFEAAYFhgeMg0IBhAAGIYDGIAEGIoFMgYYIBxBFGD3SAQg2OTU5ajBqN6g
CALACAA&sourceid=chrome&ie=UTF-8

88.    A copy of this publication is attached as Exhibit 5.

89.    Google's statement is false.

90.    Wolf River has never been sued by the Minnesota Attorney General.

91.    Wolf River was not named in a lawsuit by the Minnesota Attorney General for
deceptive business practices and misleading consumers.

92.    Wolf River was not sued by the Minnesota Attorney General in 2022 for misleading
consumers about cost savings, promised tax credits, and used high-pressure sales tactics.

93.    Google's false statements directly relate to the services, products, and work offered
by Wolf River.

94.    When searching on Google for Wolf River, the public is prompted with the
autocomplete phrase "Wolf River Electric lawsuit Minnesota Settlement." People who click on or
search the terms Google recommends for them are then provided with the following publication:

> The Minnesota Attorney General's Office has sued solar lending
> companies, including Wolf River Electric, over hidden fees and
> other practices. The office has obtained consent judgments against
> solar installers and lenders, returning over $300,000 to consumers.
>
> **What the lawsuit claims**
>
> - The lenders misrepresented loan repayment obligations
> - The lenders failed to disclose upfront fees in loan documents
> - The lenders and partner solar installers inflated their share of
>   the market
> - The lenders' practices skewed sales towards their financing
>
> What the lawsuit seeks civil penalties, restitution, disgorgement, and
> injunctive and declaratory relief.

12

**How consumers can get help**

Consumers who have experienced problems with solar advertisers, installers, or lenders can file a complaint with the Minnesota Attorney General's Office. They can also call the office at (651) 296-3353 in the Twin Cities or (800) 657-3787 in Greater Minnesota.

**Additional resources**

Consumers can also consult the Attorney General's publication, "Residential Solar Systems".

95.     A copy of this publication is attached as Exhibit 6.

96.     The URL for this publication is:
https://www.google.com/search?q=Wolf+River+Electric+lawsuit+Minnesota+Settlement&rlz=1C1GCEA_enUS1144US1144&oq=Wolf+River+Electric+lawsuit+Minnesota+Settlement&gs_lcrp=EgZjaHJvbWUyBggAEEUYOTINCAEQABiGAxiABBiKBTINCAIQABiGAxiABBiKBTINCAMQABiGAxiABBiKBTIKCAQQABiABBiiBDIKCAUQABiABBiiBDIHCAYQABjvBTIKCAcQABiABBiiBDIKCAgQABiABBiiBNIBBzIxM2owajmoAgCwAgE&sourceid=chrome&ie=UTF-8

97.     Google's publication implies that Wolf River has not only been sued by the Minnesota Attorney General, but also that Wolf River was guilty with "consent judgments" and liable to its past customers for an amount of "$300,000."

98.     When Wolf River's customer, potential customers, business partners, competitors, and the general public google Wolf River, they are recommended to click or search "Wolf River Electric lawsuit update today." Google then states the following:

> As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf River Electric, along with several other solar companies, alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts, leading to many homeowners facing significant financial burdens from poorly installed solar panels that did not deliver promised energy savings; the case is still ongoing and details regarding its current status may be found on the Minnesota Attorney General's website.

**Key points about the lawsuit:**

13

**Allegations:**
The lawsuit accuses Wolf River Electric of misleading customers about the cost savings of solar panels, using aggressive sales tactics, and failing to properly install systems.

**Consumer impact:**
Many Minnesota homeowners who signed contracts with Wolf River Electric reported facing high hidden fees, delayed installations, and solar panels that did not perform as advertised.

**Current status:**
The lawsuit is still ongoing, and details regarding its progress can be found on the Minnesota Attorney General's website.

99.    The URL for Google's statement is
https://www.google.com/search?q=wolf+river+electric+lawsuit+update+today&sca_esv=3ec862
5b255dccb3&rlz=1C1GCEA_enUS1144US1144&ei=DK_JZ6HAHqrI0PEPubuV-
A8&oq=wolf+river+electric+lawsuit&gs_lp=Egxnd3Mtd2l6LXNlcnAiG3dvbGYgcml2ZXIgZ
WxlY3RyaWMgbGF3c3VpdCoCCCAAyChAAGLADGNYEGEcyChAAGLADGNYEGEcyCh
AAGLADGNYEGEcyChAAGLADGNYEGEcyChAAGLADGNYEGEcyChAAGLADGNYE
GEcyChAAGLADGNYEGEcyChAAGLADGNYEGEcyExAuGIAEGLADGEMYxwEYigUYr
wEyDRAAGIAEGLADGEMYigVIghBQAFgAcAF4AZABAJgBAKABAKoBALgBAcgBAJg
CAaACB5gDAIgGAZAGCpIHATGgBwA&sclient=gws-wiz-serp

100.    A true and accurate copy of this publication is attached as Exhibit 7. See also Exhibit 8, alleging similar facts.

101.    In support of Google's statement, it cites three sources: the Star Tribune Article, the Attorney General Publication, and the KROC Article.

102.    None of the websites or articles Google cites to state anything about the Minnesota Attorney General filing a lawsuit against Wolf River.

103.    Further, the Attorney General Publication and the KROC Article do not mention Wolf River a even one time.

104.    Google fabricated its claims that the Minnesota Attorney General filed a lawsuit against Wolf River.

105.     Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts.

106.     Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for leading many homeowners to face significant financial burdens.

107.     Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for poorly installed solar panels.

108.     Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River for not delivering promised energy savings.

109.     Google falsely claimed that a lawsuit in 2022 was brought by the Minnesota Attorney General against Wolf River and falsely claimed the case is still ongoing and that details regarding its current status may be found on the Minnesota Attorney General's website.

110.     Google's false statements were communicated to the public in which Wolf River conducts business and the statements directly relate to Wolf River's business, trade, and profession.

111.     Google's statements were false, and the statements harm Wolf River's reputation in the community in which it offers solar system services.

112.     When Wolf River's customers and members of the public search "Wolf River Electric", Google autocompletes the search to "Wolf River Electric company legit lawsuit." Google then displays the following publication,

> According to recent news reports, the Minnesota Attorney General has filed a lawsuit against Wolf River Electric, alleging that the company engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts; this lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's

15

business practices are currently being investigated by legal authorities.

**Key points about the lawsuit:**

**Deceptive sales tactics:**
The lawsuit claims Wolf River Electric misled customers about the amount of money they could save with solar panels and falsely stated that they were automatically eligible for tax credits.

**High-pressure sales:**
Consumers reported feeling pressured to sign contracts quickly, with concerns about hidden fees and financing terms.

**Poor installation quality:**
Some complaints also mention issues with the quality of solar panel installations once contracts were signed.

**What you should do:**

**Do your research:**
Before signing a contract with Wolf River Electric, thoroughly research the company, read reviews, and compare quotes from other solar providers.

**Ask questions:**
Be very clear about all aspects of the contract, including financing terms, potential savings, and any tax credits you may be eligible for.

**Contact the Attorney General's office:**
If you believe you have been misled by Wolf River Electric, consider contacting the Minnesota Attorney General's office to file a complaint.

113.    A copy of this publication is attached as Exhibit 9.

114.    The URL for this publication is:
https://www.google.com/search?q=Wolf+River+Electric+company+legit+lawsuit&sca_esv=b59
7786ab811f977&rlz=1C1GCEA_enUS1144US1144&ei=uBzJZ7K0BdqkptQPnq7qsQU&ved=0
ahUKEwiy8N_Tx_SLAxVakokEHR6XOlYQ4dUDCBA&uact=5&oq=Wolf+River+Electric+co
mpany+legit+lawsuit&gs_lp=Egxnd3Mtd2l6LXNlcnAiAiKVdvbGYgUml2ZXIgRWxlY3RyaWM
gY29tcGFueSBsZWdpdCBsYXdzdWl0MgUQIRigATIFECEYoAEyBRAhGKABMgUQIRigA
UjaBVC5A1i5A3ADeAGQAQCYAZBoAGWAaoBAzAuMbgBA8gBAPgBAvgBAZgCBKA
CrAHCAgoQABiwAxjWBBhHmAMAAiAYBkAYCkgcDMy4xoAfSBA&sclient=gws-wiz-serp

16

115.    This publication by Google falsely claims that the Minnesota Attorney General filed a lawsuit against Wolf River for deceptive sales practices regarding solar panel installations, falsely claims the Attorney General is suing Wolf River for misleading customers about tax credits and using high-pressure tactics to sign contracts, and falsely claims the lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's business practices are currently being investigated by legal authorities.

116.    Further, none of the "recent news reports" that Google cited as sources for its false publication said anything about the Minnesota Attorney General filing a lawsuit against Wolf River for any reason.

117.    When people, including current and potential customers, search Wolf River on Google, Google autocompletes the search to "Wolf River Electric sued by Attorney General", and Google states the following:

> In March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against several solar lending companies, including Wolf River Electric, for deceptive business practices. The lawsuit alleges that the companies violated Minnesota laws against deceptive trade practices and lending.
>
> **What the lawsuit claims**
> - The companies charged hidden fees on solar panel purchases
> - The companies inflated the cost of solar systems
> - The companies prevented customers from comparing prices
> - The companies deceived customers about the financial benefits of solar panels
> - The companies promised automatic incentives, such as tax credits and rebates, that some customers don't qualify for
>
> **What the attorney general recommends**
> The attorney general recommends that Minnesotans do their research and ask questions when choosing a solar installer and payment options. He also encourages consumers to report concerns with solar companies or lenders.
>
> **How to report concerns**

You can report concerns with solar companies or lenders by calling the Attorney General's Office at (651) 296-3353 (Metro), (800) 657-3787 (Greater Minnesota), or (800) 627-3529 (Minnesota Relay).

118.    A copy of this publication is attached as Exhibit 10.

119.    The URL for this publication is:
https://www.google.com/search?q=wolf+river+electric+sued+by+attorney+general&sca_esv=b5
97786ab811f977&rlz=1C1GCEA_enUS1144US1144&ei=ZB3JZ4fvEYf-
ptQPhKeVwQk&oq=wolf+river+electric+sued+by+attorney+&gs_lp=Egxnd3Mtd2l6LXNlcnAi
JXdvbGYgcml2ZXIgZWxlY3RyaWMgc3VlZCBieSBhdHRvcm5leSAqAggAMgUQIRigATIF
ECEYoAEyBRAhGKABMgUQIRigATIFECEYoAEyBRAhGKsCMgUQIRirAkjmQ1CQG1jG
NnAFeAGQAQCYAcIBoAGDDKoBBDAuMTC4AQPIAQD4AQGYAg-
gAooNwgIKEAAYsAMY1gQYR8ICBRAAGIAEwgILEC4YgAQYxwEYrwHCAgsQABiABBiABB
iGAxiKBcICCBAAGIAEGKIEwgIGEAAYFhgemAMAiAYBkAYIkgcFNS45LjGgB5c7&sclie
nt=gws-wiz-serp

120.    Attorney General Keith Ellison did not file a lawsuit against Wolf River in 2024.

121.    There was never a lawsuit filed by the Minnesota Attorney General against Wolf River alleging violations of Minnesota laws against deceptive trade practices and lending,

122.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for hidden fees on solar panel purchases.

123.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for inflating the cost of solar systems.

124.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for preventing customers from comparing prices.

125.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for deceiving customers about the financial benefits of solar panels.

126.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for promising automatic incentives, such as tax credits and rebates.

127.    Attorney General Keith Ellison did not file a lawsuit against Wolf River for telling customers that they qualified for tax credits or rebates that some customers did not qualify for.

128.    All of these statements are false and directly relate to Wolf River's business practices.

129.    None of the sources that Google cited in publishing these false statements support its position. In fact, the article Google credits for its 2024 lawsuit claim states that four solar parties are being sued by the Minnesota Attorney General, none of which are Wolf River. It states:

> Attorney General's investigation uncovered four large solar-lending companies charged $35 million in hidden fees on nearly 5,000 loans that financed sales of residential solar panels.

> Lawsuit filed in Hennepin County against **GoodLeap, Sunlight Financial, Solar Mosaic, and Dividend Solar Finance** asserts violations of consumer-fraud statutes; seeks accurate representation and disclosures, civil penalties, and remediation to harmed purchasers.[3]

130.    Towards the bottom of the publication, there is a note stating "Generative AI is experimental. For legal advice, consult a professional." Members of the public can only see this statement if they click on the "Show more ⌄" option.

131.    A majority of the public will never see this disclaimer or have any reason to believe that Google's claims are false.

132.    A copy of Google's AI disclaimer, which has been concealed, is attached as Exhibit 11.

133.    Regardless, this minor disclaimer says nothing about the publications being untrue, false, utterly fabricated, and does not contain any language whether a person should rely on Google for solar purchasing advice or trust Google for the statements it provided.

134.    Further, Google has published false statements about Wolf River's founders and executives, including Justin Nielsen, Vladimir Marchenko, Luka Bozek, and Jonathan Latcham.

---

[3] https://www.ag.state.mn.us/Office/Communications/2024/03/08_SolarLending.asp (emphasis added).

135.    Google's false statements claim Justin Nielsen, Vladimir Marchenko, Luka Bozek, and Jonathan Latcham have been individually named and sued by the Minnesota Attorney General for fraud and deceptive practices related to their trade and profession.

136.    A true and accurate copy of Google's publication against all Plaintiffs is attached as Exhibit 12.

137.    When Google's users search for Justin Nielsen on its search engine, they are provided with several publications about Mr. Nielsen stating that he has been sued by the Minnesota Attorney General for defrauding homeowners, deceptive practices in the solar industry, deceiving customers, misleading sales practices, hidden fees, false promises, high-pressure sales tactics, poor performance of solar panels, that the Minnesota Attorney General has reached settlements with Justin Nielsen as a result of these lawsuits, violating Minnesota's Consumer Fraud laws, and banned from selling solar services in the future.

138.    Some of Google's publications even include photographs of Justin Nielsen and almost all of them identify him as co-founder and General Manager of Wolf River Electric:



◆ AI Overview                                        Learn more    ⋮

Minnesota Attorney General Keith Ellison has filed lawsuits against Brio Energy and other solar-related companies, including lenders, for allegedly defrauding homeowners through deceptive practices like hidden dealer fees. Wolf River Electric was also a target of the lawsuit, but they are not directly associated with Brio Energy as a company. Justin Nielsen, a co-founder of Wolf River Electric and its general manager, is also named in the lawsuit.  ℰ

139.    Google cited numerous sources in support of its false assertions; however, none of the referenced materials in fact contained the information Google claimed they did.

140.    A copy of some of these false publications are attached as Exhibit 13, 14, and 15.

141.    All of Google's publications about Justin Nielsen are false.

142.    Justin Nielsen has never been sued by the Minnesota Attorney General and has never been sued for any of the conduct claimed by Google.

143.    Google has also made false statements about Vladimir Marchenko, Wolf River's CEO which have been published for the world to view freely on Google's platform.

144.    Google has accused Vladimir Marchenko of being sued by the Minnesota Attorney General for deceptive practices, consumer fraud and violations of state law, eligibility for tax credits, hidden fees, false promises about low interest rates, misleading customers about the cost and benefits of solar installations, that he and his companies are banned from operating in Minnesota, that he tricked consumers into signing contracts with Wolf River, that the court ordered Vladimir Marchenko to allow customers to cancel their contracts, that Vladimir Marchenko misrepresented who he worked for, how much consumers would save with solar, and what documents consumers were signing.

145.    Google cited many sources in support of its claims about Vladimir Marchenko, none of which provide any support to their false statements.

146.    A true and accurate copy of some of Google's false statements about Vladimir Marchenko are attached as Exhibit 16, 17, and 18.

147.    Vladimir Marchenko has never been sued by the Minnesota Attorney General and has never been sued for any of the reasons claimed by Google.

148.    Luka Bozek, the President and co-founder of Wolf River, has also been defamed by Google.

21

149.    Google has accused Luka Bozek of being sued by the Minnesota Attorney General, misrepresenting costs of solar savings of solar panels, using high-pressure sales tactics, sued for deceptive practices and fraud, false promises about tax credits, deceptive practices in the sale and financing of solar systems, falsely representing relationships with local utilities, tricking consumers to signing binding contracts, engaging in consumer fraud, that he is banned from doing business in Minnesota, and that he was sued for installing faulty solar panels.

150.    Google cited many sources in support of its claims about Luka Bozek, none of which provide any support for its claims.

151.    A true and accurate copy of some of Google's false statements about Luka Bozek are attached as Exhibit 19, 20, and 21.

152.    Luka Bozek has never been sued by the Minnesota Attorney General and has never been sued for any of the reasons claimed by Google.

153.    In fact, Luka Bozek has never even been named in a lawsuit.

154.    Jonathan Latcham, CPA and CFO of Wolf River, was also falsely identified by Google as being sued by the Minnesota Attorney General and for engaging in egregious conduct.

155.    Jonathan Latcham has been accused by Google for consumer fraud related to solar panel sales and financing, deceptive practices, exaggerating financial savings, hiding fees and misrepresenting loan obligations, deceptive advertising, high-pressure sales tactics, unfair terms, and tricked consumers to sign contracts by disguising them as routine paperwork.

156.    Google cited many sources in support of its claims about Jonathan Latcham, none of which provide any support for its claims.

157.    A true and accurate copy of some of Google's false statements about Jonathan Latcham are attached as Exhibit 22, 23, and 24.

22

158.    Jonathan Latcham has never been sued by the Minnesota Attorney General and has never been sued for any of the reasons claimed by Google.

159.    Further, Wolf River has received notification that several customers who have filed complaints with the Minnesota Attorney General.

160.    Wolf River now knows these customers were directed by Google to make such a complaint, after Google falsified information directly relating to Wolf River's services and operations.

161.    Additionally, Google's statements provided the public with false and defamatory information about Wolf River and subsequently instructed the public to contact the Minnesota Attorney General about Wolf River.

162.    Google's false statements have had a cascading effect. Many members of the public believe Google's statements to be true and have relied upon these statements in publishing their own false statements in reliance of Google's claims.

163.    Members of the public, including potential employees and customers, have viewed the defamatory publications made by Google and have relied upon these false statements in regurgitating, spreading, and further defaming Wolf River, all because of Google's false and unsupported statements.

164.    On February 27, 2025, a member of the public, posting under the alias FamousWealth2992, made a publication on the social media platform Reddit, claiming Wolf River is "also being sued by the MN attorney general for deceptive contracts that have large hidden fees."

165.    A copy of this publication is attached as Exhibit 25.

166.    On the same day, a member of the public, posting under the alias No-Main-1552, expressed concern over sharing their social and personal information with Wolf River. *Id.*

23

167.   On March 5, 2025, a member of the public, posting under the alias smf12, commented on the February 27 publication claiming they had just interviewed with Wolf River and stated "[d]efinitely major red flags." *Id.*

168.   Wolf River's competitors are also relying on Google's false statements in informing members of the public that Wolf River engages in deceptive trade practices.

169.   On March 3, 2025, a customer identifiable and recorded by Wolf River as contract number KSKAU-MYAVG-KA658-5KUFQ, terminated his relationship with Wolf River. The customer referred to lawsuits that appear when he "Googled" Wolf River.

170.   This contract was for a 12.8 kilowatt solar system, consisting of 32 Waaree-WSMDI-400 solar panels, three roof mounting arrays, and 32 IQ7HS-66-M-US solar inverters. The total contract price was $39,680.00.

171.   On March 4, 2025, a customer met with a sales representative of Wolf River and refused to do business with Wolf River. This customer stated that they did research online and saw Wolf River was being sued by the Minnesota Attorney General.

172.   The solar system proposal for this customer was for $26,400.00.

173.   On March 5, 2025, a customer contacted a sales representative at Wolf River and expressed concerns about Wolf River being sued by the Minnesota Attorney General for deceptive business practices. The customer sent the sales representative a screenshot of one of Google's false statements stating Wolf River is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices.

174.   On March 5, 2025, a customer of Wolf River, identified by contract number YKUFU-AH78H-PMNDF-K3C7V, contacted Wolf River and expressed concerns because of the publications on Google alleging Wolf River was being sued for misleading customers about cost

savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees.

175.    Despite the CEO of Wolf River reassuring this customer that the publications by Google are false, this customer chose to terminate the relationship with Wolf River because of Google.

176.    This contract was for a large solar system of 44.2 kilowatts, consisting of 104 Maxeon SPR-M425-BLK-AC solar panels and 104 Enphase IQ7HS solar inverters. The total contract price was $150,000.00.

177.    On March 11, 2025, a non-profit organization informed Wolf River that they were "pulling the plug" on their business relationship because of "several lawsuits in the last year" with the "Attorney General's Office." This customer terminated a solar project with a price of $147,400.00 and a lighting project with a price of $26,644.12.

178.    The non-profit agreement for solar and lighting is recorded and identifiable by Wolf River as #20250106-XXXXXXXX.

179.    Wolf River has never been named in a lawsuit against the Attorney General.

180.    There is no doubt that all of these customers terminated their relationship with Wolf River because of the false and defamatory statements made by Google.

181.    Plaintiffs' investigation into the full impact of Google's defamation is ongoing.

182.    Google's actions were made with a deliberate disregard to Plaintiffs' rights.

## COUNT I

## DEFAMATION

183.    Plaintiffs restate and re-allege paragraphs 1 through 321 as though fully set forth herein.

184.    Google published false and defamatory statements on the internet, where they have been and will be viewed by Plaintiffs' current and potential customers, as well as the general public, family members, friends, individuals in the community, other businesses, professionals, and their competitors.

185.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are currently facing lawsuits from the Minnesota Attorney General.

186.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are facing lawsuits from the Minnesota Attorney General due to engaging in deceptive sales practices regarding their solar panel installations.

187.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are being sued by the Minnesota Attorney General due to misleading customers about cost savings.

188.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are facing lawsuits from the Minnesota Attorney General due to using high-pressure tactics.

189.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are facing lawsuits from the Minnesota Attorney General due to tricking homeowners into signing binding contracts.

190.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are defendants in lawsuits from the Minnesota Attorney General due to hidden fees.

191.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs have many customers who claim they were not properly informed about the total cost of their solar systems.

192.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs have many customers who experienced significant issues with installation and functionality after signing contracts.

193.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs engaged in deceptive marketing.

194.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are being sued by the Attorney General because salespeople exaggerated the potential cost savings from solar panels.

195.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs informed customers they would no longer receive electricity bills after installation.

196.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs engaged in high-pressure tactics.

197.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are being sued by the Attorney General because customers reported feeling pressured to sign contracts quickly.

198.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are defendants in lawsuits brought by the Minnesota Attorney General due to sales representatives downplaying concerns and using misleading language.

199.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General brought lawsuits against Plaintiffs because of hidden fees.

200.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are being sued by the Attorney General because some customers claim they were not adequately informed about additional fees associated with financing their solar systems.

201.    Google made false and defamatory statements against Plaintiffs, including that Plaintiffs are faced with lawsuits from the Attorney General because of hidden fees leading to unexpectedly high costs for customers.

202.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General brought lawsuits against Plaintiffs for solar installation issues.

203.    Google made false and defamatory statements against Plaintiffs, including that the Attorney General's lawsuit against Plaintiffs included issues with the quality of solar panel installations.

204.    Google made false and defamatory statements against Plaintiffs, including that the Attorney General's lawsuits against Plaintiffs included improper connections to the grid.

205.    Google made false and defamatory statements against Plaintiffs, including that the Attorney General's lawsuits against Plaintiffs included malfunctioning panels.

206.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office has sued solar lending companies, including Plaintiffs, over hidden fees and other practices.

207.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office has sued Plaintiffs and obtained consent judgments returning over $300,000 to consumers.

28

208.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office has sued Plaintiffs as financing lenders.

209.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs as lenders for misrepresenting loan repayment obligations.

210.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs as lenders for failure to disclose upfront fees in loan documents.

211.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Wolf River as lenders and installer for an inflated share of the market.

212.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs as lenders for skewed lending practices and sales towards financing.

213.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs in lawsuits seeking civil penalties.

214.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs in lawsuits seeking restitution.

215.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs in lawsuits seeking disgorgement.

216.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs in lawsuits seeking injunctive relief.

29

217.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs in lawsuits seeking declaratory relief.

218.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General's Office sued Plaintiffs in lawsuits and encouraged members of the public to file complaints with the Minnesota Attorney General against Plaintiffs.

219.    Google made false and defamatory statements against Plaintiffs, including that Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that Plaintiffs engaged in deceptive sales practices regarding solar panel installations.

220.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that the Plaintiffs misled customers about tax credits.

221.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that Plaintiffs used high-pressure tactics to sign contracts.

222.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging concerns regarding the legitimacy of Plaintiffs' business practices are currently being investigated by legal authorities.

223.    Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included that Plaintiffs engaged in deceptive sales tactics.

224.    Google made false and defamatory statements against Plaintiffs, including that Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the

lawsuits included that Plaintiffs misled customers about the amount of money they could save with solar panels.

225.   Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included that Plaintiffs falsely stated that customers were automatically eligible for tax credits.

226.   Google made false and defamatory statements against Plaintiffs, including that Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included that Plaintiffs engaged in high-pressure sales.

227.   Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included that Plaintiffs' consumers reported feeling pressured to sign contracts quickly.

228.   Google made false and defamatory statements against Plaintiffs, including that Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included that Plaintiffs' consumers had concerns about hidden fees.

229.   Google made false and defamatory statements against Plaintiffs, including that Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included that Plaintiffs' consumers had concerns about financing terms.

230.   Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the lawsuits included poor installation quality.

231.   Google made false and defamatory statements against Plaintiffs, including that the Minnesota Attorney General has filed lawsuits against Plaintiffs, alleging that key points of the

lawsuits included complaints that mention issues with the quality of solar panel installations once contracts were signed.

232.    Google made false and defamatory statements against Plaintiffs, including that Minnesota Attorney General has filed lawsuits against Plaintiffs, and implied they may have been misled by Plaintiffs and that they should consider contacting the Minnesota Attorney General's Office to file a complaint.

233.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs, for deceptive business practices.

234.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs violated Minnesota laws against deceptive trade practices.

235.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs violated Minnesota laws against lending.

236.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs charged hidden fees on solar panel purchases.

237.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs inflated the cost of solar systems.

238.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs prevented customers from comparing prices.

239.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs deceived customers about the financial benefits of solar panels.

240.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs promised automatic incentives.

241.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs promised tax credits.

242.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs promised customers tax rebates.

243.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs because Plaintiffs promised tax credits and rebates that some customers don't qualify for.

244.  Google made false and defamatory statements against Plaintiffs, including falsely claiming that in March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs and falsely claimed that the Attorney General recommends and encourages consumers to report concerns about Plaintiffs.

245.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that a lawsuit in 2022 was brought by the Minnesota Attorney General against Plaintiffs for deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts.

246.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that a lawsuit in 2022 was brought by the Minnesota Attorney General against Plaintiffs for leading many homeowners to face significant financial burdens.

247.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that a lawsuit in 2022 was brought by the Minnesota Attorney General against Plaintiffs for poorly installed solar panels.

248.    Google made false and defamatory statements against Plaintiffs, including falsely claiming that a lawsuit in 2022 was brought by the Minnesota Attorney General against Plaintiffs for not delivering promised energy savings.

249.    Google made false and defamatory statements against Wolf River, including falsely claiming that a lawsuit in 2022 was brought by the Minnesota Attorney General against Plaintiffs and falsely claimed the case is still ongoing and that details regarding its current status may be found on the Minnesota Attorney General's website.

250.    Google presented these false statements as facts.

251.    The natural tendency of these statements is to harm Plaintiffs' reputation, lower their esteem in the community, bring Plaintiffs into disrepute, and deter third persons from associating, dealing, or doing business with Plaintiffs.

252.    Google's false statements are libelous and defamatory on their face.

253.    Google's publication of knowingly, intentionally, and maliciously false and defamatory statements has negatively affected and harmed and will continue to negatively affect and harm Plaintiffs in connection with their business and profession, including with current customers, potential customers, members of the public, potential employees, and potential business partners.

254.    Google's false and defamatory statements about Plaintiffs are not privileged.

255.    Google's false and defamatory statements about Plaintiffs are not a matter of public concern.

256.    Google's false and defamatory statements about Plaintiffs were made with actual malice.

257.    Google's false and defamatory statements about Plaintiffs were made with knowledge that the statements were false.

258.    Google's false and defamatory statements about Plaintiffs were made with a deliberate disregard for Plaintiffs rights.

259.    Google's false and defamatory statements about Plaintiffs were made with a deliberate disregard for whether or not the statements were false.

260.    Google's false and defamatory statements about Plaintiffs were made with a deliberate disregard for whether or not the statements would harm Plaintiffs.

261.    As a direct result of Google's publication of knowingly, intentionally, and maliciously false and defamatory statements, Plaintiffs have suffered humiliation and embarrassment.

262.    As a direct result of Google's publication of knowingly, intentionally, and maliciously false and defamatory statements, Plaintiffs have suffered special damages, including

35

loss of revenue from customers or prospective customers who have refused to do business with Plaintiffs.

263.    Upon information and belief, discovery may reveal that other defamatory statements were also made by Google or its agents and affiliates.

264.    Google is liable to Wolf River for defamation in an amount in excess of $50,000, to be determined by a jury.

## COUNT II

## DEFAMATION PER SE

265.    Plaintiffs restate and re-allege paragraphs 1 through 321 as though fully set forth herein.

266.    Google made multiple false statements and publications concerning Plaintiffs' business, trade, and profession.

267.    Google's statements refer to improper or incompetent conduct involving Plaintiffs' business, trade, and profession.

268.    Google acted as an information content provider by publishing false statements it created about Plaintiffs.

269.    Google acted as an information content provider by publishing false statements and falsely citing sources which did not support its statements.

270.    Google created and published the false statements; it did not simply archive, cache, or provide access to content that was created by a third party.

271.    The defamatory statements only appear on Google's platform.

272.    These publications and statements constitute defamation per se.

273.    Google's statements are defamatory per se as a matter of law.

36

274.    Google's statements are not privileged.

275.    As a result of Google's defamatory statements, Plaintiffs have suffered special damages.

276.    As a result of Google's defamatory statements, Plaintiffs have been harmed in an amount exceeding $50,000, to be determined by the jury.

## COUNT III

## DEFAMATION BY IMPLICATION

277.    Plaintiffs restate and re-allege paragraphs 1 through 321 as though fully set forth herein.

278.    Google juxtaposed a series of statements to imply false and defamatory connections about Plaintiffs to their customers and the public.

279.    Google juxtaposed a series of statements and omitted facts to create a defamatory implication.

280.    Google's series of statements were knowingly, intentionally, and maliciously false and defamatory, and have negatively impacted Plaintiffs and will continue to do so in connection with Plaintiffs' business and profession.

281.    Google implied false and misleading information about Plaintiffs by displaying defamatory autocomplete predictions about Plaintiffs.

282.    Google implied false and misleading information about Plaintiffs including that Plaintiffs are currently facing lawsuits from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding

37

contracts with hidden fees, that many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts.

283.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the lawsuits allege that Plaintiffs' salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate.

284.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the lawsuits allege that customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language.

285.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the lawsuits allege that some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs.

286.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the lawsuits allege that complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels.

287.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the lawsuits allege that Plaintiffs are financing lenders.

38

288.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the lawsuits allege hidden fees and other practices.

289.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General in April 2022 alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts, leading to many homeowners facing significant financial burdens from poorly installed solar panels that did not deliver promised energy savings, and that the case is still ongoing and details regarding its current status may be found on the Minnesota Attorney General's website.

290.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General in April 2022 alleging the lawsuit accuses Plaintiffs of misleading customers about the cost savings of solar panels, using aggressive sales tactics, and failing to properly install systems.

291.    Google implied false and misleading information about Plaintiffs including that many Plaintiffs' solar panels do not perform as advertised.

292.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General in April 2022 and that the lawsuit is still ongoing, and details regarding its progress can be found on the Minnesota Attorney General's website.

293.    Google implied false and misleading information about Plaintiffs including that Plaintiffs have lawsuits brought against them by the Minnesota Attorney General and implied the Attorney General won a judgment order against Plaintiffs for over $300,000.

39

294.    Google implied false and misleading information about Plaintiffs including that customers of Plaintiffs should file complaints against Plaintiffs to the Minnesota Attorney General and instructed the public on how to do so.

295.    Google implied false and misleading information about Plaintiffs including that Plaintiffs engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts.

296.    Google implied false and misleading information about Plaintiffs including that the Minnesota Attorney General filed a lawsuit against Plaintiffs for concerns regarding the legitimacy of Plaintiffs' business practices are currently being investigated by legal authorities.

297.    Google implied false and misleading information about Plaintiffs including that their business practices are currently being investigated by legal authorities.

298.    Google implied false and misleading information about Plaintiffs including that Plaintiffs are currently being investigated by legal authorities.

299.    Google implied false and misleading information about Plaintiffs including that Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs in March 2024 and Google implied that Plaintiffs engaged in deceptive business practices.

300.    Google implied false and misleading information about Plaintiffs including that Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs in March 2024 and Google implied that Plaintiffs violated Minnesota laws against deceptive trade practices and lending.

301.    Google implied false and misleading information about Plaintiffs including that Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs in March 2024 and Google implied that Plaintiffs charged hidden fees on solar panel purchases, inflated the cost of

solar systems, prevented customers from comparing prices, deceived customers about the financial benefits of solar panels, promised automatic incentives, such as tax credits and rebates, and that some customers do not qualify for.

302.    Google implied false and misleading information about Plaintiffs including that Minnesota Attorney General Keith Ellison filed a lawsuit against Plaintiffs in March 2024 and Google implied that Plaintiffs should be reported to the Minnesota Attorney General.

303.    Google conveyed a defamatory meaning through the language used and the surrounding circumstances of the statements.

304.    As a result of Google's defamatory statements, Plaintiffs received several complaints from customers who filed complaints with the Minnesota Attorney General.

305.    As a result of Google's defamatory statements, customers and the general public have refused to do business with Plaintiffs.

306.    As a result of Google's defamatory statements, Plaintiffs have suffered damages in an amount exceeding $50,000, to be determined by a jury.

## COUNT IV

## VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT

307.    Plaintiffs restate and re-allege paragraphs 1 through 321 as though fully set forth herein.

308.    In the course of its business, Google disparaged Plaintiffs' services and business, by publishing false and misleading representations of fact as set forth herein, in violation of the Minnesota Deceptive Trade Practices Act, Minn. Stat. § 325D.44 et seq.

309.    In the course of its business, Google caused the likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of Plaintiffs' goods and services.

310.    In the course of its business, Google caused the likelihood of confusion or of misunderstanding as to affiliation, connection, or association of Plaintiffs to defendants named in the Minnesota Attorney General's lawsuits.

311.    In the course of its business, Google disparages the goods, services, or business of Plaintiffs by false or misleading representation of fact.

312.    In the course of its business, Google engaged in unfair and unconscionable acts or practices against Plaintiffs.

313.    In the course of its business, Google engaged in conduct which similarly creates a likelihood of confusion or of misunderstanding between Plaintiffs and parties named in the Minnesota Attorney General's lawsuits.

314.    As a direct result of Google's deceptive trade practices, Plaintiffs have suffered financial, economic, and reputational damages.

315.    As a direct result of Google's deceptive trade practices, Plaintiffs will continue to suffer financial, economic, and reputational damages.

316.    As a direct result of Google's deceptive trade practices, Plaintiffs have been defamed and continues to suffer damages.

317.    Plaintiffs are entitled to injunctive relief against Google, plus attorney's fees, costs, and disbursements to the extent permitted by law for Google's violation of the Minnesota Deceptive Trade Practices Act.

## COUNT V

### DECLARATORY RELIEF

318.    Plaintiffs restate and re-allege paragraphs 1 through 321 as though fully set forth herein.

319.    Search engines, internet websites, and social media companies will not delist or remove reviews or publications without a court order declaring the publication to be unlawful, false, or defamatory.

320.    Plaintiffs have no adequate or other speed remedy at law, and a declaration of rights is necessary and proper for a resolution of these issues.

321.    Plaintiffs are entitled to a declaration that Defendants' publications must be removed because they are false, defamatory, or unlawful.

**WHEREFORE**, Plaintiffs request judgment as follows:

1.    For an Order of the Court entering Judgment in Plaintiff LTL LED, LLC's favor and against Defendant Google LLC on Count I of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

2.    For an Order of the Court entering Judgment in Plaintiff Justin Nielsen's favor and against Defendant Google LLC on Count I of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

3.    For an Order of the Court entering Judgment in Plaintiff Vladimir Marchenko's favor and against Defendant Google LLC on Count I of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

4.     For an Order of the Court entering Judgment in Plaintiff Luka Bozek's favor and against Defendant Google LLC on Count I of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

5.     For an Order of the Court entering Judgment in Plaintiff Jonathan Latcham's favor and against Defendant Google LLC on Count I of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

6.     For an Order of the Court entering Judgment in Plaintiff LTL LED, LLC's favor and against Defendant Google LLC on Count II of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

7.     For an Order of the Court entering Judgment in Plaintiff Justin Nielsen's favor and against Defendant Google LLC on Count II of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

8.     For an Order of the Court entering Judgment in Plaintiff Vladimir Marchenko's favor and against Defendant Google LLC on Count II of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

9.     For an Order of the Court entering Judgment in Plaintiff Luka Bozek's favor and against Defendant Google LLC on Count II of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

10.     For an Order of the Court entering Judgment in Plaintiff Jonathan Latcham's favor and against Defendant Google LLC on Count II of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

11.     For an Order of the Court entering Judgment in Plaintiff LTL LED, LLC's favor and against Defendant Google LLC on Count III of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

12.     For an Order of the Court entering Judgment in Plaintiff Justin Nielsen's favor and against Defendant Google LLC on Count III of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

13.     For an Order of the Court entering Judgment in Plaintiff Vladimir Marchenko's favor and against Defendant Google LLC on Count III of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

14.     For an Order of the Court entering Judgment in Plaintiff Luka Bozek's favor and against Defendant Google LLC on Count III of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

15.     For an Order of the Court entering Judgment in Plaintiff Jonathan Latcham's favor and against Defendant Google LLC on Count III of Plaintiffs' Amended Complaint, in an amount in excess of $50,000.

16.     For an Order of the Court entering Judgment in Plaintiffs' favor and against Defendant Google LLC on Count IV, awarding injunctive relief, attorneys' fees, costs, and disbursements to the extent permitted by law.

17.     For an Order of the Court entering Judgment in Plaintiffs' favor and against Defendant Google LLC on Count V, awarding declaratory relief declaring that Defendant's internet publications must be removed because they are false, defamatory, or unlawful.

18.     For an Order in Plaintiffs' favor for other and further relief as the Court deems just, equitable, and appropriate.

Dated: 5/23/2025

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #0403808
General Counsel
Wolf River Electric
101 Isanti Parkway NE Suite G
Isanti, MN 55040
Office: (763)229-6662
Nick@wolfriverelectric.com

**Attorney for Plaintiffs**


## ACKNOWLEDGMENT

The party represented by the undersigned, by and through the undersigned, hereby acknowledge that sanctions may be imposed under Minn. Stat. § 549.211 if the Court finds a violation of said statute.

Dated: 5/23/2025

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #0403808
General Counsel
Wolf River Electric
101 Isanti Parkway NE Suite G
Isanti, MN 55040
Office: (763)229-6662
Nick@wolfriverelectric.com

**Attorney for Plaintiffs**

# EXHIBIT 1

wolf river electric lawsuit - Google Search



wolf river electric lawsuit

All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More                          Tools

◆ AI Overview                                                          Learn more  ⋮

According to recent news reports, Wolf River Electric is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees; many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts. 🔗

## Key points about the lawsuit against Wolf River Electric:

**Deceptive marketing:**
The lawsuit alleges that Wolf River Electric salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate. 🔗

**High-pressure tactics:**
Customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language. 🔗

**Hidden fees:**
Some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs. 🔗

**Installation issues:**
Complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels. 🔗

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✦ Star Tribune                                                                    ⋮

Wolf River Electric Reviews - Woodbury, MN - Angie's List

wolf river electric lawsuit - Google Search

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

 Angie's List

⋮

## Wolf River Electric | BBB Reviews | Better Business Bureau

Their responses to this were that I asked about a subpanel (I also asked about more solar panels) and for the solar panel design,

🏛 BBB

⋮

Show all

Generative AI is experimental. For legal advice, consult a professional.

 

---

✦ Star Tribune
https://www.startribune.com › minnesota-homeowners-s...  ⋮

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies,** accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

🌐 Wolf River Electric
https://wolfriverelectric.com  ⋮

## Wolf River Electric

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

  About Us       Wolf River Electric       Contact Us       See our projects

ℹ Indeed
https://www.indeed.com › ... › Employee Reviews  ⋮

## Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0          · Review by Appointment Setter

 Angie's List
https://www.angi.com › companylist › wolf-river-electric...  ⋮

## Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9            (15)

## People also ask  ⋮

Who is the owner of Wolf River Electric?                                    ⌄

Is Wolf River Electric a good company to work for?                          ⌄

What is the warranty on Wolf River Electric?                               ⌄

What solar company is being sued?                                          ⌄

Feedback

  Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric  ⋮

## Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

  Reddit · r/Devilcorp
10+ comments · 6 months ago  ⋮

## Possible Devil Corp : r/Devilcorp

it's a hard sell. They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that ...

Minnesotans who have installed solar on their homes ...    128 posts    May 29, 2023
Does anyone have experience with Nusun Power before?    115 posts    Dec 19, 2023
Is my Solar Sales job a scam? - Reddit                      35 posts    Jan 18, 2020
Spruce Power finally resolved an old SPAC **lawsuit** ...      5 posts    Jan 8, 2024
More results from www.reddit.com

  Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric  ⋮

## Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.

3.9            (37)

wolf river electric lawsuit - Google Search

 **Trellis.Law**
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri... ⋮

## Legal Document

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.

 **Minnesota Attorney General's Office**
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio ⋮

## April 26, 2022 Press Release

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners.

 **Indeed**
https://www.indeed.com › ... › Wolf River Electric ⋮

## Working at Wolf River Electric: 95 Reviews

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security**, and more.

4.5        (100)

Isanti, MN       4.6 Management       4.6 Compensation & Benefits

## People also search for  ⋮

| | | | |
|---|---|---|---|
| Wolf river electric lawsuit **update** | 🔍 | Wolf River Electric **Reddit** | 🔍 |
| Wolf river electric lawsuit **reddit** | 🔍 | Wolf River Electric **salary** | 🔍 |
| Wolf River Electric **reviews** | 🔍 | Wolf River Electric **solar reviews** | 🔍 |
| Wolf river electric lawsuit **Minnesota settlement** | 🔍 | Wolf River Electric **jobs** | 🔍 |

1 2 3 4 5 6 7        Next

Results are not personalized

wolf river electric lawsuit - Google Search

**Minneapolis, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 2

3/5/25, 12:25 PM                                    wolf river electric - Google Search



Is Wolf River Electric a good company to work for?                                          ∨

Where is Wolf River Electric headquarters?                                                  ∨

What are the career opportunities at Wolf River Electric?                                   ∨

Feedback

Our pack just took the plunge—literally! Wolf River Electric dove into the Polar Plunge to...
2 days ago
Learn more

The Frisbee Fa... Some Serious F... other homes dr...
Feb 24, 2025
Learn more

Angie's List
https://www.angi.com › companylist › wolf-river-electric...      ⋮

## Wolf River Electric Reviews - Woodbury, MN

**Wolf Electric** has extensive experience in solar energy system design/installation on many projects throughout the Twin Cities.

### Reviews
Reviews from the web

**4.5/5**  EnergySage · 103 reviews

Google reviews ⓘ                                           Write a revie

"Incredible experience, great **staff**, excellent serv
★ ★ ★ ★

Indeed
https://www.indeed.com › ... › Wolf River Electric      ⋮

## Working at Wolf River Electric: 95 Reviews

95 reviews from Wolf River Electric employees about **Wolf River Electric** culture, salaries, benefits, work-life balance, management, job security, and more.

"**Project manager** responded to **inquiries** within a
frame."
★ ★ ★ ★

Indeed
https://www.indeed.com › ... › Employee Reviews      ⋮

## Misleading Job is Not what they tell you in the interview.

**DO NOT WORK FOR WOLF RIVER.** This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

"Scott was honest, not pushy and gave us a coup
choose from."
★ ★ ★ ★

View all Google reviews

Facebook · Wolf River Electric
7K+ followers      ⋮

## Profile for Wolf River Electric

**Wolf River Electric.** 6776 likes · 258 talking about this. We specialize in residential and commercial solar panel installation.

### Profiles
YouTube    LinkedIn    Facebook    Instagram

Cottage Grove Area Chamber of Commerce
https://business.cottagegrovechamber.org › list › member      ⋮

## Wolf River Electric

Welcome to **Wolf River Electric**, where grassroots passion meets cutting-edge solar technology. **Wolf River Electric**, founded by a close-knit group of friends.

### Contact
**Appointments:** wolfriverelectric.com

Instagram · wolfriverelectric
6.9K+ followers      ⋮

## Wolf River Electric (@wolfriverelectric)

**Local full-service solar panels installation & electric company.** We provide residential & commercial solar panels installations. in MN, WI, and IA.

### People also search for

Wolf River
Construct...
Contractor

Isanti
Electric Inc
Electrician

Solar Sales
Solar
energy
company

Northwoo...
Electric
Electrician

Wo
Co
L.L
Co
cor

## People also search for      ⋮

Wolf River      All Energy      Centauri      Sisu Solar      CB Solar Inc.      SolQ
Electric        Solar          Systems -
Company                        Solar Comp...

Feedback

Wolf river electric **lawsuit**      🔍          Wolf River Electric **Reddit**      🔍

### Questions & answers
See all questions (1)

⧉ Send to your phone

Wolf River Electric **lawsuit update**          🔍          Wolf river electric **lawsuit**          🔍
                                                             **Minnesota settlement**

Wolf River Electric **reviews**                 🔍          Wolf River Electric **jobs**              🔍

Wolf river electric **pyramid scheme**          🔍          Wolf River Electric **solar reviews**     🔍

Go○○○○○○○○○gle  ›

1 2 3 4 5 6 7 8 9 10       Next

Results are not personalized

⊕ **Minneapolis, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 3

3/5/25, 7:28 PM                                       Google

Gmail   Images      



🔍   wolf river electric I                              ✕      

   **wolf river electric lawsuit**
                Wolf River Electric Company · Isanti, MN

🔍   wolf river electric l**awsuit reddit**

🔍   wolf river electric l**ogo**

🔍   wolf river electric l**awsuit update minnesota**

🔍   wolf river electric l**awsuit update today**

🔍   wolf river electric **+ linkedin**

🔍   wolf river electric l**awsuit minnesota settlement**

🔍   wolf river electric l**ocations**

🔍   wolf river electric l**lc**

🔍   wolf river electric **company l**egit

Google Search        I'm Feeling Lucky

*Report inappropriate predictions*

About     Advertising     Business     How Search works

🍃 Our third decade of climate action: join us          Privacy     Terms     Settings

# EXHIBIT 4



All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More                    Tools

◆ AI Overview                                                        Learn more   ⋮

Wolf River Electric has faced complaints and allegations, including being
named in a lawsuit by the Minnesota Attorney General, alleging deceptive
business practices and misleading consumers, and other complaints related
to property damage and high-pressure sales tactics.  🔗

**Here's a more detailed look:**

**Lawsuit by Minnesota Attorney General:**

In 2022, the Minnesota Attorney General sued Wolf River Electric along with other
solar companies for deceptive practices, alleging they misled consumers about cost
savings, promised tax credits, and used high-pressure sales tactics.  🔗

**Allegations of Deception and Misrepresentation:**

The lawsuit claimed the companies falsely told customers they were partnering with
utility companies, exaggerated savings, and tricked homeowners into signing binding
contracts under false pretenses.  🔗

**Other Complaints:**

There are also complaints from consumers regarding property damage (like roof
damage during installation) and disagreements over contracts and financing
arrangements. Some homeowners reported being pressured into financing
arrangements they couldn't afford, or being threatened with legal action when they
tried to cancel contracts.  🔗

**High-Pressure Tactics:**

Sales tactics have been described as "predatory" by some homeowners who
experienced issues with Wolf River Electric, including promises of a free cruise or part

                                                                          ✕

April 26, 2022 Press Release - Minnesota Attorney General's Office
Apr 26, 2022 — The solar companies also misrepresented the cost savings and other
benefits associated with their solar panels, urging...

🔗  Minnesota Attorney General's Office                                    ⋮

Minnesota AG Suing Four Solar Panel Sales Companies
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure
Solar Energy and Clean Energy Educators), Bello ...

🔗  KROC-AM                                                               ⋮

✧ Star Tribune                                                                                    ⋮

### Wolf River Electric Reviews - Woodbury, MN - Angie's List

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

🅰 Angie's List                                                                                    ⋮

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🐾 Minnesota Attorney General's Office                                                              ⋮

Show all

---

Generative AI is experimental. For legal advice, consult a professional.              👍    👎

---

✧ Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging...

🌐 Wolf River Electric
https://wolfriverelectric.com

## Wolf River Electric                                 ⋮

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

**See results about**

Wolf River Electri...          ›
Solar energy
company in Isanti,
Minnesota

✕

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🐾 Minnesota Attorney General's Office                                                              ⋮

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

🐾 KROC-AM                                                                                          ⋮

Indeed
https://www.indeed.com › ... › Employee Reviews

## Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on...

1.0         · Review by Appointment Setter

Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric

## Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

## People also ask

Who is the CEO of Wolf River Electric?                    ⌄

Is Wolf River Electric a good company to work for?        ⌄

What is the warranty on Wolf River Electric?              ⌄

What solar company is being sued?                         ⌄

                                                   Feedback

Trellis.Law
https://trellis.law › ... › Cook County District Courts

## Ltl Led Llc Dba Wolf River Electric Vs James Mydland ...



                                                              ✕

### April 26, 2022 Press Release - Minnesota Attorney General's Office
Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office                          ⋮

### Minnesota AG Suing Four Solar Panel Sales Companies
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

KROC-AM                                                      ⋮

**Indeed**
https://www.indeed.com › ... › Wolf River Electric

## Wolf River Electric Employee Reviews

94 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management,...**

4.5          (99)

Isanti, MN        4.6 Management        4.6 Compensation & Benefits

**Better Business Bureau**
https://www.bbb.org › ... › Wolf River Electric

## Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.

4.0          (41)

**Yelp**
https://www.yelp.com › ... › Home Services › Electricians

## WOLF RIVER ELECTRIC - Updated March 2025

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry...

2.2          (10)

## People also search for

Wolf river electric lawsuit **update**

Wolf river electric lawsuit **reddit**

Wolf river electric lawsuit **Minnesota settlement**

Wolf River Electric **reviews**

✕

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

KROC-AM

wolf river electric lawsuit - Google Search

1  2  3  4  5          Next

Results are not personalized

**Minneapolis, Minnesota** - From your IP address - Update location

Help      Send feedback      Privacy      Terms

✕

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office                                              ⋮

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

KROC-AM                                                                          ⋮

# EXHIBIT 5

# How Google autocomplete predictions work

Autocomplete is a feature within Google Search that makes it faster to complete searches that you start to type. Our automated systems generate predictions that help people save time by allowing them to quickly complete a search that is useful to them.

Where autocomplete predictions come from

Once you start to type, autocomplete predictions reflect real searches that have been done on Google. To determine what predictions to show, our systems look for common queries that match what someone starts to enter into the search box but also consider:

- The language of the query
- The location a query is coming from
- Trending interest in a query
- Your past searches

These factors allow autocomplete to show the most helpful predictions that are unique to a particular location or time, such as for breaking news events.

In addition to full search predictions, Autocomplete may also predict individual words and phrases that are based on both real searches as well as word patterns found across the web.

Finally, signed in users may also see other time saving features related to Autocomplete, including:

- A history of their past searches
- Personalized predictions based on their activity on Google

Learn how to manage trending searches, past searches, and personalized search predictions.


How we handle issues with predictions

Autocomplete policies

Find trending searches


## Difference between autocomplete & Google Trends

Autocomplete is a time-saving but complex feature. It doesn't simply display the most common queries on a given topic. That's why it differs from and shouldn't be compared against Google Trends.

Google Trends     is a tool for journalists and anyone else who wants to research the popularity of searches and search topics over time.

## Turn off, remove, or report some predictions

Learn how to turn off, remove, and report some predictions.

Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT 6

wolf river electric lawsuit minnesota settlement - Google Search



wolf river electric lawsuit minnesota settlement   ✕   🎤   📷   🔍          ⠿   👤

All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More          Tools

◆ **AI Overview**                                                    Learn more   ⋮

The Minnesota Attorney General's Office has sued solar lending companies, including Wolf River Electric, over hidden fees and other practices. The office has obtained consent judgments against solar installers and lenders, returning over $300,000 to consumers. 🔗

**What the lawsuit claims** 🔗

- The lenders misrepresented that loan repayment obligations were independent of the actions of the solar company
- The lenders failed to disclose upfront fees in the initial loan documents
- The practices prevented comparison shopping and gave the lenders and solar installers an unfair share of the market

What the lawsuit seeks civil penalties, restitution, disgorgement, and injunctive and declaratory relief. 🔗

**How to file a complaint**

You can file a complaint with the Minnesota Attorney General's Office if you've been victimized by a solar advertiser, installer, or lender. You can file a complaint online or call (651) 296-3353 (Metro area) or (800) 657-3787 (Greater Minnesota). 🔗

Minnesota Attorney General Keith Ellison sues solar lending ...

Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✦ Star Tribune                                                             ⋮

July 17, 2024 Press Release - Minnesota Attorney General

Jul 17, 2024 — And in 2022 and 2023, the Office sued and obtained consent judgments against solar installers, their owners, and their...

🏛 Minnesota Attorney General's Office                                      ⋮

### October 21, 2024 Press Release - Minnesota Attorney General

Oct 21, 2024 — The Attorney General's Office will contact impacted consumers who are entitled to refunds. Since taking Office, Attorn...

 Minnesota Attorney General's Office                                ⋮

Show all

---

Generative AI is experimental. For legal advice, consult a professional.     👍     👎

---

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...  ⋮

## Minnesota Attorney General Keith Ellison sues solar ... ✅

Nov 8, 2024 — Ellison is suing four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.
Missing: ~~settlement~~ | Show results with: settlement

## People also ask  ⋮

Does solar really pay off?                                                    ⌄

What solar company is being sued?                                             ⌄

Feedback

KROC  KROC-AM
https://krocnews.com › ...  ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✅

Apr 26, 2022 — **Minnesota** Attorney General Keith Ellison has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio  ⋮

## April 26, 2022 Press Release ✅

Apr 26, 2022 — The **lawsuit** alleges these companies, individuals, and lenders violated several **Minnesota** state laws against consumer fraud. Attorney General Ellison is seeking restitution for consumers, civil...

3/5/25, 7:42 PM                    wolf river electric lawsuit minnesota settlement - Google Search


Bring Me The News
https://bringmethenews.com › MN News  ⋮

## MN solar panel installers that 'defrauded customers' hit with ... ✓

May 21, 2023 — On Friday, Ellison announced that, under the terms of the **settlement**, Avolta Power, Inc. and a number of other companies will pay out $310,000 in restitution, over "false promises the...


Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...  ⋮

## Legal Document ✓

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.
Missing: ~~settlement~~ | Show results with: settlement


Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician  ⋮

## Wolf River Electric | BBB Business Profile ✓

View Service Area close. **Serving the following areas:** Aitkin County, MN; Anoka County, MN; Benton County, MN; Carlton County, MN; Carver County, MN; Chisago County, MN; Crow Wing County, MN; Dako...
3.9 ★ ★ ★ ☆ ☆  (37)
Missing: ~~settlement~~ | Show results with: settlement

Reddit · r/minnesota
120+ comments · 1 year ago  ⋮

## Minnesotans who have installed solar on their homes ✓

Up to $8,500 per household to replace systems with high efficiency heat pumps. Most of the winter in **Mn** you can run a heat pump and heat the entire home with **electricity** rather than natural gas. If you have...
128 answers · Top answer: Yup. I produce more electricity than I consume annually, so it does offset the...

| | | |
|---|---|---|
| Seriously my favorite billboard right now : r ... | 34 answers | Jun 5, 2024 |
| Things went from bad to worse. Looking into legal ... | 95 answers | Oct 31, 2023 |
| Solar Sales Job, is this an MLM or scam? - Reddit | 39 answers | Feb 1, 2023 |
| Spruce Power finally resolved an old SPAC **lawsuit** ... | 5 answers | Jan 8, 2024 |

More results from www.reddit.com


Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta  ⋮

## May 19, 2023 Press Release ✓

May 19, 2023 — May 19, 2023 (SAINT PAUL) — **Minnesota Attorney General Keith Ellison announced today that he has reached a settlement** and obtained judgment against the last of 10 defendants that...
Missing: ~~wolf river~~

3/5/25, 7:42 PM                    wolf river electric lawsuit minnesota settlement - Google Search

 mn.gov
https://mn.gov › oah › rest › html › oah › opinion-archive    ⋮

## Document List - Minnesota.gov ✓

28-2500-40515 In the Matter of the Application of Northern States Power Company, d/b/a Xcel Energy, for Authority to Increase Rates for **Electric** Service in the State of **Minnesota** · 65-3600-39432 City of...

 KXAN Austin
https://www.kxan.com › press-releases › ein-presswire    ⋮

## Wolf River Electric Opposes SF 1142 and HF 845, Citing ... ✓

Feb 21, 2025 — The bills propose redefining key terms, adjusting compensation structures, and updating interconnection standards—changes that **Wolf River Electric** believes will discourage solar adoption an...

Missing: ~~settlement~~ | Show results with: **settlement**

## People also search for    ⋮

| | |
|---|---|
| Wolf river electric lawsuit minnesota settlement **payout** 🔍 | Wolf River Electric **reviews** 🔍 |
| Wolf river electric lawsuit minnesota settlement **reddit** 🔍 | Wolf River Electric **jobs** 🔍 |
| Wolf river electric lawsuit minnesota settlement **2022** 🔍 | |



1 2 3 4 5 6 7 8 9    Next

Results are not personalized

⬤ **Hennepin County, Minnesota** - From your IP address - Update location

Help      Send feedback      Privacy      Terms

# EXHIBIT 7

3/6/25, 8:20 AM                          wolf river electric lawsuit update today - Google Search





◆ **AI Overview**                                                        Learn more   ⋮

As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf
River Electric, along with several other solar companies, alleging deceptive
sales practices including misrepresenting cost savings, using high-pressure
tactics, and tricking consumers into signing binding contracts, leading to
many homeowners facing significant financial burdens from poorly installed
solar panels that did not deliver promised energy savings; **the case is still
ongoing** and details regarding its current status may be found on the
Minnesota Attorney General's website.   🔗

**Key points about the lawsuit:**

**Allegations:**
The lawsuit accuses Wolf River Electric of misleading customers about the cost
savings of solar panels, using aggressive sales tactics, and failing to properly install
systems.

**Consumer impact:**
Many Minnesota homeowners who signed contracts with Wolf River Electric reported
facing high hidden fees, delayed installations, and solar panels that did not perform
as advertised.

**Current status:**
The lawsuit is still ongoing, and details regarding its progress can be found on the
Minnesota Attorney General's website.   🔗

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every
morning and the company advertises heavily...
    ✦ Star Tribune                                                                   ⋮

Minnesota AG Suing Four Solar Panel Sales Companies - KROC-AM
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar
Energy and Clean Energy Educators), Bello ...

3/6/25, 8:20 AM                          wolf river electric lawsuit update today - Google Search

 KROC-AM                                                          ⋮

### April 26, 2022 Press Release - Minnesota Attorney General

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🐾 Minnesota Attorney General's Office                                        ⋮

Generative AI is experimental.                               

---

✦ Star Tribune
https://www.startribune.com › minnesota-homeowners-s...  ⋮

## Minnesota Attorney General Keith Ellison sues solar ... ✓

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies,** accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

## People also ask  ⋮

Who is the CEO of Wolf River Electric?                                        ⌄

What is the warranty on Wolf River Electric?                                  ⌄

Where is Wolf River Electric headquarters?                                    ⌄

Are solar companies being sued?                                              ⌄

                                                                          Feedback

---

 Angie's List
https://www.angi.com › companylist › wolf-river-electric...  ⋮

## Wolf River Electric Reviews - Woodbury, MN ✓

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★★★        (15)

 Reddit · r/Devilcorp
10+ comments · 6 months ago  ⋮

## Possible Devil Corp : r/Devilcorp ✓

wolf river electric lawsuit update today - Google Search

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

Minnesotans who have installed solar on their homes     128 posts     May 29, 2023
Is my Solar Sales job a scam?     35 posts     Jan 18, 2020
Is it worth if for me to go solar? : **r**/solar     13 posts     Jul 17, 2024
Solar work or low voltage work : **r**/electricians     10 posts     Aug 19, 2024
More results from www.reddit.com


Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician ⋮

# Wolf River Electric | BBB Business Profile ✔

**Wolf River Electric is BBB Accredited.** BBB accredited business seal. This business has committed to upholding the BBB Standards for Trust.

3.9 ★★★★      (37)


Indeed
https://www.indeed.com › ... › Employee Reviews ⋮

# Misleading Job is Not what they tell you in the interview. ✔

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★      · Review by Appointment Setter


Yelp
https://www.yelp.com › ... › Home Services › Electricians ⋮

# WOLF RIVER ELECTRIC - Updated March 2025 ✔

Then **today** I get a notice email that an invoice for over $6,000 will be due.. they can try and sue me for that money I am not paying a cent. Who do these ...

2.5 ★★★      (11)


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric ⋮

# Wolf River Electric | BBB Complaints | Better Business ... ✔

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.


News Channel Nebraska Southeast
http://southeast.newschannelnebraska.com › story › wol... ⋮

# Wolf River Electric Featured in Exclusive Online Article on ... ✔

Feb 26, 2025 — **Lawsuit** filed by 17 states against abortion accommodations in the workplace can proceed. Proposal to ban lab-grown meat in Nebraska gets ...

3/6/25, 8:20 AM                                        wolf river electric lawsuit update today - Google Search

**KROC** KROC-AM
https://krocnews.com › ...  ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✓

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

🌐 Wolf River Electric
https://wolfriverelectric.com  ⋮

## Wolf River Electric ✓

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

About Us     Wolf River Electric     Locations     Contact Us

## People also search for  ⋮

| | |
|---|---|
| Wolf river electric lawsuit update today **reddit** 🔍 | Wolf River Electric **salary** 🔍 |
| Wolf river electric lawsuit update today **2022** 🔍 | Wolf River Electric **Reddit** 🔍 |
| Wolf River Electric **reviews** 🔍 | Wolf River Electric **BBB** 🔍 |
| Wolf river electric lawsuit **Minnesota settlement** 🔍 | Wolf River Electric **net worth** 🔍 |



Goooooooogle ›
1 2 3 4 5 6 7 8     Next

Results are not personalized

● **Minneapolis, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 8

wolf river electric lawsuit update - Google Search



wolf river electric lawsuit update

All    News    Images    Videos    Short videos    Forums    Shopping    ⋮ More              Tools

 **AI Overview**                                                        Learn more    ⋮

As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf River Electric, along with several other solar companies, alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing contracts by calling them "paperwork.". The lawsuit seeks restitution for affected consumers and penalties against the companies. Currently, **there haven't been any major updates regarding the outcome of the lawsuit against Wolf River Electric**, but you can check the Minnesota Attorney General's website for the latest information. 🔗

**Key points about the lawsuit:**

**Allegations:**
The lawsuit claims Wolf River Electric and other solar companies misled customers about the cost savings of solar panels, used aggressive sales tactics, and made false promises about electricity bill reductions.

**Consumer impact:**
Many homeowners reportedly signed contracts with Wolf River Electric believing they were simply providing information, only to later discover they were legally bound to a solar installation.

**Potential outcomes:**
If the lawsuit is successful, affected consumers may be eligible for refunds or contract cancellations, and Wolf River Electric could face financial penalties. 🔗

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

⚡ Star Tribune                                                                              ⋮

3/5/25, 7:36 PM                    wolf river electric lawsuit update - Google Search

## Minnesota AG Suing Four Solar Panel Sales Companies - KROC-AM

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

🐾 KROC-AM                                                              ⋮

## April 26, 2022 Press Release - Minnesota Attorney General

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Generative AI is experimental.                                  👍     👎
Minnesota Attorney General's Office


Star Tribune
https://www.startribune.com › minnesota-homeowners-s...    ⋮

## Minnesota Attorney General Keith Ellison sues solar ... 

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.


Reddit · r/Devilcorp
10+ comments · 6 months ago    ⋮

## Possible Devil Corp : r/Devilcorp ✅

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes ... | 128 posts | May 29, 2023 |
| Is my Solar Sales job a scam? - Reddit | 35 posts | Jan 18, 2020 |
| Does anyone have experience with Nusun Power before? | 115 posts | Dec 19, 2023 |
| Solar Sales Job, is this an MLM or scam? - Reddit | 39 posts | Feb 1, 2023 |

More results from www.reddit.com

## People also ask    ⋮

Who is the owner of Wolf River Electric?                            ⌄

Is Wolf River Electric a good company to work for?                  ⌄

What is the warranty on Wolf River Electric?                       ⌄

What solar company is being sued?                                  ⌄

wolf river electric lawsuit update - Google Search

Feedback


Angie's List
https://www.angi.com › companylist › wolf-river-electric... ⋮

## Wolf River Electric Reviews - Woodbury, MN ✓

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★ ★ ★     (15)


Yelp
https://www.yelp.com › ... › Home Services › Electricians ⋮

## WOLF RIVER ELECTRIC - Updated March 2025 ✓

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry and have filed ...

2.5 ★ ★ ☆     (11)


Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician ⋮

## Wolf River Electric | BBB Business Profile ✓

**Wolf River Electric is BBB Accredited.** BBB accredited business seal. This business has committed to upholding the BBB Standards for Trust.

3.9 ★ ★ ★ ★     (37)


Indeed
https://www.indeed.com › ... › Employee Reviews ⋮

## Misleading Job is Not what they tell you in the interview. ✓

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ☆     · Review by Appointment Setter

Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric ⋮

## Wolf River Electric | BBB Complaints | Better Business ... ✓

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

KROC
KROC-AM
https://krocnews.com › ... ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✓

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison has filed a consumer protection lawsuit** against four solar-panel sales companies based in Utah.

3/5/25, 7:36 PM                                    wolf river electric lawsuit update - Google Search



Wolf River Electric
https://wolfriverelectric.com    ⋮

## Wolf River Electric ✔

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

( About Us )    ( Wolf River Electric )    ( Contact Us )    ( See our projects )

Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...    ⋮

## Legal Document ✔

Access this legal document on Trellis.Law. Review the document, case details, and **relevant case updates** to stay informed on this notable legal proceeding.

## People also search for    ⋮

| | | | |
|---|---|---|---|
| Wolf river electric lawsuit update **today** | 🔍 | Wolf river electric lawsuit **Minnesota settlement** | 🔍 |
| Wolf river electric lawsuit update **reddit** | 🔍 | Wolf River Electric **Reddit** | 🔍 |
| Wolf river electric lawsuit update **2022** | 🔍 | Wolf River Electric **salary** | 🔍 |
| Wolf River Electric **reviews** | 🔍 | Wolf River Electric **net worth** | 🔍 |



1 2 3 4 5 6 7       Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 9

wolf river electric company legit lawsuit - Google Search



## AI Overview

According to recent news reports, **the Minnesota Attorney General has filed a lawsuit against Wolf River Electric, alleging that the company engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts**; this lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's business practices are currently being investigated by legal authorities.

### Key points about the lawsuit:

**Deceptive sales tactics:**
The lawsuit claims Wolf River Electric misled customers about the amount of money they could save with solar panels and falsely stated that they were automatically eligible for tax credits.

**High-pressure sales:**
Consumers reported feeling pressured to sign contracts quickly, with concerns about hidden fees and financing terms.

**Poor installation quality:**
Some complaints also mention issues with the quality of solar panel installations once contracts were signed.

### What you should do:

**Do your research:**
Before signing a contract with Wolf River Electric, thoroughly research the company, read reviews, and compare quotes from other solar providers.

wolf river electric company legit lawsuit - Google Search

**Ask questions:**

Be very clear about all aspects of the contract, including financing terms, potential savings, and any tax credits you may be eligible for. 

**Contact the Attorney General's office:**

If you believe you have been misled by Wolf River Electric, consider contacting the Minnesota Attorney General's office to file a complaint. 🔗

### April 26, 2022 Press Release - Minnesota Attorney General

Apr 26, 2022 — They told consumers they were automatically eligible for tax credits when they weren't. When consumers tried to get ou...

🔹 Minnesota Attorney General's Office                                                     ⋮

### Wolf River Electric Reviews - Woodbury, MN - Angie's List

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

🔹 Angie's List                                                                               ⋮

### WOLF RIVER ELECTRIC - Updated March 2025 - Yelp

He also told us that in the winter, all I had to do was clear some of the snow off of the panels and the panels would create heat ...

 Yelp                                                                     ⋮

Show all

Generative AI is experimental.                                           

🔹 Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric  ⋮

## Wolf River Electric | BBB Complaints | Better Business ... ✅

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

Missing: ~~legit~~ | Show results with: legit

# People also ask  ⋮

Who is the CEO of Wolf River Electric?                                    ⌄

What is the warranty on Wolf River Electric?                              ⌄

Feedback

 **Reddit · r/Devilcorp**
10+ comments · 6 months ago ⋮

## Possible Devil Corp : r/Devilcorp ✓

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes | 128 posts | May 29, 2023 |
| Is my Solar Sales job a **scam**? | 35 posts | Jan 18, 2020 |
| Seriously my favorite billboard right now : **r**/minnesota | 34 posts | Jun 5, 2024 |
| Is it worth if for me to go solar? : r/solar | 13 posts | Jul 17, 2024 |

More results from www.reddit.com

 **Star Tribune**
https://www.startribune.com › minnesota-homeowners-s... ⋮

## Minnesota Attorney General Keith Ellison sues solar ... ✓

Nov 8, 2024 — Ellison is **suing** four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: ~~legit~~ | Show results with: legit

 **Indeed**
https://www.indeed.com › ... › Employee Reviews ⋮

## Misleading Job is Not what they tell you in the interview. ✓

DO NOT WORK FOR **WOLF RIVER**. This **company** hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ☆          · Review by Appointment Setter

 **Better Business Bureau**
https://www.bbb.org › ... › Wolf River Electric ⋮

## Reviews - Wolf River Electric ✓

View BBB customer reviews of **Wolf River Electric**. Leave a review and share your experience with the BBB and Wolf River Electric.

3.9 ☆☆☆☆☆    (37)

 **Trellis.Law**
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri... ⋮

## Legal Document ✓

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.

Missing: ~~legit~~ | Show results with: legit



Angie's List

https://www.angi.com › companylist › wolf-river-electric...   ⋮

## Wolf River Electric Reviews - Woodbury, MN ✓

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★★★     (15)



Yelp

https://www.yelp.com › ... › Home Services › Electricians   ⋮

## WOLF RIVER ELECTRIC - Updated March 2025 ✓

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry and have filed ...

2.5 ★★     (11)

î

Indeed

https://www.indeed.com › ... › Wolf River Electric   ⋮

## Working at Wolf River Electric: 95 Reviews ✓

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security**, and more.

4.5 ★★★★★     (100)

| Isanti, MN | 4.6 Management | 4.6 Compensation & Benefits |

**KROC** KROC-AM

https://krocnews.com › ...   ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✓

Apr 26, 2022 — Minnesota Attorney General Keith Ellison has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

## People also search for ⋮

| | | |
|---|---|---|
| Wolf river electric company legit lawsuit **reddit** 🔍 | | **MN** Wolf River **Solar reviews** 🔍 |
| Wolf River Electric **employee reviews** 🔍 | | Wolf River Electric **net worth** 🔍 |
| Wolf River Electric **BBB** 🔍 | | Wolf River Electric **salary** 🔍 |

wolf river electric company legit lawsuit - Google Search

Wolf River Electric **Reddit**    🔍

Wolf river electric lawsuit
**Minnesota settlement**    🔍



1  2  3  4  5  6  7  8  9  10        Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 10

wolf river electric sued by attorney general - Google Search





◆ **AI Overview**                                            Learn more   ⋮

In March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against several solar lending companies, including Wolf River Electric, for deceptive business practices. The lawsuit alleges that the companies violated Minnesota laws against deceptive trade practices and lending. 🔗

**What the lawsuit claims**

- The companies charged hidden fees on solar panel purchases  🔗
- The companies inflated the cost of solar systems  🔗
- The companies prevented customers from comparing prices  🔗
- The companies deceived customers about the financial benefits of solar panels  🔗
- The companies promised automatic incentives, such as tax credits and rebates, that some customers don't qualify for  🔗

**What the attorney general recommends**

The attorney general recommends that Minnesotans do their research and ask questions when choosing a solar installer and payment options. He also encourages consumers to report concerns with solar companies or lenders.  🔗

**How to report concerns**

You can report concerns with solar companies or lenders by calling the Attorney General's Office at (651) 296-3353 (Metro), (800) 657-3787 (Greater Minnesota), or (800) 627-3529 (Minnesota Relay).  🔗

April 26, 2022 Press Release - Minnesota Attorney General
Apr 26, 2022 — During sales meetings, the companies deceive Minnesotans on the financial benefits associated with purchasing their so...

🐾 Minnesota Attorney General                                             ⋮

wolf river electric sued by attorney general - Google Search

### March 8, 2024 Press Release

Mar 8, 2024

Minnesota Attorney General

⋮

### July 17, 2024 Press Release - Minnesota Attorney General

Jul 17, 2024 — In March 2024, Attorney General Ellison filed a lawsuit against the four market-leading, solar lending companies doing...

Minnesota Attorney General's Office

⋮

Show all

Generative AI is experimental. For legal advice, consult a professional.

👍  👎

Star Tribune
https://www.startribune.com › minnesota-homeowners-s... ⋮

## Minnesota Attorney General Keith Ellison sues solar ... 

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies,** accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

## People also ask ⋮

What is the lawsuit against Goodleap?  ⌄

What solar company is being sued?  ⌄

What is the attorney general solar lawsuit in Minnesota?  ⌄

Is there a class action lawsuit against Vivint Solar?  ⌄

Feedback

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio  ⋮

## April 26, 2022 Press Release 

wolf river electric sued by attorney general - Google Search

Apr 26, 2022 — **Attorney General Ellison sues solar-panel sales companies**, lenders for defrauding Minnesota homeowners.


KROC-AM
https://krocnews.com › ...    ⋮

## Minnesota AG Suing Four Solar Panel Sales Companies ✓

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** has filed a consumer protection lawsuit against four solar-panel sales companies based in Utah.

Reddit · r/Devilcorp
10+ comments · 6 months ago    ⋮

## Possible Devil Corp : r/Devilcorp ✓

They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that have large hidden ...


Bring Me The News
https://bringmethenews.com › MN News    ⋮

## MN solar panel installers that 'defrauded customers' hit with ... ✓

May 21, 2023 — The **attorney general's** investigation found that the defendants defrauded customers when "salespeople misrepresented who they worked for, how ...


Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending    ⋮

## Attorney General Ellison sues solar lenders over $35M in ... ✓

Mar 8, 2024 — In the **lawsuit, Attorney General** Ellison alleges the lenders violated Minnesota state laws against deceptive trade practices, deceptive lending, ...
Missing: ~~wolf river~~


KOIN.com
https://www.koin.com › press-releases › ein-presswire    ⋮

## Wolf River Electric Opposes SF 1142 and HF 845, Citing ... ✓

Feb 21, 2025 — **Wolf River Electric urges lawmakers to reject SF 1142 and HF 845** and instead conduct a cost-of-service study to assess the actual financial ...
Missing: ~~attorney general~~

Wolf River Electric
https://wolfriverelectric.com › terms-and-conditions    ⋮

## Terms & Conditions | Wolf River Electric Solar Installation ✓

Dec 30, 2024 — Read the terms and conditions for **Wolf River Electric's solar installation services**, ensuring transparency and customer satisfaction.
Missing: ~~sued~~ | Show results with: sued

wolf river electric sued by attorney general - Google Search

**WTNH.com**
https://www.wtnh.com › press-releases › ein-presswire    ⋮

## Wolf River Electric Applauds Minnesota for Launching On- ... ✓

Jan 19, 2025 — "Minnesota is setting a precedent for renewable energy and energy storage," added Justin Nielsen, **General** Manager of **Wolf River Electric**.

**National Wild and Scenic River System (.gov)**
https://www.rivers.gov › sites › rivers › files › wol...    PDF    ⋮

## STUDY REPORT ON THE WOLF RIVER, WISCONSIN _. ✓

This draft report was prepared by the Lake Central Regional. Office of the 3ureau oi' Outdoor Recreation in accordance with a letter of June 3, 1964, ...

## People also search for    ⋮

| | |
|---|---|
| Wolf river electric sued by attorney general **reddit**    🔍 | **GoodLeap lawsuit Florida**    🔍 |
| Wolf river electric sued by attorney general **letter**    🔍 | **What does filing a complaint with the** Attorney General **do**    🔍 |
| Wolf river electric sued by attorney general **2022**    🔍 | **Minnesota** Attorney General    🔍 |
| Wolf River Electric **reviews**    🔍 | **How to report someone to the** Attorney General    🔍 |



Goooooooooogle  ›
1 2 3 4 5 6 7 8 9 10    Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 11



G  wolf river electric lawsuit                                    ✕  🎤  📷  🔍          ⠿  👤

All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More                     Tools
___

◆ AI Overview                                                   Learn more    ⋮

According to recent news reports, Wolf River Electric is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees; many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts. ^



Show more  ⌄

---

✦  **Star Tribune**
https://www.startribune.com › minnesota-homeowners-s...  ⋮

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies,** accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

🌐  **Wolf River Electric**
https://wolfriverelectric.com  ⋮

### Wolf River Electric

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

  About Us       Wolf River Electric       Contact Us       See our projects

  **Indeed**
https://www.indeed.com › ... › Employee Reviews  ⋮

### Misleading Job is Not what they tell you in the interview.

wolf river electric lawsuit - Google Search

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0           · Review by Appointment Setter


Angie's List
https://www.angi.com › companylist › wolf-river-electric... ⋮

## Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9           (15)

## People also ask  ⋮

| Who is the owner of Wolf River Electric? | ⌄ |
|---|---|
| Is Wolf River Electric a good company to work for? | ⌄ |
| What is the warranty on Wolf River Electric? | ⌄ |
| What solar company is being sued? | ⌄ |

Feedback


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric ⋮

## Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.


Reddit · r/Devilcorp
10+ comments · 6 months ago ⋮

## Possible Devil Corp : r/Devilcorp

it's a hard sell. They aren't organized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that ...

| Minnesotans who have installed solar on their homes ... | 128 posts | May 29, 2023 |
|---|---|---|
| Does anyone have experience with Nusun Power before? | 115 posts | Dec 19, 2023 |
| Is my Solar Sales job a scam? - Reddit | 35 posts | Jan 18, 2020 |
| Spruce Power finally resolved an old SPAC **lawsuit** ... | 5 posts | Jan 8, 2024 |

More results from www.reddit.com

wolf river electric lawsuit - Google Search

Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric ⋮

## Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.

3.9            (37)


Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri... ⋮

## Legal Document

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.


Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio ⋮

## April 26, 2022 Press Release

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners.

Indeed
https://www.indeed.com › ... › Wolf River Electric ⋮

## Working at Wolf River Electric: 95 Reviews

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security,** and more.

4.5            (100)

Isanti, MN      4.6 Management      4.6 Compensation & Benefits

## People also search for ⋮

Wolf river electric lawsuit **update** 🔍          Wolf River Electric **Reddit** 🔍

Wolf river electric lawsuit **reddit** 🔍          Wolf River Electric **salary** 🔍

Wolf River Electric **reviews** 🔍          Wolf River Electric **solar reviews** 🔍

Wolf river electric lawsuit **Minnesota settlement** 🔍          Wolf River Electric **jobs** 🔍

wolf river electric lawsuit - Google Search

1  2  3  4  5  6  7          Next

Results are not personalized

**Minneapolis, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 12



mn attorney general solar LTL LED, LLC :    ✕    🎤    📷    🔍        ⚙️    ⦂⦂⦂    **Sign in**

All    Jobs    News    Images    Short videos    Shopping    Forums    ⦂ More                Tools

Date posted ▾        Job type ▾        No degree        Remote

Results for **Minnesota** · Choose area    

✦ AI Overview                                         Learn more    ⦂

The Minnesota Attorney General (AG) has announced several settlements and lawsuits regarding solar companies, including those related to LTL LED, LLC, its CEO Vladimir Marchenko, President Luka Bozek, General Manager Justin Nielsen, and CFO Jon Latcham, as well as Wolf River Electric. These actions stem from allegations of deceptive practices, hidden fees, and misrepresentations in marketing and sales of solar panel systems. 🔗

**Key Developments:**

**Settlements and Lawsuits:**
The AG has filed lawsuits and reached settlements against various solar companies, lenders, and advertisers, alleging deceptive practices in the marketing and sale of solar panels. 🔗

**LTL LED, LLC and Executives:**
The AG's actions include investigations and settlements involving LTL LED, LLC, and its key executives, Vladimir Marchenko, Luka Bozek, Justin Nielsen, and Jon Latcham. 🔗

**Allegations of Deception:**
The lawsuits and settlements allege that these companies engaged in deceptive practices, such as misrepresenting financial benefits, charging hidden fees, and misleading consumers. 🔗

**Hidden Fees and Lender Liability:**
A significant aspect of these cases involves allegations that lenders charged hidden fees and were liable for the actions of partner solar companies. 🔗

**Restitution and Bans:**

 G                    ✕  🎤  📷  🔍        ⚙    ⠿   Sign in

laws.  ✐

## Ongoing Enforcement:

The AG's Office continues to take enforcement actions to protect solar energy consumers in Minnesota.  ✐

## Wolf River Electric:

- While the specific details of the LTL LED, LLC and its executives settlement in relation to Wolf River Electric are not fully detailed in the search results, it's evident that Wolf River Electric may have been involved in some way with the companies that were part of the broader investigations.  ✐

Note: The search results indicate that the Minnesota AG's Office has been actively pursuing enforcement actions against solar companies and lenders, with a focus on deceptive practices and consumer protection. The specific details of the LTL LED, LLC settlement and its relationship to Wolf River Electric require further investigation.  ✐

### Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners. Alleges solar ...

🔘 Minnesota Attorney General's Office                                    ⋮

### July 17, 2024 Press Release

Jul 17, 2024 — These four settlements are the latest in a series of enforcement actions taken by Attorney General Ellison to protect ...

🔘 Minnesota Attorney General's Office                                    ⋮

### Minnesota Attorney General Keith Ellison sues solar lending ...

Nov 8, 2024 — Minnesota Attorney General Keith Ellison sues solar lending companies over alleged hidden dealer fees. ... Attorney Gen...

✦ Star Tribune  ⋮



Show all

AI responses may include mistakes. For legal advice, consult a professional.     👍  👎

     

## July 17, 2024 Press Release

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four more **settlements** against **solar** installers and advertisers. ☑

Missing: ~~LTL~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~Manager~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~ ~~wolf river electric~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

## Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — On April 25, 2022, **Attorney General** Ellison filed a **lawsuit** against numerous Utah-based **solar** energy companies and the lenders they partnered ... ☑

Missing: ~~LTL~~ ~~LED,~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~Manager~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~ ~~wolf river electric~~

 Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — On March 8, 2024, the **Minnesota Attorney General** announced that it had filed a **lawsuit** against four **solar** companies for allegedly violating ... ☑

Missing: ~~LTL~~ ~~LED,~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~Manager~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~ ~~wolf river electric~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017. ☑

Missing: ~~LTL~~ ~~LED,~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~LukaBozek~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison announced today that he has filed a **lawsuit** in Hennepin County District Court against four Utah-based solar-panel ... ☑

Missing: ~~LTL~~ ~~LED,~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~Manager~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~

## People also ask :

     

Who is the CEO of Solar United Neighbors?

Feedback

 The State Energy & Environmental Impact Center
https://stateimpactcenter.org › ag-work › ag-actions › m...

## Minnesota AG Announced Four Settlements against Solar ...

Jul 17, 2024 — **Minnesota Attorney General** Keith Ellison announced the filing of four **settlements** against **solar** installers and advertisers.

Missing: ~~LTL~~ ~~LED,~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~Manager~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~ ~~wolf~~ ~~river~~ ~~electric~~

 KROC-AM
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison has filed a consumer protection **lawsuit** against four **solar**-panel sales companies based in Utah. ☑

Missing: ~~LTL~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~

 Bring Me The News
https://bringmethenews.com › MN News

## MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — **MN solar** panel installers that 'defrauded customers' hit with over $300K in fines. ☑

Missing: ~~LTL~~ ~~LED,~~ ~~VladimirMarchenko~~ ~~President~~ ~~LukaBozek~~ ~~JustinNielsen~~ ~~CFO~~ ~~JonLatcham~~

## People also search for

| | |
|---|---|
| **GoodLeap lawsuit** update 🔍 | Wolf River Electric **lawsuit** update 🔍 |
| Wolf River Electric **lawsuit** 🔍 | **Dividend Finance lawsuit** 🔍 |
| Wolf River electric **lawsuit** **Minnesota** settlement 🔍 | Solar **Mosaic** LLC **lawsuit** 🔍 |
| **Sunlight Financial lawsuit** 🔍 | Wolf River Electric **lawsuit** update **Minnesota** 🔍 |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

⬤ **Isanti, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 13

5/15/25, 9:53 PM                    mn attorney general wolf river electric company and brio energy co-founder justin Nielsen and Minnesota - Google Search

 mn attorney general wolf river elec    ✕                 Sign in

**All**    Jobs    News    Images    Short videos    Shopping    Videos    More ▾                    Tools ▾

 **AI Overview**                                           Learn more    ⋮

Minnesota Attorney General Keith Ellison has filed lawsuits against Brio Energy and other solar-related companies, including lenders, for allegedly defrauding homeowners through deceptive practices like hidden dealer fees. Wolf River Electric was also a target of the lawsuit, but they are not directly associated with Brio Energy as a company. Justin Nielsen, a co-founder of Wolf River Electric and its general manager, is also named in the lawsuit. 🔗

### Elaboration:

**Brio Energy and the Lawsuit:**
Minnesota Attorney General Ellison has sued Brio Energy, along with other solar-related companies, for allegedly deceiving homeowners about loan terms and hidden fees, causing financial harm. 🔗

**Wolf River Electric Involvement:**
While Wolf River Electric was also a target of the lawsuit, they are not directly associated with Brio Energy as a company. 🔗

**Justin Nielsen and Wolf River:**
Justin Nielsen is the General Manager and a co-founder of Wolf River Electric. He is also named in the lawsuit, which targets the company's practices. 🔗

**Key Allegations:**
The lawsuits allege that companies like Brio and those involved in financing solar purchases misrepresented loan terms, concealed hidden fees, and pressured customers into contracts. 🔗

**Consumer Protection:**
Ellison has stated that his goal is to protect Minnesota consumers from deceptive practices and ensure fair business dealings in the renewable energy sector. 🔗

Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners. ... The lawsui...

 Minnesota Attorney General's Office                                                              ⋮

## Attorney General Ellison sues solar lenders over $35M in deceptive ...

Mar 8, 2024 — March 8, 2024 (SAINT PAUL) — Today, Minnesota Attorney General Keith Ellison announced he has sued four market-leading,

Minnesota Attorney General's Office                                                              ⋮

## Minnesota Attorney General Keith Ellison sues solar lending ...

Nov 8, 2024 — Minnesota Attorney General Keith Ellison sues solar lending companies over alleged hidden dealer fees. ... Attorney Gen...



✦ Star Tribune  ⋮

**Show all**

AI responses may include mistakes. For legal advice, consult a professional.      

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison announced today that he has filed **a** lawsuit in Hennepin **County** District Court against four Utah-based solar-panel ...
Missing: ~~justin Nielsenand~~

 LinkedIn · Justin Nielsen
890+ followers

## Justin Nielsen - General Manager - Wolf River Electric

Minneapolis, Minnesota, United States · General Manager · Wolf River Electric
**Justin Nielsen**. General Manager. Wolf River Electric Bethel University. Minneapolis, Minnesota, United States.
Missing: ~~attorney company brio energy~~

 fox5sandiego.com
https://fox5sandiego.com › press-releases › ein-presswire

## Wolf River Electric Celebrates 10 Years of Powering a ...

Nov 4, 2024 — ... **Justin Nielsen, GM and Co-Founder of Wolf River Electric**. "We started in Isanti with a vision to make renewable energy accessible, and now ...

Missing: ~~attorney general brio~~

 RIVER COUNTRY - NEWS CHANNEL NEBRASKA
https://rivercountry.newschannelnebraska.com › story

## Justin Nielsen Shares Insights on Leadership, Empathy ...

Dec 10, 2024 — Nielsen, a former junior hockey player and Minnesota native, **co-founded Wolf River Electric** with a mission to make renewable energy accessible ...

Missing: ~~attorney brio~~

 Energy Tech Review Magazine
https://www.energytechreview.com › wolf-river-electric

## Wolf River Electric | Top Renewable Energy Services ...

**Wolf River Electric** prides itself on being an electrical contractor that focuses on new products that have great potential in the renewable market.

Missing: ~~attorney general~~

 KROC-AM
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison has filed a consumer protection lawsuit against four solar-panel sales **companies** based in Utah.

Missing: ~~justin Nielsenand~~

 The Globe and Mail
https://www.theglobeandmail.com › markets › GetNews

## Justin Nielsen Shares Insights on Leadership, Empathy, ...

Dec 10, 2024 — Nielsen, a former junior hockey player and Minnesota native, **co-founded Wolf River Electric** with a mission to make renewable energy accessible ...

Missing: ~~attorney brio~~

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent solar lending **companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: ~~brio justin Nielsenand~~

# People also ask ⋮

Who is the owner of Wolf River Electric?                              ⌄

What is the Minnesota Attorney General solar lawsuit?                 ⌄

Feedback

≡  The American-Scandinavian Foundation
   https://www.amscan.org › uploads › 2015/10

## Bi-AnnuAl RepoRt                    PDF  ⋮

**The** American-Scandinavian Foundation (ASF) serves as **a** vital educational and cultural link between **the**. United States and **the** five Nordic countries: Denmark ...

44 pages

## Images



Wolf River Electric | Top Rene...      Minnesota & Beyond Solar So...    Wolf River Electric | Excited to...
ⒺⓉ Energy Tech Review        ⋮        ◯ wolfriverelectric.com     ⋮      🄾 Instagram                  ⋮

Show more images  ⌄

## People also search for

Wolf River Electric **lawsuit update**   🔍       **GoodLeap corporate Office**      🔍

**Did GoodLeap go out of business**      🔍       **GoodLeap lawsuit**               🔍

Goooogle  ›

1  2  3  4          Next

⬤ **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 14



### AI Overview

Learn more

In a series of cases, the <u>Minnesota Attorney General's Office</u> pursued settlements against Justin Nielsen, who co-founded and served as general manager of solar companies, for misleading sales practices and hidden fees. The settlements, encompassing various defendants, resulted in bans on further sales, completion of outstanding projects, and restitution for consumers. Nielsen was part of a larger group of solar companies and individuals who were subject to lawsuits by the Attorney General's Office.

### Here's a more detailed look:

**<u>Settlements and Bans:</u>**
<u>Minnesota Attorney General's Office</u> secured settlements and judgments against multiple defendants, including Avolta Power, Inc., related companies, and their managers, resulting in bans on further sales in Minnesota. These bans were part of a larger set of actions against solar companies for deceptive sales practices.

**<u>Completion of Projects and Restitution:</u>**
The settlements also included mandates to complete existing solar projects for Minnesota consumers by a set deadline or cancel them without penalty. Additionally, consumers received restitution totaling over $310,000 for false promises related to the solar projects.

**<u>Hidden Fees and Misleading Practices:</u>**
The Attorney General's Office investigated and sued solar companies for deceptive sales practices, including false promises about low interest and hidden fees that increased loan costs. Some solar companies were also accused of misleading consumers about tax credits and engaging in coercive sales tactics.

**<u>Consumer Protections:</u>**
These settlements are part of a broader effort by the Attorney General's Office to protect Minnesota consumers from deceptive sales practices, including those in the solar industry. The office has also taken action against solar lending companies for deceptive practices and hidden fees.

5/22/25, 4:11 PM    mn attorney general solar justinnielsen co-founder and general manager mn settlement - Google Search

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — This lawsuit is the latest in a series of actions taken by Attorney General Ellison to protect solar energy consumers i...

 Minnesota Attorney General's Office                                ⋮

### July 17, 2024 Press Release - Minnesota Attorney General

Jul 17, 2024 — In March 2024, Attorney General Ellison filed a lawsuit against the four market-leading, solar lending companies doing...

 Minnesota Attorney General                                ⋮

### May 19, 2023 Press Release

May 19, 2023 — Attorney General Ellison secures final judgments against solar-sales companies that defrauded consumers. Settlements w...

 Minnesota Attorney General's Office                                ⋮

Show all

AI responses may include mistakes. For legal advice, consult a professional.     

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

## July 17, 2024 Press Release            ⋮

Jul 17, 2024 — **Attorney General** Keith Ellison announced today **the** filing of four more **settlements** against **solar** installers and advertisers.
Missing: ~~justinnielsen~~ ~~manager~~

## People also ask   ⋮

Who is the Minnesota attorney general for solar lawsuit?            ⌄

What is the lawsuit against solar companies?            ⌄

Is Keith Ellison still the Attorney General of Minnesota?            ⌄

Feedback

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › Communications

## AGO Communications

**Attorney General Ellison reaches settlement with sham nonprofit and its founder** over violations of the Minnesota Nonprofit Corporation Act Previously ...

Missing: ~~justinnielsen~~ | Show results with: justinnielsen

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

## Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — A year later, Ellison secured a judgment against these companies, banning them from operating in **Minnesota** and winning $310K in restitution for ...

Missing: ~~justinnielsen founder manager~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: ~~justinnielsen~~ | Show results with: justinnielsen

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2025/04 › 16_Wall

## Tax debt settlement company ordered to pay more than $4 ...

Apr 16, 2025 — (Wall), along with its owner and CEO, to refund hundreds of Minnesotans more than $2.7 million in fees after defrauding them into signing up for ...

Missing: ~~solar justinnielsen~~

 Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — On March 8, 2024, **the Minnesota Attorney General** announced that it had filed a lawsuit against four **solar** companies for allegedly violating ...

Missing: ~~justinnielsen founder manager~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2025/01 › 28_SJM-Properties

## January 28, 2025 Press Release

Jan 28, 2025 — **Attorney General Ellison reaches settlement with sham nonprofit and its founder** over violations of the Minnesota Nonprofit Corporation Act.

Missing: ~~solar justinnielsen~~

Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta

## May 19, 2023 Press Release

May 19, 2023 — **Minnesota Attorney General** Keith Ellison announced today that he has reached a **settlement** and obtained judgment against **the** last of 10 defendants.

Missing: ~~justinnielsen~~ ~~founder~~

## Images

Four more settlements over d...
KIMT

LIVE | Minnesota AG lawsuit o...
YouTube

MN AG sues Trump administr...
Star Tribune

Show more images ⌄

## People also search for

**Sunlight Financial lawsuit**          🔍          **GoodLeap** settlement          🔍

**Dividend Finance lawsuit**          🔍          Solar **Mosaic LLC lawsuit**          🔍

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

● **Isanti, Minnesota** - Based on your past activity - Update location

mn attorney general solar justinnielsen co-founder and general manager mn settlement - Google Search

Help      Send feedback      Privacy      Terms

# EXHIBIT 15



All | Jobs | News | Images | Short videos | Shopping | Forums | ⋮ More | Tools

Date posted ▾ | Job type ▾ | No degree | Remote

Including results for mn attorney general solar Wolf River electric LLC general managerowner **Justin Nielsen** and wolf river electric company co-founder and **justin nielsen** and wolf river electric company solar minnesota
Search only for mn attorney general solar Wolf River electric LLC general managerowner JustinNeielsen and wolf river electric company co-founder and justinnielsen and wolf river electric company solar minnesota

Results for **Minnesota** · Choose area    ⋮



✦ **AI Overview**                                                   Learn more    ⋮

The Minnesota Attorney General, Keith Ellison, has been in-
volved in lawsuits against various solar companies and
lenders, including Wolf River Electric and Justin Nielsen, who
is the general manager and co-founder of the company, for
alleged deceptive practices in solar sales and financing.
These lawsuits claim that the companies misrepresented in-
formation, deceived consumers, and violated Minnesota's consumer fraud
laws.  ⊘

**Elaboration:**

**Deceptive Sales Practices:**
The Attorney General has accused companies, including Wolf River Electric, of using
advertisements and sales tactics that mislead consumers about the cost savings,
benefits of solar panels, and their relationship with utility companies, according to a
press release from the AG's Office.  ⊘

**Hidden Fees and Financing:**
The AG has also filed lawsuits against solar lenders, alleging that they hide fees and
don't disclose upfront the total cost of financing solar panels, according to a report
from the Minnesota Attorney General.  ⊘

### Violation of State Laws:

The lawsuits allege that the companies and lenders violated the Minnesota Consumer Fraud Act and other state laws against deceptive trade practices, according to a press release from the Minnesota AG's Office. 

### Justin Nielsen's Role:

Justin Nielsen, as the general manager and co-founder of Wolf River Electric, is named in the lawsuits as a key individual responsible for the alleged deceptive practices.

### Attorney General's Actions:

The Attorney General is seeking restitution for consumers, civil penalties against the defendants, and court orders to ensure that customers can cancel contracts and loans.

Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — The lawsuit alleges these companies, individuals, and lenders violated several Minnesota state laws against consumer f...

Minnesota Attorney General's Office                                        ⋮

Wolf River Electric: Minnesota & Beyond Solar Solutions

LEADING SOLAR SOLUTIONS IN THE MIDWEST Headquartered in Isanti, Minnesota, Wolf River Electric is a leader in residential and comm...

Wolf River Electric  ⋮



Wolf River Electric | Top Renewable Energy Services Company -2023

"We shifted our focus to residential solar seeing the ever-growing need for renewable energy to protect our planet while providing...

Energy Tech Review Magazine  ⋮



Show all

AI responses may include mistakes. For legal advice, consult a professional.   

⋮


Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison announced today that he has filed **a** lawsuit in Hennepin **County** District Court against four Utah-based **solar**-panel sales **companies**.

Missing: ~~managerowner~~ ~~JustinNeielsen~~ ~~justinnielsen~~


LinkedIn · Justin Nielsen
890+ followers

## Justin Nielsen - General Manager - Wolf River Electric

Minneapolis, Minnesota, United States · General Manager · Wolf River Electric

**General Manager** · Experience: **Wolf River Electric** · Education: Bethel University · Location: **Minneapolis** · 500+ connections on LinkedIn. View **Justin Nielsen's** profile on LinkedIn, **a** professional community of…

Missing: ~~attorney~~ ~~managerowner~~ ~~JustinNeielsen~~


Wolf River Electric
https://wolfriverelectric.com

## Wolf River Electric: Minnesota & Beyond Solar Solutions

Headquartered in Isanti, Minnesota, **Wolf River Electric is a leader in residential and commercial solar panel installations**. With over eight years of industry experience, we are dedicated to delivering the mo…

( Try Our Solar Calculator )  ( Going Solar )  ( Commercial Solar Benefits )  ( About Us )

Missing: ~~attorney~~ ~~general~~ ~~managerowner~~ ~~JustinNeielsen~~ ~~justinnielsen~~


Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending **companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: ~~LLC~~ ~~managerowner~~ ~~JustinNeielsen~~ ~~justinnielsen~~


fox5sandiego.com
https://fox5sandiego.com › press-releases › ein-presswire

## Wolf River Electric Celebrates 10 Years of Powering a ...

Nov 4, 2024 — The journey has been inspiring, and we're just getting started!" — **Justin Nielsen, GM and Co-Founder of Wolf River Electric.** ISANTI, MN, UNITED STATES, November 4, 2024 /EINPresswire.

Missing: ~~attorney~~ ~~general~~ ~~LLC~~ ~~managerowner~~ ~~JustinNeielsen~~


Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

## July 17, 2024 Press Release

mn attorney general solar Wolf River electric LLC general managerowner JustinNeielsen and wolf river electric company co-found…



Jul 17, 2024 — July 17, 2024 (SAINT PAUL) — **Attorney General** Keith Ellison announced today the filing of four more settlements against **solar** installers and advertisers. The first two settlements prohibit Kris…

Missing: ~~Wolf~~ ~~River~~ ~~electric~~ ~~LLC~~ ~~managerowner~~ ~~JustinNeielsen~~ wolf river justinnielsen

## People also ask   ⋮

What is the Minnesota solar loan lawsuit?     ⌄

Who owns Wolf River Electric?     ⌄

What is Wolf River, MN?     ⌄

Feedback



KROC-AM
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — St. Paul, MN (KROC-AM News) - **Minnesota Attorney General Keith Ellison** has filed a consumer protection lawsuit against four solar-panel sales companies based in Utah. In announcing th…

Missing: ~~managerowner~~ ~~JustinNeielsen~~ justinnielsen



Wolf River Electric
https://wolfriverelectric.com › News

## Minnesota's Trusted Solar Experts

Jan 30, 2025 — **Wolf River Electric** delivers expert solar installations, savings, and reliable service across Minnesota since 2016.

Missing: ~~attorney~~ ~~general~~ ~~LLC~~ ~~managerowner~~ ~~JustinNeielsen~~ founder justinnielsen

## Images

Wolf River Electric | Top Rene…
ⒺⓉ Energy Tech Review   ⋮

Minnesota & Beyond Solar So…
◯ wolfriverelectric.com   ⋮

Wolf River Electric | Top Rene…
ⒺⓉ Energy Tech Review   ⋮

Show more images ⌄

## People also search for

| Wolf River Electric **lawsuit update** | 🔍 | Wolf River Electric solar **reviews** | 🔍 |

| Wolf River Electric **reviews** | 🔍 | Wolf River Electric **salary** | 🔍 |

| Wolf River Electric **pyramid scheme** | 🔍 | Wolf River Electric **BBB** | 🔍 |

| Wolf River Electric **employee reviews** | 🔍 | Wolf River Electric company **by owner** | 🔍 |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Results are not personalized

⬤ **Hennepin County, Minnesota** - From your IP address - Update location

Help        Send feedback        Privacy        Terms

# EXHIBIT 16



All    News    Images    Shopping    Short videos    Videos    Forums    ⋮ More                Tools

Did you mean: attorney general lawsuit update wolf river *electric WIRE solar company* and CEO Vladimir *Marchenko* and Minnesota



✦ AI Overview                                                    Learn more  ⋮

The Minnesota Attorney General, Keith Ellison, has filed a lawsuit against Wolf River Electric (WRE) solar company, CEO Vladimir Merchenko, and related entities, alleging deceptive sales practices and consumer fraud. The lawsuit focuses on the company's sales practices and the lending arrangements used to finance solar installations, which are alleged to have resulted in inflated costs for consumers due to hidden fees and misrepresentations. 🔗

Here's a more detailed breakdown:

**Deceptive Sales Practices:**
The lawsuit alleges that WRE and its representatives used high-pressure sales tactics, misrepresented the true cost of solar panel installations, and failed to disclose hidden fees. 🔗

**Hidden Fees and Inflated Costs:**
The lawsuit claims that WRE and its lenders engaged in deceptive sales practices that led to undisclosed fees and loan costs, ultimately increasing the overall cost of solar installations for consumers. 🔗

**Lending Arrangements:**
The lawsuit also targets lenders that partnered with WRE to finance solar panel purchases, alleging that these lenders are also liable for the consumer fraud due to their knowledge and participation in the deceptive practices. 🔗

**Lawsuit Filing and Settlements:**
The Minnesota Attorney General's Office has filed multiple lawsuits against solar companies and lenders, seeking restitution for impacted consumers and penalties for violations of state law. 🔗

**Vladimir Marchenko's Role:**
Vladimir Marchenko, the CEO of WRE, is also a named defendant in the lawsuit. 🔗

CASE 0:25-cv-02394    Doc. 1-1    Filed 06/09/25    Page 228 of 279

5/16/25, 10:48 AM          attorney general lawsuit update wolf river electic WRE solarcompany and CEO Vladimir Merchenko and Minnesota - Google Search

## Net Metering Concerns:

In addition to the lawsuit, WRE has also expressed concerns about proposed changes to net metering policies, which could impact the financial viability of solar installations. 

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners. ... Attorney G...

 Minnesota Attorney General's Office                                   ⋮

### Wolf River Electric Opposes SF 1142 and HF 845

Mar 4, 2025 — "Net metering is a crucial policy that allows homeowners and small businesses to offset their energy consumption with s...

 Wolf River Electric   ⋮



### Minnesota homeowners say they were hit with huge hidden fees ...

Nov 8, 2024 — See maps where three fires are growing in Arrowhead region. Environment. Minnesota homeowners say they were hit with hu...

Star Tribune   ⋮



Show all

AI responses may include mistakes. For legal advice, consult a professional.      

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

## July 17, 2024 Press Release                    ⋮

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four more settlements against solar installers and advertisers.

Missing: ~~wolf river electic Vladimir Merchenko~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison ⋮ sues solar ...

Nov 8, 2024 — Ellison is suing four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: ~~Vladimir Merchenko~~


Wolf River Electric
https://wolfriverelectric.com › News

## Wolf River Electric Opposes SF 1142 and HF 845

Mar 4, 2025 — **Wolf River Electric** has announced it opposes to Senate File 1142 (SF 1142) and House File 845 (HF 845), newly introduced bills.
Missing: ~~attorney general lawsuit~~

## People also ask  ⋮

What is the Minnesota solar financing lawsuit?                    ⌄

What is the biggest issue with solar panels?                      ⌄

Is Keith Ellison still the Attorney General of Minnesota?         ⌄

Feedback


Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** announced today that he has filed a lawsuit in Hennepin County District Court against four Utah-based solar-panel ...
Missing: ~~Vladimir Merchenko~~


Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — On March 8, 2024, the **Minnesota Attorney General** announced that it had filed a **lawsuit** against four **solar companies** for allegedly violating ...
Missing: ~~wolf river electic Vladimir Merchenko~~


YouTube · KARE 11
6.6K+ views · 3 years ago

## MN Attorney General sues solar companies


**Attorney General Keith Ellison sues Brio Solar execs and lenders**, alleging high-pressure, deceptive sales tactics that led Minnesotans to ...

2:06

Missing: ~~wolf river electic Vladimir Merchenko~~

 KROC-AM
https://krocnews.com › ...

# Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** has filed a consumer protection lawsuit against four solar-panel sales companies based in Utah.

Missing: ~~Vladimir Merchenko~~

 Bring Me The News
https://bringmethenews.com › MN News

# MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — The attorney general's investigation found that the defendants defrauded customers when "salespeople misrepresented who they worked for, how ...

Missing: ~~electic~~ ~~Vladimir Merchenko~~

# Images

Wolf River Electric | Top Rene...
**ET** Energy Tech Review            ⋮

These are the faces behind y...
◎ Instagram            ⋮

Wolf River Electric | Top Rene...
**ET** Energy Tech Review            ⋮

Show more images  ∨

# People also search for

Wolf River **Electric** lawsuit update    🔍

**Solar Mosaic** lawsuit    🔍

Minnesota **Solar** lawsuit    🔍

**Dividend Finance** lawsuit    🔍

**Sunlight Financial** lawsuit    🔍

**GoodLeap settlement**    🔍

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

**Isanti, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 17



### AI Overview

Learn more

The Minnesota Attorney General, Keith Ellison, has reached settlements with several companies involved in the solar industry, including LTL LED, LLC, its co-founder and CEO Vladimir Marchenko, and Wolf River Electric, in cases involving alleged deceptive practices and consumer fraud. These settlements involve restitution payments to affected consumers, prohibitions on further sales in Minnesota, and requirements to cease misleading advertising. ✎

## Key Settlements and Actions:

### Avolta Power, Inc. and Related Companies:

A settlement resulted in $310,000 in restitution, a ban on further sales in Minnesota, and the distribution of funds to affected customers by December 2023. ✎

### Brio Energy LLC and related companies:

A lawsuit and settlements addressed deceptive practices, including misrepresentations about savings and high-pressure tactics. ✎

### LTL LED, LLC,
### Vladimir Marchenko, and Wolf River Electric:

These parties have also been involved in settlements related to consumer protection laws, though specific details may vary depending on the individual case. ✎

### Solar Installers and Advertisers:

Ellison has also settled investigations with Sun Badger Solar, EnergyBillCruncher, and Prospect Generators, prohibiting Sun Badger owners from doing business in Minnesota and requiring the latter two to cease misleading advertising. ✎

### Solar Lending Companies:

Ellison has sued and settled with solar lending companies like GoodLeap, Sunlight Financial, Solar Mosaic, and Dividend Solar Finance for allegedly deceptive practices and hidden fees. ✎

## Key Issues Addressed in Settlements:

### Deceptive Sales Practices:

CASE 0:25-cv-02394    Doc. 1-1    Filed 06/09/25    Page 234 of 279

5/19/25, 10:11 AM          mn attorney general solar LTL LED, LLC and co-founder and CEO VladimirMarchenko and wolf river electric mn settlement - Goog…

Companies were accused of using high-pressure tactics, misrepresenting savings, and failing to deliver on promised benefits. 📎

### Misleading Advertising:

Some companies used false or misleading information in their advertising to attract customers. 📎

### Hidden Fees:

Solar lending companies were accused of charging hidden fees that inflated the cost of solar panel installations. 📎

### Unlawful Early Termination Fees (ETFs):

Some community solar garden operators were charged with charging excessive and unlawful early termination fees. 📎

## Impact on Consumers and the Solar Industry:

These settlements aim to protect consumers from deceptive practices, ensure that legitimate businesses can compete fairly, and promote transparency in the solar industry. Ellison encourages consumers to research companies, get competing bids, and carefully review documents before signing. 📎

### July 17, 2024 Press Release

Jul 17, 2024 — In March 2024, Attorney General Ellison filed a lawsuit against the four market-leading, solar lending companies doing...

 Minnesota Attorney General's Office                                                ⋮

### May 19, 2023 Press Release - Minnesota Attorney General's Office

May 19, 2023 — Our lawsuit and these final settlements protect both consumers and legitimate businesses that comply with the law and ...

 Minnesota Attorney General's Office                                                ⋮

### Minnesota Attorney General Keith Ellison sues solar lending ...

Nov 8, 2024 — Minnesota Attorney General Keith Ellison sues solar lending companies over alleged hidden dealer fees. ... Attorney Gen...



⋆ Star Tribune   ⋮

Show all



AI responses may include mistakes. For legal advice, consult a professional.    👍  👎

---


**Minnesota Attorney General's Office**
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

## July 17, 2024 Press Release    ⋮

Jul 17, 2024 — **Attorney General** Keith Ellison announced today **the** filing of four more **settlements** against **solar** installers and advertisers.  ☑

Missing: L̶T̶L̶ L̶L̶C̶ V̶l̶a̶d̶i̶m̶i̶r̶M̶a̶r̶c̶h̶e̶n̶k̶o̶ w̶o̶l̶f̶ r̶i̶v̶e̶r̶ e̶l̶e̶c̶t̶r̶i̶c̶


**Minnesota Attorney General's Office**
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison announced today that he has filed a lawsuit in Hennepin County District Court against four Utah-based solar-panel ...  ☑

Missing: L̶T̶L̶ L̶E̶D̶, V̶l̶a̶d̶i̶m̶i̶r̶M̶a̶r̶c̶h̶e̶n̶k̶o̶


**Star Tribune**
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.  ☑

Missing: L̶T̶L̶ L̶E̶D̶, L̶L̶C̶ founder V̶l̶a̶d̶i̶m̶i̶r̶M̶a̶r̶c̶h̶e̶n̶k̶o̶

**G** **Goodwin Procter**
https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — **The attorney general's office** purports that these companies deceived consumers into taking out loans containing disguised hidden fees on more ...  ☑

Missing: L̶T̶L̶ L̶E̶D̶, L̶L̶C̶ founder V̶l̶a̶d̶i̶m̶i̶r̶M̶a̶r̶c̶h̶e̶n̶k̶o̶ w̶o̶l̶f̶ r̶i̶v̶e̶r̶ e̶l̶e̶c̶t̶r̶i̶c̶

## People also ask  ⋮

What is the Minnesota Attorney General solar lawsuit?    ⌄

Who is the CEO of Solar Holler?    ⌄

Feedback

 **Minnesota Attorney General's Office**    ⋮
https://www.ag.state.mn.us › 15_SolarGardenRefunds

## February 15, 2024 Press Release

Feb 15, 2024 — **Attorney General Ellison secures $85K in refunds** for solar garden consumers charged unlawful early-termination fees.

Missing: ~~LTL~~ ~~LED,~~ founder ~~VladimirMarchenko~~ ~~wolf~~ ~~river~~

 **KIMT**
https://www.kimt.com › news › minnesota › four-more-s...

## Four more settlements over deceptive actions in ...

Jul 17, 2024 — **Four more settlements** over bad behavior by solar energy installers and advertisers are being announced by the Minnesota Attorney General's Office. ☑

Missing: ~~LTL~~ ~~LLC~~ ~~VladimirMarchenko~~ ~~wolf~~ ~~river~~ ~~electric~~

 **Bring Me The News**
https://bringmethenews.com › MN News

## MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — **MN solar** panel installers that 'defrauded customers' hit with over $300K in fines. ☑

Missing: ~~LTL~~ ~~LED,~~ founder ~~VladimirMarchenko~~

 **KROC-AM**
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison has filed **a** consumer protection lawsuit against four **solar**-panel sales companies based in Utah. ☑

Missing: ~~LTL~~ ~~LLC~~ ~~VladimirMarchenko~~

## People also search for

| | |
|---|---|
| Wolf River Electric **lawsuit update** 🔍 | Wolf River electric **lawsuit Minnesota** settlement 🔍 |
| **Minnesota** Solar **lawsuit** 🔍 | **Goodleap, LLC lawsuit** 🔍 |
| **GoodLeap lawsuit update** 🔍 | Wolf River Electric **lawsuit update Minnesota** 🔍 |
| Solar **Mosaic** LLC **lawsuit** 🔍 | **GoodLeap cancel loan** 🔍 |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

mn attorney general solar LTL LED, LLC and co-founder and CEO VladimirMarchenko and wolf river electric mn settlement - Goog…

● **Isanti, Minnesota** - From your IP address - Update location

   Help      Send feedback      Privacy      Terms

EXHIBIT 18

5/16/25, 9:49 AM          Solar Vets LLC and attorney general and CEOVladimir MArchenko and wolf river company lawsuit minnesota settlement update - G...

 Solar Vets LLC and attorney general and CEOVladimir          ✕   🎤   📷   🔍          ⚙️   ⠿   Sign in

All    News    Images    Short videos    Videos    Forums    Shopping    ⋮ More          Tools

Did you mean: Solar Vets LLC and attorney general and **CEO Vladimir** MArchenko and wolf river company lawsuit minnesota settlement update

✦ AI Overview          Learn more   ⋮

In 2023, Minnesota Attorney General Keith Ellison announced a settlement and obtained judgments against all 10 defendants in a lawsuit involving deceptive sales of solar panel systems, including Solar Vets LLC, Vladimir Marchenko (CEO), and Wolf River Company. The total settlement exceeded $310,000. The AG's office had initially brought the lawsuit, alleging deceptive sales practices and consumer protection law violations. The settlements were reached without an admission of liability by the defendants. 🔗

## Here's a more detailed breakdown:

- **Deceptive Sales Practices:** The lawsuit alleged that these companies engaged in deceptive practices when selling solar panel systems to Minnesota residents, potentially violating state consumer protection laws. 🔗
- **Settlement and Judgments:** The Minnesota Attorney General's office reached a settlement and obtained separate judgments against each of the 10 defendants, which included Solar Vets LLC and other related entities. 🔗
- **No Admission of Liability:** The settlements were reached without any implication that the defendants admitted to any liability. 🔗
- **Total Settlement Amount:** The total settlement amount, across all defendants, exceeded $310,000. 🔗
- **Vladimir Marchenko:** The CEO, Vladimir Marchenko, was also a part of the lawsuit and the subsequent settlement. 🔗
- **Wolf River Company:** This company was also included in the lawsuit and settlement. 🔗
- **Minnesota Attorney General:** The case was pursued by Minnesota Attorney General Keith Ellison and his office. 🔗

May 19, 2023 Press Release - Minnesota Attorney General's Office
May 19, 2023 — May 19, 2023 (SAINT PAUL) — Minnesota Attorney General Keith Ellison announced today that he has reached a settlement ...

 Minnesota Attorney General's Office          ⋮

5/16/25, 9:49 AM          Solar Vets LLC and attorney general and CEOVladimir MArchenko and wolf river company lawsuit minnesota settlement update - G...

          ✕   🎤   📷   🔍          ⚙️   ⠿          Sign in

~~Mar 8, 2024 — These practices also allegedly skewed sales towards the lenders' financing,~~
prevented comparison shopping, and gave th...

Ⓖ Goodwin                                                                            ⋮

---

### 'Solar boom' heats up fraud complaints against Utah solar companies

Jul 13, 2023 — By May 19, 2023, the Minnesota Attorney General announced that
he had reached a settlement and obtained separate judgm...



◆ Deseret News   ⋮

---

Show all

---

AI responses may include mistakes. For legal advice, consult a professional.          👍 👎

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar                                ⋮

## July 17, 2024 Press Release

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four more **settlements**
against **solar** installers and advertisers.
Missing: ~~LLC CEOVladimir MArchenko wolf river~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of
concealing and improperly charging $35 million in **fees** to Minnesotans since 2017.
Missing: ~~LLC CEOVladimir MArchenko~~

## People also ask  ⋮

What is the Minnesota solar loan lawsuit?                                              ⌄

How do solar companies rip you off?                                                   ⌄

                                                                          Feedback

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

5/16/25, 9:49 AM    Solar Vets LLC and attorney general and CEOVladimir MArchenko and wolf river company lawsuit minnesota settlement update - G...

    ✕  🎤  📷  🔍    ⚙️  ⠿    Sign in

Missing: CEOVladimir MArchenko


Goodwin Procter

https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — On March 8, 2024, the **Minnesota Attorney General** announced that it had filed a **lawsuit** against four **solar** companies for allegedly violating ...

Missing: LLC CEOVladimir MArchenko wolf river


stateagreport.com

https://www.stateagreport.com › news › connecticut-an...

## Connecticut and Minnesota AGs Latest to Shine Light on ...

Jul 25, 2024 — **Minnesota AG Keith Ellison has settled investigations** into multiple solar installers and advertisers for allegedly violating state consumer ...

Missing: Vets CEOVladimir MArchenko wolf river


KROC-AM

https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison has filed a consumer protection **lawsuit** against four **solar**-panel sales companies based in Utah.

Missing: LLC CEOVladimir MArchenko

## People also search for

| | |
|---|---|
| Wolf River **electric** lawsuit Minnesota settlement 🔍 | **GoodLeap** lawsuit **Florida** 🔍 |
| Wolf River **Electric** lawsuit update 🔍 | Minnesota Solar lawsuit 🔍 |
| Wolf River **Electric** lawsuit update Minnesota 🔍 | **Goodleap,** LLC lawsuit 🔍 |
| **GoodLeap** lawsuit update 🔍 | Solar **Mosaic** LLC lawsuit 🔍 |

*In order to show you the most relevant results, we have omitted some entries very similar to the 6 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Help    Send feedback    Privacy    Terms    Sign in

# EXHIBIT 19



All    News    Images    Short videos    Videos    Shopping    Forums    ⋮ More                    Tools

✦ **AI Overview**                                    Learn more  ⋮

The Minnesota Attorney General, Keith Ellison, has taken action against several solar companies, including LTL LED LLC and Luka Bozek, the president, <u>as reported by the Minnesota Attorney General's Office</u>, along with other solar lenders and installers. The Attorney General's Office has filed lawsuits and reached settlements regarding deceptive practices, including high-pressure sales tactics, misrepresented cost savings, and hidden fees. ✎

Here's a more detailed breakdown:

- **LTL LED LLC and Luka Bozek:** Specific actions taken against LTL LED LLC and Luka Bozek, including lawsuits and settlements, are mentioned in the provided search results. <u>The Minnesota Attorney General's Office has taken action against these parties</u>. ✎

- **Deceptive Practices:** The Attorney General's Office has focused on instances where solar companies used high-pressure sales tactics, falsely promised cost savings, and deceived consumers into signing loan agreements with hidden fees. ✎



**Wolf River Electric**
4.9 ★ (816)
Solar energy company
Isanti

- **Impact on Consumers:** The Attorney General's Office aims to protect consumers from deceptive practices and ensure they are not unfairly burdened by solar loans or contracts. ✎

<u>The Minnesota Attorney General's Office is actively working to address deceptive practices in the solar industry.</u> ✎

April 26, 2022 Press Release - Minnesota Attorney General's Office
Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...
🔹 Minnesota Attorney General's Office                                    ⋮

Attorney General Ellison sues solar lenders over $35M in deceptive ...
Mar 8, 2024 — March 8, 2024 (SAINT PAUL) — Today, Minnesota Attorney General Keith Ellison announced he has sued four market-leading,

Minnesota Attorney General's Office

⋮

**May 19, 2023 Press Release - Minnesota Attorney General's Office**

May 19, 2023 — Our lawsuit and these final settlements protect both consumers and legitimate businesses that comply with the law and ...

Minnesota Attorney General's Office

⋮

Show all

AI responses may include mistakes. For legal advice, consult a professional.    👍 👎

---

Wolf River Electric
https://wolfriverelectric.com

**Wolf River Electric: Minnesota & Beyond Solar Solutions**

Headquartered in Isanti, **Minnesota**, we specialize in residential and commercial **solar** panel installations, **solar** battery storage systems...

Try Our Solar Calculator    Going Solar

Residential Solar Panel Experts    About Us

Missing: ~~attorney general Bozekand~~



Wolf River
m River BMX

See photos    See outside

# Wolf River Electric

4.9 ⭐⭐⭐⭐⭐ 816 Google reviews

Solar energy company in Isanti, Minnesota

🌐 Website    ◈ Directions

⭐ Reviews    🔖 Save

↗ Share    📞 Call

**Address:** 101 Isanti Parkway Northeast Suite G, Isanti, MN 55040

**Phone:** (763) 297-4669

**Hours:** Open · Closes 4PM ▾

Suggest an edit · Own this business?

**Appointments:** wolfrivere Providers ⓘ lectric.com

Products        View all

---

Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

**July 17, 2024 Press Release**

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four more settlements against **solar** installers and...

Missing: ~~LTL LLC President Luke Bozekand wolf river~~

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

**Minnesota Attorney General Keith Ellison sues solar ...**

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging...

Missing: ~~LTL LED Luka Bozekand~~

Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

**Minnesota AG Sues Solar Lending Companies Over ...**

Mar 8, 2024 — The **attorney general's office** purports that these companies deceived consumers into taking out loans containing...

5/19/25, 9:41 AM                    mn attorney general solar LTL LED LLC and President Luka Bozekand wolf river electric minnesota - Google Search




Electrical Services          Commercial Solar
Lighting



Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** announced today that he has filed a lawsuit in Hennepin County District Court...
Missing: ~~LTL LED~~ ~~President Luka Bozekand~~

### Explore categories

Lighting          Solar

Constructi...

## People also ask ⋮

What is the Minnesota Attorney General solar lawsuit?                                        ⌄

Who owns Wolf River Electric?                                        ⌄

What is Wolf River, MN?                                        ⌄

Does Wolf River Electric work with commercial clients?                                        ⌄

Feedback

## Reviews ⓘ

Write a review      Add a photo

"Good company, good **service**, nice **people** and amazing **work**."
☆☆☆☆☆

"**Project manager** responded to **inquiries** within a reasonable time frame."
☆☆☆☆☆

"Scott was honest, not pushy and gave us a couple **options** to choose from."
☆☆☆☆☆

View all Google reviews



Centauri Systems
https://solarbycentauri.com › attorney-general-judgeme...

## Attorney General Cracks Down on Solar Scams in Minnesota

Dec 10, 2024 — **Minnesota Attorney General secures judgments against deceptive solar companies**. Learn how to protect your...



Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician

## Wolf River Electric | BBB Business Profile

**BBB Accredited since 7/11/2019**. Electrician in Isanti, MN. See BBB rating, reviews, complaints, get a quote and more.
Missing: ~~attorney general Luka Bozekand~~



Wolf River Electric
https://wolfriverelectric.com › solar-equipment

## Solar Equipment

Mar 11, 2025 — Join the Solarbration. CALCULATE MY **SOLAR** SAVINGS. **Wolf River Electric** Logo. CONTACT. 101 Isanti Parkway...
Missing: ~~LTL Luka Bozekand~~

## From Wolf River Electric

"Headquartered in Isanti, Minnesota, Wolf River Electric is a leader in residential and commercial solar panel installations. With over eight years of industry experience, we are dedicated to delivering the most energy-efficient solutions while...
More



Wolf River Electric
on Google

## Images

mn attorney general solar LTL LED LLC and President Luka Bozekand wolf river electric minnesota - Google Search

Minnesota & Beyo...          Wolf River Electri...          Latest News & Inn...
○ wolfriverele...          ⬛ Energy Tech...          ○ Wolf River El...

Community is everything. Whether we're on your roof or at your event, the Wolf Pack...

4 days ago

Learn more

Show more images ⌄

## People also search for

Wolf River Electric **lawsuit update**                🔍

Wolf River Electric **reviews**                🔍

Wolf River Electric **pyramid scheme**                🔍

Wolf River Electric **employee reviews**                🔍

Wolf River Electric solar **reviews**                🔍

Wolf River Electric **salary**                🔍

Wolf River Electric **reddit**                🔍

Wolf River Electric **BBB**                🔍

### Profiles

LinkedIn          Instagram          Facebo

### People also search for          View 15+ more

| Wolf River Constructic | Isanti Electric Inc | Wolf Creek Constructic L.L.C. |
| --- | --- | --- |
| Contractor | Electrician | Construction company |

About this data

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed. If you like, you can repeat the search with the omitted results included.*

● **Isanti, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms

# EXHIBIT 20



## AI Overview

The Minnesota Attorney General's Office has been actively involved in addressing deceptive practices within the solar energy industry, including legal action against solar installers, advertisers, and lenders.

### 1. LTL LED, LLC and Luka Bozek:

- **Lawsuit:** In July 2024, the Minnesota Attorney General's Office reached an Assurance of Discontinuance (AOD) with LTL LED, LLC and its president, Luka Bozek.
- **Allegations:** The Attorney General alleged that LTL LED, LLC and Mr. Bozek published misleading advertisements designed to entice consumers to provide their information to solar installers.
- **Outcome:** As part of the AOD, LTL LED and Mr. Bozek are prohibited from making any future advertising misrepresentations. They also faced a stayed civil penalty of $100,000.

### 2. All Energy Solar:

- **Lawsuit Regarding Financing Practices:** While All Energy Solar hasn't been directly sued for deceptive sales practices, they were the largest installer of rooftop solar systems financed through lenders who were sued by the Minnesota Attorney General in 2024.
- **Allegations Against Lenders:** The lawsuit targeted four solar financing companies (GoodLeap, Sunlight Financial, Dividend Finance, and Mosaic) for allegedly concealing and improperly charging $35 million in fees to Minnesotans since 2017.
- **All Energy Solar's Role:** All Energy Solar allegedly sold the most rooftop systems financed through these four companies. However, the lawsuit notes that 72% of All Energy Solar's sales are not financed through those four companies.

### Key Concerns Raised in Lawsuits:

- **Misleading Advertising:** False claims about cost savings and benefits of solar panels, including promises that homeowners would never receive another

electricity bill.

- **High-Pressure Sales Tactics:** Salespeople pressured consumers into signing contracts using deceptive tactics.
- **Hidden Fees in Financing:** Lenders concealed large upfront fees, often called "dealer fees," which significantly increased the cost of solar systems and were added to the loan principal.
- **Misrepresentation of Affiliations:** Salespeople falsely claimed to be working for or in partnership with local utility companies.
- **Faulty Installations and Unfulfilled Promises:** In some cases, solar panels were not properly connected to the grid, did not work as promised, or failed to generate the projected savings or tax credits.  🔗

## Consumer Protection Efforts:

- The Minnesota Attorney General's Office has been actively working to protect consumers from deceptive practices in the solar industry.
- They encourage consumers to research solar companies, obtain multiple bids, ask questions, and carefully review contracts before signing.
- Consumers are urged to report any concerns about solar companies or lenders to the Attorney General's Office.  🔗

### Minnesota Attorney General Keith Ellison sues solar lending ...

Nov 8, 2024 — Minnesota Attorney General Keith Ellison sues solar lending companies over alleged hidden dealer fees. ... Minnesota homeowners say they were hit with huge hidd...

🌱 Star Tribune                                                                                          ⋮

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — The practices also skewed sales towards the lenders' financing, prevented comparison shopping, and gave the lenders and partner solar installers an inflated sha...

🏛 Minnesota Attorney General's Offi...                                                    ⋮

### July 17, 2024 Press Release

Jul 17, 2024 — And in 2022 and 2023, the Office sued and obtained consent judgments against solar installers, their owners, and their lenders, returning over $300,000 to the p...

🏛 Minnesota Attorney General's Offi...                                                    ⋮

Show all

AI responses may include mistakes. For legal advice, consult a professional. 

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

## July 17, 2024 Press Release

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four more settlements against **solar** installers and advertisers. ☑

Missing: ~~LTL~~ ~~LLC~~ ~~President~~ ~~Luka~~ ~~Bozekand~~

 Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — The **attorney general's office** purports that these companies deceived consumers into taking out loans containing disguised hidden fees on more ... ☑

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

## Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — In the **lawsuit**, **Attorney General** Ellison alleges the lenders violated **Minnesota** state laws against deceptive trade practices, deceptive lending, ... ☑

Missing: ~~LTL~~ ~~LED,~~ ~~President~~ ~~Luka~~ ~~Bozekand~~

 The State Energy & Environmental Impact Center
https://stateimpactcenter.org › ag-work › ag-actions › m...

## Minnesota AG Filed Lawsuit against Fraudulent ...

Apr 26, 2022 — The **lawsuit** sought civil penalties, recovery of consumer costs, and the ability for customers to cancel their contracts with the companies. In a ... ☑

 Centauri Systems
https://solarbycentauri.com › attorney-general-judgeme...

## Attorney General Cracks Down on Solar Scams in Minnesota

Dec 10, 2024 — The **lawsuit** revealed how aggressive and deceptive tactics by fly-by-night **solar** companies harmed **Minnesota** homeowners and damaged trust in the ... ☑

Missing: ~~LTL~~ ~~President~~ ~~Luka~~ ~~Bozekand~~

 Minnesota Lawyer
https://minnlawyer.com › 2022 › April › 29

## AG's office sues 4 solar companies

Apr 29, 2022 — The **Attorney General's Office** is bringing a **lawsuit** against four **solar** panel sales companies, accusing them of defrauding **Minnesota** ...

Missing: ~~mn LTL President Luka Bozekand~~


Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017. ☑

Missing: ~~LTL LED, LLC Luka Bozekand~~


pv magazine USA
https://pv-magazine-usa.com › 2024/04/26 › minnesota...

## Minnesota sues GoodLeap, Sunlight, Mosaic and Dividend ...

Apr 26, 2024 — The **Attorney General** claims these companies misled consumers about residential **solar** pricing, concealing inflated fees behind the federal tax ... ☑

## People also ask  ⋮

| | |
|---|---|
| What is the Minnesota Attorney General solar lawsuit? | ∨ |
| What is the class action lawsuit against solar panel companies? | ∨ |
| What solar company went out of business? | ∨ |
| What is the solar dealer fee lawsuit? | ∨ |

Feedback

## People also search for

| | |
|---|---|
| **GoodLeap** lawsuit **update** 🔍 | **Goodleap**, LLC lawsuit 🔍 |
| Minnesota Solar lawsuit 🔍 | **GoodLeap** lawsuit **Texas** 🔍 |
| **GoodLeap** lawsuit **Florida** 🔍 | **Wolf River Electric** lawsuit **update** Minnesota 🔍 |
| **Wolf River electric** lawsuit Minnesota **settlement** 🔍 | Solar **Mosaic** LLC lawsuit 🔍 |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

● **Isanti, Minnesota** - From your IP address - Update location

Help      Send feedback      Privacy      Terms

# EXHIBIT 21



All    Jobs    News    Images    Short videos    Shopping    Videos    More ⏷                    Tools ⏷

◆ AI Overview                                                              Learn more    ⋮

Minnesota Attorney General Keith Ellison has taken legal ac-
tion against several companies, including Brio Energy, and
individuals, including Luka Bozek, president of Wolf River
Electric, for allegedly engaging in consumer fraud related to
solar panel sales. The lawsuit claims these entities used de-
ceptive and predatory practices to sell residential solar pan-
els to Minnesotans.  🖉



Here's a more detailed breakdown:

## Allegations in the Lawsuit:

### Deceptive Practices:

Ellison's office alleges that these companies misrepresented themselves as
partnering with utility companies, tricked homeowners into signing binding contracts,
and exaggerated the potential savings on utility bills.  🖉

### High-Pressure Tactics:

The lawsuit claims the companies used high-pressure sales techniques, including
misrepresenting the documents consumers were signing and using misleading
information.  🖉

### Tax Credit Misinformation:

The Attorney General's office also alleges that the companies falsely told consumers
they were automatically eligible for tax credits, which they weren't.  🖉

### Deceptive Sales Model:

The lawsuit also alleges that Brio Energy and Wolf River Electric used a deceptive
sales model that skewed sales towards the lenders' financing and prevented
comparison shopping, potentially at the expense of other legitimate businesses.  🖉

## Legal Action and Relief:

### Consumer Fraud Lawsuits:

Ellison has filed lawsuits alleging violations of Minnesota state laws against consumer fraud. &#8916;

**Seeking Restitution and Penalties:**

The Attorney General is seeking restitution for consumers, civil penalties, and the State's costs. &#8916;

**Order to Allow Contract Cancellation:**

The lawsuit also requests that the court order all prospective and current customers to be able to cancel their contracts and loans. &#8916;

**Settlements and Fines:**

In some cases, settlements and fines have been reached with companies involved, requiring them to pay restitution to consumers and pay fines for their actions. &#8916;

**Completion of Solar Projects:**

In one instance, the Attorney General's office mandated the completion of all outstanding solar projects for Minnesota consumers by a certain date, according to a press release from the AG's office. &#8916;

## Key Takeaways:

**Protecting Minnesotans:**

Ellison's office is working to protect Minnesotans from deceptive practices in the solar panel industry. &#8916;

**Hidden Fees and Deceptive Financing:**

The Attorney General's office has also taken action against solar lending companies for concealing hidden fees and improperly charging Minnesotans for those fees, according to the Star Tribune. &#8916;

**Importance of Research:**

Ellison has encouraged Minnesotans to research companies, get competing bids, ask questions, and review documents before signing any contracts. &#8916;

In summary, Minnesota Attorney General Keith Ellison has taken legal action against Brio Energy and individuals like Luka Bozek, president of Wolf River Electric, for allegedly engaging in deceptive practices related to solar panel sales, aiming to protect Minnesotans from consumer fraud and ensure fair practices in the solar industry. &#8916;

Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — The lawsuit alleges these companies, individuals, and lenders violated several Minnesota state laws against consumer f...

 Minnesota Attorney General's Office                                                    ⋮

## Wolf River Electric | Top Renewable Energy Services Company -2023



ET Energy Tech Review   ⋮

## AG Ellison Sues 4 Solar Power Sales Companies, Alleging They're Scamming Minnesotans - CBS Minnesota

Apr 26, 2022



Ⓢ CBS News   ⋮

Show all

AI responses may include mistakes. For legal advice, consult a professional.    

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

### Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison announced today that he has filed a lawsuit in Hennepin County District Court against four Utah-based solar-panel ...
Missing: ~~Luka~~ ~~Bozekand~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.
Missing: ~~brio~~ ~~Luka~~ ~~Bozekand~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta

### May 19, 2023 Press Release

May 19, 2023 — **Minnesota Attorney General** Keith Ellison announced today that he has reached a settlement and obtained judgment against the last of 10 defendants.
Missing: ~~wolf river~~ ~~Luka~~ ~~Bozekand~~

⋮

 KROC-AM
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison has filed a consumer protection lawsuit against four solar-panel sales companies based in Utah.

Missing: ~~Luka Bozekand~~

 Energy Tech Review Magazine
https://www.energytechreview.com › wolf-river-electric

## Wolf River Electric | Top Renewable Energy Services ...

Justin Nielsen, GM; **Luka Bozek**, **President**; Vladimir Marchenko, **CEO**. Description **Wolf River Electric** primarily focuses on **residential** solar and has heavily ...

Missing: ~~attorney general brio~~

 CBS News
https://www.cbsnews.com › CBS Minnesota › Local News

## AG Ellison Sues 4 Solar Power Sales Companies, Alleging ...

Apr 26, 2022 — **Minnesota's Attorney General** announced a lawsuit Tuesday against solar-**power** sales companies he says are scamming Minnesotans.

Missing: ~~wolf river~~ ~~Luka Bozekand~~

 Bring Me The News
https://bringmethenews.com › MN News

## MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — **MN solar panel installers that 'defrauded customers' hit with over $300K in fines** · Brio Energy LLC (also called Pure Solar Energy and Clean ...

Missing: ~~president Luka Bozekand~~

## People also ask   ⋮

Who is the owner of Wolf River Electric?    ⌄

What is the Minnesota Attorney General solar lawsuit?    ⌄

What is Wolf River, MN?    ⌄

Feedback

## Images

| | | |
|---|---|---|
| Minnesota & Beyond Solar So... | Wolf River Electric \| Top Rene... | Win a Free Solar Installation \| ... |
| ◯ wolfriverelectric.com ⋮ | ▣ Energy Tech Review ⋮ | ◎ Wolf River Electric ⋮ |

Show more images ⌄

## People also search for

Wolf River Electric **lawsuit update** 🔍          **Did GoodLeap go out of business** 🔍

⬤ **Hennepin County, Minnesota** - From your IP address - Update location

Help      Send feedback      Privacy      Terms

# EXHIBIT 22

mn attorney general solar LTL LED, LLC and CFO JonathanLatcham CPA and wolf river electric mn - Google Search



mn attorney general solar LTL LED, LLC ar   ✕   🎤   📷   🔍     ⚙   ⠿   Sign in

All   News   Images   Short videos   Shopping   Forums   Videos   ⋮ More      Tools

Did you mean: mn attorney general solar LTL LED, LLC and CFO **Jonathan Latcham** CPA and wolf river electric mn



✦ AI Overview      Learn more ⋮

The Minnesota Attorney General (AG) has taken action against several solar-related companies, including LTL LED, LLC, and CFO Jonathan Latcham, a CPA, and other entities, for alleged deceptive practices. The AG has also been involved in settlements and lawsuits related to solar installers and lenders, including Wolf River Electric, which has been settled with. The AG's office has filed lawsuits against solar companies for deceptive advertising, hidden fees, and high-pressure sales tactics, and has returned over $300,000 to affected consumers. 🔗

**Here's a more detailed breakdown:**

- **LTL LED, LLC and Jonathan Latcham:** The AG has taken action against LTL LED, LLC and potentially its CFO, Jonathan Latcham, a CPA, for alleged deceptive advertising and sales practices in the solar industry. The specifics of the actions and outcomes for LTL LED and Latcham may vary depending on the context and case, but the AG's office is actively investigating and pursuing cases against companies and individuals involved in misleading consumers about solar products. 🔗

- **Solar Installers and Lenders:** The AG's office has also been involved in settlements and lawsuits against other solar installers and lenders, including Sun Badger Solar, EnergyBillCruncher, Prospect Generators, and Goodleap LLC (also known as Loanpal LLC), Sunlight Financial, LLC, and Corning Credit Union Services Company, LLC. These actions often involve allegations of deceptive practices, such as misrepresenting savings, using high-pressure tactics, and concealing hidden fees. 🔗



**Wolf River Electric**
4.9 ★ (816)
Solar energy company
Isanti

- **Deceptive Practices:** The AG's office has been investigating and pursuing cases against solar companies for various deceptive practices, including:

- ○ **Misrepresenting savings and benefits:** Solar companies have been accused of falsely promising significant cost savings and other benefits associated with solar panels. 🔗

- ○ **High-pressure sales tactics:** Salespeople have been trained to use aggressive and deceptive tactics to persuade consumers to sign contracts. 🔗

- ○ **Concealing hidden fees:** Lenders have been accused of hiding large fees while offering low interest rates. 🔗

- ○ **Misrepresenting partnership with utilities:** Solar companies have been accused of falsely claiming to be partners with local utilities. 🔗

- **Consumer Protection:** The AG's office has been actively working to protect Minnesotans from deceptive practices in the solar industry. This includes:

  - ○ **Filing lawsuits and reaching settlements:** The AG's office has filed lawsuits and reached settlements with solar companies to address deceptive practices. 🔗

  - ○ **Providing consumer education:** The AG's office has also been providing education to help consumers understand their rights and protect themselves from deceptive practices. 🔗

  - ○ **Contacting affected consumers:** The AG's office has been contacting affected consumers to return funds and provide other remedies. 🔗

- **Consumer Complaints:** The AG's office encourages Minnesotans to submit complaints about their experiences with solar advertisers, installers, or lenders through its online complaint form. 🔗

---

April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

🏛 Minnesota Attorney General's Office                                        ⋮

---

Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — In the lawsuit, Attorney General Ellison alleges the lenders violated Minnesota state laws against deceptive trade prac...

🏛 Minnesota Attorney General's Office                                        ⋮

---

July 17, 2024 Press Release

Jul 17, 2024 — Both companies, the Attorney General alleged, published advertisements that contained factually-incorrect statements i...

🏛 Minnesota Attorney General's Office                                        ⋮

Show all

AI responses may include mistakes. For legal advice, consult a professional.

 

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

### Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** announced today that he has filed a lawsuit in Hennepin County District Court...
Missing: ~~LTL~~ ~~LED,~~ ~~JonathanLatcham~~ ~~CPA~~

See results about

 **Wolf River Electric**
Solar energy company in Isanti, Minnesota

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

### July 17, 2024 Press Release

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four more settlements against **solar** installers and...
Missing: ~~LTL~~ ~~LLC~~ ~~JonathanLatcham~~ ~~CPA~~ ~~wolf river~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging...
Missing: ~~LTL~~ ~~LED,~~ ~~LLC~~ ~~JonathanLatcham~~ ~~CPA~~

 Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

### Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — The **attorney general's office** purports that these companies deceived consumers into taking out loans containing...
Missing: ~~LTL~~ ~~LED,~~ ~~LLC~~ ~~JonathanLatcham~~ ~~CPA~~ ~~wolf river electric~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta

### May 19, 2023 Press Release

May 19, 2023 — **Attorney General** Ellison secures final judgments against **solar**-sales companies that defrauded consumers.
Missing: ~~LTL~~ ~~LED,~~ ~~JonathanLatcham~~ ~~CPA~~ ~~wolf river~~

 **Bring Me The News**
https://bringmethenews.com › MN News

## MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — The **attorney general's** investigation found that the defendants defrauded customers when "salespeople misrepresente…

Missing: ~~LTL LED, JonathanLatcham CPA~~

 **Trellis.Law**
https://trellis.law › ... › Cook County District Courts

## Ltl Led Llc Dba Wolf River Electric Vs James Mydland ...

Mar 20, 2024 — **Ltl Led Llc** Dba **Wolf River Electric**, filed a(n) Conciliation case represented by Boline, Christopher William - **Lead…**

Missing: ~~general solar JonathanLatcham CPA~~

## People also ask ⋮

Who is the Minnesota attorney general for solar lawsuit?    ⌄

Why solar companies go out of business?    ⌄

Feedback

 **Minnesota Attorney General's Office**
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

## Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — In the lawsuit, **Attorney General** Ellison alleges the lenders violated **Minnesota** state laws against deceptive trade…

Missing: ~~LTL LED, JonathanLatcham CPA wolf river~~

## People also search for

Wolf River Electric **lawsuit update**    🔍

Wolf River electric **lawsuit Minnesota settlement**    🔍

Wolf River Electric **lawsuit update Minnesota**    🔍

**Minnesota** Solar **lawsuit**    🔍

mn attorney general solar LTL LED, LLC and CFO JonathanLatcham CPA and wolf river electric mn - Google Search

Solar **Mosaic** LLC **lawsuit**    🔍

**GoodLeap lawsuit update**    🔍

**GoodLeap cancel loan**    🔍

**Dividend Finance lawsuit**    🔍

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed. If you like, you can repeat the search with the omitted results included.*

⬤ **Isanti, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 23



**AI Overview**                                                    Learn more    ⋮

The Minnesota Attorney General has taken action against several companies involved in deceptive solar sales practices, including LTL LED LLC, CFO Jon Latcham, and a company that could potentially be associated with Wolf River Electric. These actions target companies that allegedly misrepresented the cost savings, benefits, and contract terms associated with solar panel installations, leading to consumer fraud and financial harm. 🔗

### LTL LED LLC and Jon Latcham:

- The Minnesota Attorney General's Office has specifically named LTL LED LLC and Jon Latcham (presumably his role as CFO) in a lawsuit alleging deceptive solar sales tactics.
- The lawsuit alleges that LTL LED LLC and Jon Latcham misrepresented the cost savings, benefits, and contract terms related to solar panel installations.
- Consumers were allegedly tricked into signing binding sales contracts and loan agreements, often by misrepresenting the nature of the documents or using high-pressure sales tactics. 🔗

### Wolf River Electric and Associated Companies:

- The Minnesota Attorney General's Office has also targeted other companies in the solar industry for similar deceptive practices.
- Bring Me The News reports that some of these companies are associated with Wolf River Electric.
- The lawsuit alleges that these companies used aggressive door-to-door sales tactics and misrepresented the cost savings, benefits, and contract terms of solar panel installations.
- The Attorney General's Office is seeking restitution, disgorgement, and injunctive relief to prevent further harm to consumers. 🔗

### Key Actions of the Minnesota Attorney General:

- The Attorney General's Office has sued several solar companies, including LTL LED LLC and Brio Energy LLC (also known as Pure Solar Energy and Clean Energy Educators).
- The lawsuit alleges that these companies used aggressive, deceptive, door-to-door sales tactics to defraud consumers.
- The Attorney General's Office is seeking to make consumers whole and prevent these companies from harming Minnesotans further. 🔗

**In essence, the Minnesota Attorney General is taking action to address deceptive practices in the solar industry, specifically targeting companies that have allegedly defrauded consumers with false promises and high-pressure sales tactics.** 🔗

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

 Minnesota Attorney General's Office                    ⋮

### MN solar panel installers that 'defrauded customers' hit with over ...

May 21, 2023 — In addition, the release notes, the lenders that worked with these companies were "legally accountable" for the allege...

 Bring Me The News  ⋮



AI responses may include mistakes. For legal advice, consult a professional.    👍  👎

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

### Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** announced today that he has filed a lawsuit in Hennepin County District Court...
Missing: ~~LTL LED JonLatcham~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

### July 17, 2024 Press Release

Jul 17, 2024 — **Attorney General** Keith Ellison announced today the filing of four new settlements against **solar** installers and...
Missing: ~~LTL LLC JonLatcham wolf river~~

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging...
Missing: ~~LTL LED LLC JonLatcham~~

🌐 Wolf River Electric
https://wolfriverelectric.com

### Wolf River Electric: Minnesota & Beyond Solar Solutions

Headquartered in Isanti, **Minnesota**, we specialize in residential and commercial **solar** panel installations, **solar** battery storage systems...



Wolf River ⤢
m River BMX

See photos    See outside

# Wolf River Electric

4.9 ★★★★★ 816 Google reviews

Solar energy company in Isanti, Minnesota

🌐 Website    ◈ Directions

⊡ Reviews    🔖 Save

⤳ Share    📞 Call

**Address:** 101 Isanti Parkway Northeast Suite G, Isanti, MN 55040

**Phone:** (763) 297-4669

**Hours:** Open · Closes 4PM ▾

Suggest an edit · Own this business?

**Appointments:** wolfrivere Providers ⓘ
lectric.com

mn attorney general solar LTL LED LLC and CFO JonLatcham and wolf river electric minnesota - Google Search



Try Our Solar Calculator    Going Solar

Residential Solar Panel Experts    About Us

Missing: ~~attorney general~~ ~~JonLatcham~~


Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

### Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — The **attorney general**'s office purports that these companies deceived consumers into taking out loans containing...

Missing: ~~LTL~~ ~~LED~~ ~~LLC~~ ~~JonLatcham~~ ~~wolf river electric~~

## People also ask :

What is the Minnesota Attorney General solar lawsuit?    ⌄

Who is the CEO of Solar Optimum?    ⌄

Feedback


Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — In the lawsuit, **Attorney General** Ellison alleges the lenders violated **Minnesota** state laws against deceptive trade...

Missing: ~~LTL~~ ~~LED~~ ~~JonLatcham~~ ~~wolf river~~

Bring Me The News
https://bringmethenews.com › MN News

### MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — The **attorney general**'s investigation found that the defendants defrauded customers when "salespeople misrepresente...

Missing: ~~LTL~~ ~~LED~~ ~~JonLatcham~~


Minnesota Lawyer
https://minnlawyer.com › 2022 › April › 29

### AG's office sues 4 solar companies

Apr 29, 2022 — The **Attorney General's Office** is bringing a lawsuit against four **solar** panel sales companies, accusing them of...

Missing: ~~mn~~ ~~LTL~~ ~~JonLatcham~~ ~~wolf~~

## Images



Products    View all




Electrical Services    Commercial Solar
Lighting

### Explore categories

Lighting    Solar

Constructi...

### Reviews ⓘ

Write a review    Add a photo

"Good company, good **service**, nice **people** and amazing **work**."
☆ ☆ ☆ ☆ ☆

"**Project manager** responded to **inquiries** within a reasonable time frame."
☆ ☆ ☆ ☆ ☆

"Scott was honest, not pushy and gave us a couple **options** to choose from."
☆ ☆ ☆ ☆ ☆

View all Google reviews

### From Wolf River Electric

"Headquartered in Isanti, Minnesota, Wolf River Electric is a leader in residential and commercial solar panel installations. With over eight years of industry experience, we are dedicated to delivering the most energy-efficient solutions while...

More


Wolf River Electric
on Google

Minnesota & Beyo...    Wolf River Electri...    Caption_The SUN...
○ wolfriverele...  ⋮    ○ wolfriverele...  ⋮    ○ wolfriverele...  ⋮

Show more images ⌄

## People also search for

| Wolf River Electric **lawsuit update** | 🔍 |

| Wolf River electric **lawsuit** Minnesota **settlement** | 🔍 |

| Minnesota Solar **lawsuit** | 🔍 |

| Wolf River Electric **lawsuit update** Minnesota | 🔍 |

| Solar **Mosaic** LLC **lawsuit** | 🔍 |

| **GoodLeap cancel loan** | 🔍 |

| **GoodLeap lawsuit update** | 🔍 |

| **Is GoodLeap going out of business** | 🔍 |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed. If you like, you can repeat the search with the omitted results included.*

Community is everything. Whether we're on our roof or at your event, the Wolf Pack...

4 days ago

Learn more

## Profiles

LinkedIn    Instagram    Facebo

People also
search for          View 15+ more

| Wolf River Construction | Isanti Electric Inc | Wolf Creek Construction L.L.C. |
| Contractor | Electrician | Construction company |

About this data

● **Isanti, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms

# EXHIBIT 24

mn attorney general solar Solar Vets LLC and CFO jonLatcham and wolf river electric company lawsuit - Google Search

 mn attorney general solar Solar Vets LLC and CI ✕ 🎤 📷 🔍  

**All** | News | Jobs | Images | Short videos | Forums | Videos | ⋮ More     Tools

Did you mean: mn attorney general solar Solar Vets LLC and CFO **jon Latcham** and wolf river electric company lawsuit

 **AI Overview**     Learn more ⋮

The Minnesota Attorney General (AG) has filed multiple lawsuits against solar companies and lenders, including Solar Vets LLC, CFO Jon Latcham, and Wolf River Electric Company, alleging deceptive practices and consumer fraud. The AG's office has also obtained consent judgments and settlements in other cases, returning over $300,000 to impacted consumers. 🔗

### Here's a more detailed breakdown:

**Deceptive Practices:**

The AG's office has alleged that these companies, along with others, used deceptive advertising and high-pressure sales tactics to entice consumers into signing binding contracts and loan agreements for solar panel installations. 🔗

**Misrepresentations:**

The AG's office has claimed that these companies falsely represented that their salespeople worked for or in partnership with local utility companies and exaggerated potential utility bill savings. 🔗

**Hidden Fees:**

The AG has also sued solar lending companies for allegedly concealing and improperly charging $35 million in fees to Minnesotans since 2017, including hidden fees on loans that increased costs by 15% to 30%, according to Goodwin Procter. 🔗

**High-Pressure Tactics:**

Salespeople were allegedly trained to use high-pressure tactics to make a sale, sometimes even using aggressive language like "going to war" to describe sales. 🔗

**Failure to Deliver:**

The AG has also alleged that the solar panels were not always connected to the utility grid as promised, did not always work, and did not generate the utility-bill savings or tax credits that were promised. 🔗

5/16/25, 10:57 PM                    mn attorney general solar Solar Vets LLC and CFO jonLatcham and wolf river electric company lawsuit - Google Search

### April 26, 2022 Press Release - Minnesota Attorney General's Office

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

 Minnesota Attorney General's Office                                                    ⋮

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — The lawsuit alleged these companies falsely represented that their salespeople work for or in partnership with local ut...

 Minnesota Attorney General's Office                                                    ⋮

### May 19, 2023 Press Release

May 19, 2023 — The Attorney General's investigation found that the companies and individuals violated Minnesota laws against consumer...

 Minnesota Attorney General's Office                                                    ⋮

Show all

AI responses may include mistakes. For legal advice, consult a professional.          👍   👎

Both companies, the Attorney General alleged, published advertisements that contained factually-incorrect statements intended to entice consumers into providing their information to solar installers and, eventually, buying a residential solar system. Jul 17, 2024

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

July 17, 2024 Press Release                    ⋮

                                                          ❓ About featured snippets   •   🏳 Feedback

## People also ask  ⋮

What is the Minnesota Attorney General solar lawsuit?                                     ⌄

What happens to a solar company that goes out of business?                    ⌄

What solar panel company lied to me?                                          ⌄

How do solar companies rip you off?                                          ⌄

Feedback

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

## Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — In the **lawsuit**, **Attorney General** Ellison alleges the lenders violated **Minnesota** state laws against deceptive trade practices, deceptive lending, ...

Missing: ~~jonLatcham wolf river~~

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

## Attorney General Ellison sues solar-panel sales companies ...

Apr 26, 2022 — The **lawsuit** alleges these **companies**, individuals, and lenders violated several **Minnesota** state laws against consumer fraud. **Attorney General** ...

Missing: ~~jonLatcham~~ | Show results with: jonLatcham

 Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending **companies**, accusing them of concealing and improperly charging $35 million in **fees** to Minnesotans since 2017.

Missing: ~~LLC jonLatcham~~

 Goodwin Procter
https://www.goodwinlaw.com › insights › blogs › 2024/03

## Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — The **attorney general's office** purports that these **companies** deceived consumers into taking out loans containing disguised hidden **fees** on more ...

Missing: ~~LLC jonLatcham wolf river electric~~

 KROC-AM
https://krocnews.com › ...

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General** Keith Ellison has filed a consumer protection **lawsuit** against four **solar**-panel sales **companies** based in Utah.

Missing: ~~LLC~~ ~~jonLatcham~~

## At a glance

About Wolf River Electric

Headquartered in Isanti, Minnesota, Wolf River Electric is a leader in residential and commercial solar panel installations. With over eight years of industry…

In their own words

 wolfriverelectric.com

### Wolf River Electric

Minnesota Department of Labor and Industry 443 Lafayette Rd N Saint Paul MN 55155. Phone Number: (651) 284-5005 http://www.dli.mn.gov [email…

🪙 Better Business Bureau

### Wolf River Electric

Wolf River Electric · Map · 101 Isanti Pkwy NE. Ste G Isanti, MN 55040 · (763) 229-6662. Call Now · More Info. Hours · Payment methods. Does Wolf…

2.2 ★★★    (13)    >

☸ Yelp

More about Wolf River Electric  >

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta    ⋮

## May 19, 2023 Press Release

May 19, 2023 — **Minnesota Attorney General** Keith Ellison announced today that he has reached a **settlement** and obtained judgment against the last of 10 defendants.

Missing: ~~jonLatcham~~ ~~wolf river~~

---

Bring Me The News
https://bringmethenews.com › MN News

## MN solar panel installers that 'defrauded customers' hit with …

May 21, 2023 — **MN solar panel installers that 'defrauded customers' hit with over $300K in fines** · Brio Energy LLC (also called Pure Solar Energy and Clean …

Missing: ~~jonLatcham~~ | Show results with: jonLatcham

## People also search for

| | |
|---|---|
| Wolf River electric lawsuit **Minnesota settlement** 🔍 | **GoodLeap cancel loan** 🔍 |
| **GoodLeap** lawsuit **update** 🔍 | **Goodleap, LLC lawsuit** 🔍 |
| Wolf River Electric lawsuit **update Minnesota** 🔍 | Wolf River Electric **pyramid scheme** 🔍 |

**Minnesota** Solar lawsuit                Q                **GoodLeap** lawsuit **Florida**                Q

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help        Send feedback        Privacy        Terms

# EXHIBIT 25



☝ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**FamousWealth2992** · 12d ago

i'm glad you posted.

i have been receiving aggressive marketing from them.

it's a hard sell. They aren't orginized and they are pushy.

They are also being sued by the MN attorney general for deceptive contracts that have large hidden fees.

☝ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**No-Main-1552** · 12d ago

Definitely a devil corp worried I gave them my social and personal info

☝ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**smf12** · 6d ago

Just read this before I interviewed with them and the process was exactly how you said! Definitely major red flags

☝ 1 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

LTL LED, LLC, D/B/A Wolf River Electric,

Justin Nielsen,

Vladimir Marchenko,

Luka Bozek, and

Jonathan Latcham,

        Plaintiffs.

vs.

Google LLC,

        Defendant.

Court File No.:

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA  )
                      ) ss.
COUNTY OF ISANTI    )

I, Carolyn Helland, being first duly sworn, depose and state that on May 23, 2025, I served a true and correct copy via US Mail, and as a courtesy via email, on Defendant, by and through Attorney Justice Lindell, Greenstein Sellers, PLLC, 121 South 8th Street, Suite 1450, Minneapolis, Minnesota 55402, *Justice@greensteinsellers.com*, of the following:

1. Plaintiffs' Joint Amended Summons and Complaint of Defendant Google LLC.

I declare under penalty of perjury that everything I have stated in this document is true and correct, pursuant to Minn. Stat. § 358.116.

Dated: May 23, 2025

*Carolyn Helland*

Carolyn Helland