# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 25-CV-2394

**Case Title:** LTL LED, LLC, D/B/A Wolf River Electric, et al. v. Google LLC

### Affidavit of Movant

I, Justice Ericson Lindell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Emily R. Orman, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Central District of California, but not admitted to the bar of this court, who will be counsel for Defendant Google LLC in the case listed above.

I am aware that this District's Local Rules require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature:*/s/ Justice Ericson Lindell*_____         Date: 6/9/2025

Typed Name: JUSTICE ERICSON LINDELL

Attorney License Number: 312071

1

**Affidavit of Proposed Admittee**

I, Emily R. Orman, am currently a member in good standing of the U.S. District Court for the Central District of California but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by Local Rule ("L.R.") 83.5(d). I further understand that although L.R. 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules.  I further understand that pursuant to L.R. 83.6(a), if this Court grants me admission pro hac vice, I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Federal Rule of Civil Procedure 5(b) and 77(d) by electronic means, and I understand that electronic notice will be in lieu of service by mail.

Signature: */s/ Emily R. Orman*                Date: 6/9/2025

Typed Name: Emily R. Orman

Attorney License Number:_331471, issued by the State of California.

Federal Bar Number (if you have one): _____n/a_____

Law Firm Name:  Wilson Sonsini Goodrich & Rosati

Law Firm Address: 953 East 3rd Street, Suite 100, Los Angeles, CA 90013

Main phone: (323) 210-2900      Direct line: (213) 563-3454

E-mail address: eorman@wsgr.com