# EXHIBIT 10



3/5/25, 8:05 PM                                        wolf river electric sued by attorney general - Google Search

**wolf river electric sued by attorney general**

All · News · Videos · Images · Short videos · Forums · Shopping · More · Tools

**AI Overview**                                                                      Learn more

In March 2024, Minnesota Attorney General Keith Ellison filed a lawsuit against several solar lending companies, including Wolf River Electric, for deceptive business practices. The lawsuit alleges that the companies violated Minnesota laws against deceptive trade practices and lending.

**What the lawsuit claims**

- The companies charged hidden fees on solar panel purchases
- The companies inflated the cost of solar systems
- The companies prevented customers from comparing prices
- The companies deceived customers about the financial benefits of solar panels
- The companies promised automatic incentives, such as tax credits and rebates, that some customers don't qualify for

**What the attorney general recommends**

The attorney general recommends that Minnesotans do their research and ask questions when choosing a solar installer and payment options. He also encourages consumers to report concerns with solar companies or lenders.

**How to report concerns**

You can report concerns with solar companies or lenders by calling the Attorney General's Office at (651) 296-3353 (Metro), (800) 657-3787 (Greater Minnesota), or (800) 627-3529 (Minnesota Relay).

---

**April 26, 2022 Press Release - Minnesota Attorney General**

Apr 26, 2022 — During sales meetings, the companies deceive Minnesotans on the financial benefits associated with purchasing their so...

Minnesota Attorney General



**March 8, 2024 Press Release**
Mar 8, 2024
Minnesota Attorney General

**July 17, 2024 Press Release - Minnesota Attorney General**
Jul 17, 2024 — In March 2024, Attorney General Ellison filed a lawsuit against the four market-leading, solar lending companies doing...
Minnesota Attorney General's Office

Show all

Generative AI is experimental. For legal advice, consult a professional.

---

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

**Minnesota Attorney General Keith Ellison sues solar ...**

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

## People also ask

What is the lawsuit against Goodleap?

What solar company is being sued?

What is the attorney general solar lawsuit in Minnesota?

Is there a class action lawsuit against Vivint Solar?

Feedback

---

Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

**April 26, 2022 Press Release**

Apr 26, 2022 — **Attorney General Ellison sues solar-panel sales companies**, lenders for defrauding Minnesota homeowners.


**KROC-AM**
https://krocnews.com › ...

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison** has filed a consumer protection lawsuit against four solar-panel sales companies based in Utah.


**Reddit · r/Devilcorp**
10+ comments · 6 months ago

### Possible Devil Corp : r/Devilcorp

They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that have large hidden ...


**Bring Me The News**
https://bringmethenews.com › MN News

### MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — The **attorney general's** investigation found that the defendants defrauded customers when "salespeople misrepresented who they worked for, how ...


**Minnesota Attorney General's Office**
https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — In the **lawsuit**, **Attorney General** Ellison alleges the lenders violated Minnesota state laws against deceptive trade practices, deceptive lending, ...

Missing: ~~wolf river~~


**KOIN.com**
https://www.koin.com › press-releases › ein-presswire

### Wolf River Electric Opposes SF 1142 and HF 845, Citing ...

Feb 21, 2025 — **Wolf River Electric urges lawmakers to reject SF 1142 and HF 845** and instead conduct a cost-of-service study to assess the actual financial ...

Missing: ~~attorney general~~


**Wolf River Electric**
https://wolfriverelectric.com › terms-and-conditions

### Terms & Conditions | Wolf River Electric Solar Installation

Dec 30, 2024 — Read the terms and conditions for **Wolf River Electric's solar installation services**, ensuring transparency and customer satisfaction.

Missing: ~~sued~~ | Show results with: sued

 WTNH.com
https://www.wtnh.com › press-releases › ein-presswire

### Wolf River Electric Applauds Minnesota for Launching On- ...

Jan 19, 2025 — "Minnesota is setting a precedent for renewable energy and energy storage," added Justin Nielsen, **General** Manager of **Wolf River Electric**.

 National Wild and Scenic River System (.gov)
https://www.rivers.gov › sites › rivers › files › wol...    PDF

### STUDY REPORT ON THE WOLF RIVER, WISCONSIN _·

This draft report was prepared by the Lake Central Regional. Office of the 3ureau oi' Outdoor Recreation in accordance with a letter of June 3, 1964, ...

## People also search for

| | |
|---|---|
| Wolf river electric sued by attorney general **reddit** | **GoodLeap lawsuit Florida** |
| Wolf river electric sued by attorney general **letter** | **What does filing a complaint with the** Attorney General **do** |
| Wolf river electric sued by attorney general **2022** | **Minnesota** Attorney General |
| Wolf River Electric **reviews** | **How to report someone to the** Attorney General |



1  2  3  4  5  6  7  8  9  10          Next

---

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms