# EXHIBIT 1

 wolf river electric lawsuit            ✕   🎤      🔍       

**All**   News   Videos   Images   Short videos   Forums   Shopping   ⋮ More                    Tools

✦ AI Overview                                                         Learn more   ⋮

According to recent news reports, Wolf River Electric is currently facing a lawsuit from the Minnesota Attorney General due to allegations of deceptive sales practices regarding their solar panel installations, including misleading customers about cost savings, using high-pressure tactics, and tricking homeowners into signing binding contracts with hidden fees; many customers claim they were not properly informed about the total cost of their solar systems and experienced significant issues with installation and functionality after signing contracts. 🔗

### Key points about the lawsuit against Wolf River Electric:

**Deceptive marketing:**
The lawsuit alleges that Wolf River Electric salespeople exaggerated the potential cost savings from solar panels, often claiming customers would no longer receive electricity bills after installation, which is not accurate. 🔗

**High-pressure tactics:**
Customers reported feeling pressured to sign contracts quickly, with sales representatives downplaying concerns and using misleading language. 🔗

**Hidden fees:**
Some customers claim they were not adequately informed about additional fees associated with financing their solar systems, leading to unexpectedly high costs. 🔗

**Installation issues:**
Complaints include issues with the quality of solar panel installations, including improper connections to the grid and malfunctioning panels. 🔗

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✦ Star Tribune                                                              ⋮

Wolf River Electric Reviews - Woodbury, MN - Angie's List

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

Angie's List

### Wolf River Electric | BBB Reviews | Better Business Bureau

Their responses to this were that I asked about a subpanel (I also asked about more solar panels) and for the solar panel design,

BBB

Show all

Generative AI is experimental. For legal advice, consult a professional.

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.


Wolf River Electric
https://wolfriverelectric.com

### Wolf River Electric

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

About Us    Wolf River Electric    Contact Us    See our projects


Indeed
https://www.indeed.com › ... › Employee Reviews

### Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0          · Review by Appointment Setter


Angie's List
https://www.angi.com › companylist › wolf-river-electric...

### Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...
2.9            (15)

## People also ask   :

Who is the owner of Wolf River Electric?                                                    ˅

Is Wolf River Electric a good company to work for?                                          ˅

What is the warranty on Wolf River Electric?                                                ˅

What solar company is being sued?                                                           ˅

Feedback


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric  :

### Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.


Reddit · r/Devilcorp
10+ comments · 6 months ago  :

### Possible Devil Corp : r/Devilcorp

it's a hard sell. They aren't orginized and they are pushy. **They are also being sued by the MN attorney general** for deceptive contracts that ...

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes ... | 128 posts | May 29, 2023 |
| Does anyone have experience with Nusun Power before? | 115 posts | Dec 19, 2023 |
| Is my Solar Sales job a scam? - Reddit | 35 posts | Jan 18, 2020 |
| Spruce Power finally resolved an old SPAC **lawsuit** ... | 5 posts | Jan 8, 2024 |

More results from www.reddit.com


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric  :

### Reviews - Wolf River Electric

I highly recommend **Wolf River Electric Company**. They did a great job on our solar project and are very good with communication.
3.9            (37)


**Trellis.Law**
https://trellis.law › case › itl-led-llc-dba-wolf-river-electri...   ⋮

## Legal Document
Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.


**Minnesota Attorney General's Office**
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio   ⋮

## April 26, 2022 Press Release
Apr 26, 2022 — Attorney General Ellison sues solar-panel sales companies, lenders for defrauding Minnesota homeowners.


**Indeed**
https://www.indeed.com › ... › Wolf River Electric   ⋮

## Working at Wolf River Electric: 95 Reviews
95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security**, and more.

4.5        (100)

Isanti, MN        4.6 Management        4.6 Compensation & Benefits

## People also search for   ⋮

| | | | |
|---|---|---|---|
| Wolf river electric lawsuit **update** | 🔍 | Wolf River Electric **Reddit** | 🔍 |
| Wolf river electric lawsuit **reddit** | 🔍 | Wolf River Electric **salary** | 🔍 |
| Wolf River Electric **reviews** | 🔍 | Wolf River Electric **solar reviews** | 🔍 |
| Wolf river electric lawsuit **Minnesota settlement** | 🔍 | Wolf River Electric **jobs** | 🔍 |

1  2  3  4  5  6  7        Next

Results are not personalized

**Minneapolis, Minnesota** - From your IP address - Update location

Help     Send feedback     Privacy     Terms