# EXHIBIT 5

# How Google autocomplete predictions work

Autocomplete is a feature within Google Search that makes it faster to complete searches that you start to type. Our automated systems generate predictions that help people save time by allowing them to quickly complete a search that is useful to them.

Where autocomplete predictions come from

Once you start to type, autocomplete predictions reflect real searches that have been done on Google. To determine what predictions to show, our systems look for common queries that match what someone starts to enter into the search box but also consider:

- The language of the query
- The location a query is coming from
- Trending interest in a query
- Your past searches

These factors allow autocomplete to show the most helpful predictions that are unique to a particular location or time, such as for breaking news events.

In addition to full search predictions, Autocomplete may also predict individual words and phrases that are based on both real searches as well as word patterns found across the web.

Finally, signed in users may also see other time saving features related to Autocomplete, including:

- A history of their past searches
- Personalized predictions based on their activity on Google

Learn how to manage trending searches, past searches, and personalized search predictions.

How we handle issues with predictions

Autocomplete policies

Find trending searches

## Difference between autocomplete & Google Trends

Autocomplete is a time-saving but complex feature. It doesn't simply display the most common queries on a given topic. That's why it differs from and shouldn't be compared against Google Trends.

Google Trends    is a tool for journalists and anyone else who wants to research the popularity of searches and search topics over time.

## Turn off, remove, or report some predictions

Learn how to turn off, remove, and report some predictions.

Need more help?
Try these next steps:


Post to the help community
Get answers from community members