# EXHIBIT 6



All    News    Videos    Images    Short videos    Forums    Shopping    ⋮ More                                                  Tools

### AI Overview                                                                                      Learn more ⋮

The Minnesota Attorney General's Office has sued solar lending companies, including Wolf River Electric, over hidden fees and other practices. The office has obtained consent judgments against solar installers and lenders, returning over $300,000 to consumers.

### What the lawsuit claims

- The lenders misrepresented that loan repayment obligations were independent of the actions of the solar company
- The lenders failed to disclose upfront fees in the initial loan documents
- The practices prevented comparison shopping and gave the lenders and solar installers an unfair share of the market

What the lawsuit seeks civil penalties, restitution, disgorgement, and injunctive and declaratory relief.

### How to file a complaint

You can file a complaint with the Minnesota Attorney General's Office if you've been victimized by a solar advertiser, installer, or lender. You can file a complaint online or call (651) 296-3353 (Metro area) or (800) 657-3787 (Greater Minnesota).

---

**Minnesota Attorney General Keith Ellison sues solar lending ...**
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✈ Star Tribune                                                                                                    ⋮

---

**July 17, 2024 Press Release - Minnesota Attorney General**
Jul 17, 2024 — And in 2022 and 2023, the Office sued and obtained consent judgments against solar installers, their owners, and their...

Minnesota Attorney General's Office                                                                                ⋮

### October 21, 2024 Press Release - Minnesota Attorney General

Oct 21, 2024 — The Attorney General's Office will contact impacted consumers who are entitled to refunds. Since taking Office, Attorn...

Minnesota Attorney General's Office

Show all

Generative AI is experimental. For legal advice, consult a professional.

---

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ... 

Nov 8, 2024 — Ellison is suing four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.
Missing: ~~settlement~~ | Show results with: settlement

## People also ask

Does solar really pay off?    ∨

What solar company is being sued?    ∨

Feedback

---

KROC-AM
https://krocnews.com › ...

### Minnesota AG Suing Four Solar Panel Sales Companies 

Apr 26, 2022 — **Minnesota** Attorney General Keith Ellison has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2022/04 › 26_Brio

### April 26, 2022 Press Release

Apr 26, 2022 — The **lawsuit** alleges these companies, individuals, and lenders violated several **Minnesota** state laws against consumer fraud. Attorney General Ellison is seeking restitution for consumers, civil...

 Bring Me The News
https://bringmethenews.com › MN News

### MN solar panel installers that 'defrauded customers' hit with ...

May 21, 2023 — On Friday, Ellison announced that, under the terms of the **settlement**, Avolta Power, Inc. and a number of other companies will pay out $310,000 in restitution, over "false promises the...

 Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...

### Legal Document

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.
Missing: ~~settlement~~ | Show results with: settlement

 Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician

### Wolf River Electric | BBB Business Profile

View Service Area close. **Serving the following areas**: Aitkin County, MN; Anoka County, MN; Benton County, MN; Carlton County, MN; Carver County, MN; Chisago County, MN; Crow Wing County, MN; Dako...
3.9 ★★★★   (37)
Missing: ~~settlement~~ | Show results with: settlement

Reddit · r/minnesota
120+ comments · 1 year ago

### Minnesotans who have installed solar on their homes

Up to $8,500 per household to replace systems with high efficiency heat pumps. Most of the winter in **Mn** you can run a heat pump and heat the entire home with **electricity** rather than natural gas. If you have...
128 answers · Top answer: Yup. I produce more electricity than I consume annually, so it does offset the...

| | | |
|---|---|---|
| Seriously my favorite billboard right now : r ... | 34 answers | Jun 5, 2024 |
| Things went from bad to worse. Looking into legal ... | 95 answers | Oct 31, 2023 |
| Solar Sales Job, is this an MLM or scam? - Reddit | 39 answers | Feb 1, 2023 |
| Spruce Power finally resolved an old SPAC **lawsuit** ... | 5 answers | Jan 8, 2024 |

More results from www.reddit.com

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta

### May 19, 2023 Press Release

May 19, 2023 — May 19, 2023 (SAINT PAUL) — **Minnesota Attorney General Keith Ellison announced today that he has reached a settlement** and obtained judgment against the last of 10 defendants that...
Missing: ~~wolf river~~



**mn.gov**
https://mn.gov › oah › rest › html › oah › opinion-archive

### Document List - Minnesota.gov ✓

28-2500-40515 In the Matter of the Application of Northern States Power Company, d/b/a Xcel Energy, for Authority to Increase Rates for **Electric** Service in the State of **Minnesota** · 65-3600-39432 City of...



**KXAN Austin**
https://www.kxan.com › press-releases › ein-presswire

### Wolf River Electric Opposes SF 1142 and HF 845, Citing ... ✓

Feb 21, 2025 — The bills propose redefining key terms, adjusting compensation structures, and updating interconnection standards—changes that **Wolf River Electric** believes will discourage solar adoption an...
Missing: ~~settlement~~ | Show results with: settlement

### People also search for

| | |
|---|---|
| Wolf river electric lawsuit minnesota settlement **payout** 🔍 | Wolf River Electric **reviews** 🔍 |
| Wolf river electric lawsuit minnesota settlement **reddit** 🔍 | Wolf River Electric **jobs** 🔍 |
| Wolf river electric lawsuit minnesota settlement **2022** 🔍 | |



1 2 3 4 5 6 7 8 9    Next

Results are not personalized

🔴 **Hennepin County, Minnesota** - From your IP address - Update location

Help   Send feedback   Privacy   Terms