# EXHIBIT 7

wolf river electric lawsuit update today

All   News   Videos   Short videos   Images   Forums   Shopping   ⋮ More                     Tools

◆ AI Overview                                                                  Learn more   ⋮

As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf River Electric, along with several other solar companies, alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing binding contracts, leading to many homeowners facing significant financial burdens from poorly installed solar panels that did not deliver promised energy savings; **the case is still ongoing** and details regarding its current status may be found on the Minnesota Attorney General's website. 🔗

## Key points about the lawsuit:

### Allegations:
The lawsuit accuses Wolf River Electric of misleading customers about the cost savings of solar panels, using aggressive sales tactics, and failing to properly install systems.

### Consumer impact:
Many Minnesota homeowners who signed contracts with Wolf River Electric reported facing high hidden fees, delayed installations, and solar panels that did not perform as advertised.

### Current status:
The lawsuit is still ongoing, and details regarding its progress can be found on the Minnesota Attorney General's website. 🔗

---

### Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

✦ Star Tribune                                                                              ⋮

---

### Minnesota AG Suing Four Solar Panel Sales Companies - KROC-AM
Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

KROC-AM

### April 26, 2022 Press Release - Minnesota Attorney General
Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Minnesota Attorney General's Office

Generative AI is experimental.  

Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ... 
Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

## People also ask

Who is the CEO of Wolf River Electric?

What is the warranty on Wolf River Electric?

Where is Wolf River Electric headquarters?

Are solar companies being sued?

Feedback

Angie's List
https://www.angi.com › companylist › wolf-river-electric...

### Wolf River Electric Reviews - Woodbury, MN 
**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...
2.9 ★★★      (15)

Reddit · r/Devilcorp
10+ comments · 6 months ago

### Possible Devil Corp : r/Devilcorp 

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes | 128 posts | May 29, 2023 |
| Is my Solar Sales job a scam? | 35 posts | Jan 18, 2020 |
| Is it worth if for me to go solar? : **r**/solar | 13 posts | Jul 17, 2024 |
| Solar work or low voltage work : **r**/electricians | 10 posts | Aug 19, 2024 |

More results from www.reddit.com


Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician

### Wolf River Electric | BBB Business Profile

**Wolf River Electric is BBB Accredited.** BBB accredited business seal. This business has committed to upholding the BBB Standards for Trust.

3.9 ★★★★  (37)


Indeed
https://www.indeed.com › ... › Employee Reviews

### Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★  · Review by Appointment Setter


Yelp
https://www.yelp.com › ... › Home Services › Electricians

### WOLF RIVER ELECTRIC - Updated March 2025

Then **today** I get a notice email that an invoice for over $6,000 will be due.. they can try and sue me for that money I am not paying a cent. Who do these ...

2.5 ★★  (11)


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric

### Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.


News Channel Nebraska Southeast
http://southeast.newschannelnebraska.com › story › wol...

### Wolf River Electric Featured in Exclusive Online Article on ...

Feb 26, 2025 — **Lawsuit** filed by 17 states against abortion accommodations in the workplace can proceed. Proposal to ban lab-grown meat in Nebraska gets ...

KROC-AM
https://krocnews.com › ... :

## Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison has filed a consumer protection lawsuit** against four solar-panel sales companies based in Utah.

Wolf River Electric
https://wolfriverelectric.com :

## Wolf River Electric

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

About Us | Wolf River Electric | Locations | Contact Us

### People also search for

| | |
|---|---|
| Wolf river electric lawsuit update today **reddit** | Wolf River Electric **salary** |
| Wolf river electric lawsuit update today **2022** | Wolf River Electric **Reddit** |
| Wolf River Electric **reviews** | Wolf River Electric **BBB** |
| Wolf river electric lawsuit **Minnesota settlement** | Wolf River Electric **net worth** |



1 2 3 4 5 6 7 8    Next

Results are not personalized

● **Minneapolis, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms