# EXHIBIT 8





As of April 2022, the Minnesota Attorney General filed a lawsuit against Wolf River Electric, along with several other solar companies, alleging deceptive sales practices including misrepresenting cost savings, using high-pressure tactics, and tricking consumers into signing contracts by calling them "paperwork.". The lawsuit seeks restitution for affected consumers and penalties against the companies. Currently, **there haven't been any major updates regarding the outcome of the lawsuit against Wolf River Electric**, but you can check the Minnesota Attorney General's website for the latest information.

### Key points about the lawsuit:

**Allegations:**
The lawsuit claims Wolf River Electric and other solar companies misled customers about the cost savings of solar panels, used aggressive sales tactics, and made false promises about electricity bill reductions.

**Consumer impact:**
Many homeowners reportedly signed contracts with Wolf River Electric believing they were simply providing information, only to later discover they were legally bound to a solar installation.

**Potential outcomes:**
If the lawsuit is successful, affected consumers may be eligible for refunds or contract cancellations, and Wolf River Electric could face financial penalties.

---

Minnesota homeowners say they were hit with huge hidden fees when ...
Nov 8, 2024 — He reached out to Wolf River Electric because he listens to KFAN radio every morning and the company advertises heavily...

Star Tribune

### Minnesota AG Suing Four Solar Panel Sales Companies - KROC-AM

Apr 26, 2022 — The companies named in the lawsuit are Brio Energy(also known as Pure Solar Energy and Clean Energy Educators), Bello ...

 KROC-AM

### April 26, 2022 Press Release - Minnesota Attorney General

Apr 26, 2022 — The solar companies also misrepresented the cost savings and other benefits associated with their solar panels, urging...

Generative AI is experimental.

Minnesota Attorney General's Office



Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — **Ellison is suing four prominent solar lending companies**, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Reddit · r/Devilcorp
10+ comments · 6 months ago

### Possible Devil Corp : r/Devilcorp

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes ... | 128 posts | May 29, 2023 |
| Is my Solar Sales job a scam? - Reddit | 35 posts | Jan 18, 2020 |
| Does anyone have experience with Nusun Power before? | 115 posts | Dec 19, 2023 |
| Solar Sales Job, is this an MLM or scam? - Reddit | 39 posts | Feb 1, 2023 |

More results from www.reddit.com

## People also ask :

Who is the owner of Wolf River Electric?                     ∨

Is Wolf River Electric a good company to work for?            ∨

What is the warranty on Wolf River Electric?                  ∨

What solar company is being sued?                             ∨

Feedback


Angie's List
https://www.angi.com › companylist › wolf-river-electric...

### Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★★★   (15)


Yelp
https://www.yelp.com › ... › Home Services › Electricians

### WOLF RIVER ELECTRIC - Updated March 2025

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry and have filed ...

2.5 ★★★   (11)


Better Business Bureau
https://www.bbb.org › ... › Isanti › Electrician

### Wolf River Electric | BBB Business Profile

**Wolf River Electric is BBB Accredited.** BBB accredited business seal. This business has committed to upholding the BBB Standards for Trust.

3.9 ★★★★   (37)


Indeed
https://www.indeed.com › ... › Employee Reviews

### Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This company hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★         · Review by Appointment Setter

Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric

### Wolf River Electric | BBB Complaints | Better Business ...

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.

KROC-AM
https://krocnews.com › ...

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — **Minnesota Attorney General Keith Ellison has filed a consumer protection lawsuit** against four solar-panel sales companies based in Utah.

3/5/25, 7:36 PM                                                          wolf river electric lawsuit update - Google Search

   Wolf River Electric
   https://wolfriverelectric.com

## Wolf River Electric ✓

Headquartered in Isanti, Minnesota, **Wolf River Electric** is a leader in residential and commercial solar panel installations.

( About Us )   ( Wolf River Electric )   ( Contact Us )   ( See our projects )

   Trellis.Law
   https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...

## Legal Document ✓

Access this legal document on Trellis.Law. Review the document, case details, and **relevant case updates** to stay informed on this notable legal proceeding.

## People also search for

| | |
|---|---|
| Wolf river electric lawsuit update **today** | Wolf river electric lawsuit **Minnesota settlement** |
| Wolf river electric lawsuit update **reddit** | Wolf River Electric **Reddit** |
| Wolf river electric lawsuit update **2022** | Wolf River Electric **salary** |
| Wolf River Electric **reviews** | Wolf River Electric **net worth** |



Goooooogle >
1  2  3  4  5  6  7      Next

Results are not personalized

● **Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms