# EXHIBIT 9



### AI Overview

According to recent news reports, **the Minnesota Attorney General has filed a lawsuit against Wolf River Electric, alleging that the company engaged in deceptive sales practices regarding solar panel installations, including misleading customers about tax credits and using high-pressure tactics to sign contracts**; this lawsuit indicates that concerns regarding the legitimacy of Wolf River Electric's business practices are currently being investigated by legal authorities.

### Key points about the lawsuit:

**Deceptive sales tactics:**
The lawsuit claims Wolf River Electric misled customers about the amount of money they could save with solar panels and falsely stated that they were automatically eligible for tax credits.

**High-pressure sales:**
Consumers reported feeling pressured to sign contracts quickly, with concerns about hidden fees and financing terms.

**Poor installation quality:**
Some complaints also mention issues with the quality of solar panel installations once contracts were signed.

### What you should do:

**Do your research:**
Before signing a contract with Wolf River Electric, thoroughly research the company, read reviews, and compare quotes from other solar providers.

## Ask questions:

Be very clear about all aspects of the contract, including financing terms, potential savings, and any tax credits you may be eligible for. 🔗

## Contact the Attorney General's office:

If you believe you have been misled by Wolf River Electric, consider contacting the Minnesota Attorney General's office to file a complaint. 🔗

### April 26, 2022 Press Release - Minnesota Attorney General

Apr 26, 2022 — They told consumers they were automatically eligible for tax credits when they weren't. When consumers tried to get ou...

 Minnesota Attorney General's Office

### Wolf River Electric Reviews - Woodbury, MN - Angie's List

Buyer Beware. Wolf River damaged our newly installed roof while trying to install solar panel brackets in late October 2022. They ...

Angie's List

### WOLF RIVER ELECTRIC - Updated March 2025 - Yelp

He also told us that in the winter, all I had to do was clear some of the snow off of the panels and the panels would create heat ...

Yelp

Show all

Generative AI is experimental.     

 Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric

# Wolf River Electric | BBB Complaints | Better Business ... ✓

View complaints of **Wolf River Electric filed with BBB**. BBB helps resolve disputes with the services or products a business provides.
Missing: ~~legit~~ | Show results with: legit

## People also ask :

Who is the CEO of Wolf River Electric?

What is the warranty on Wolf River Electric?

Feedback


Reddit · r/Devilcorp
10+ comments · 6 months ago

## Possible Devil Corp : r/Devilcorp

Anyone heard about **Wolf River Electric**? It's based in Minnesota I was hired on and finished the training but I got a bad feeling about it.

| | | |
|---|---|---|
| Minnesotans who have installed solar on their homes | 128 posts | May 29, 2023 |
| Is my Solar Sales job a **scam**? | 35 posts | Jan 18, 2020 |
| Seriously my favorite billboard right now : r/minnesota | 34 posts | Jun 5, 2024 |
| Is it worth if for me to go solar? : r/solar | 13 posts | Jul 17, 2024 |

More results from www.reddit.com


Star Tribune
https://www.startribune.com › minnesota-homeowners-s...

## Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is **suing** four prominent solar lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: legit | Show results with: legit


Indeed
https://www.indeed.com › ... › Employee Reviews

## Misleading Job is Not what they tell you in the interview.

DO NOT WORK FOR **WOLF RIVER**. This **company** hires anyone without proper background checks and requires you to work on camera for the entire shift, which they fail ...

1.0 ★                · Review by Appointment Setter


Better Business Bureau
https://www.bbb.org › ... › Wolf River Electric

## Reviews - Wolf River Electric

View BBB customer reviews of **Wolf River Electric**. Leave a review and share your experience with the BBB and Wolf River Electric.

3.9 ★★★★         (37)


Trellis.Law
https://trellis.law › case › ltl-led-llc-dba-wolf-river-electri...

## Legal Document

Access this legal document on Trellis.Law. Review the document, case details, and relevant case updates to stay informed on this notable legal proceeding.

Missing: legit | Show results with: legit


Angie's List
https://www.angi.com › companylist › wolf-river-electric...

### Wolf River Electric Reviews - Woodbury, MN

**Wolf River damaged our newly installed roof** while trying to install solar panel brackets in late October 2022. They have violated our property and MN codes in ...

2.9 ★★★ (15)

Yelp
https://www.yelp.com › ... › Home Services › Electricians

### WOLF RIVER ELECTRIC - Updated March 2025

I've asked three times to take me off their Solicitation call list and they keep calling! I'm registered on the National do not call registry and have filed ...

2.5 ★★ (11)


Indeed
https://www.indeed.com › ... › Wolf River Electric

### Working at Wolf River Electric: 95 Reviews

95 reviews from Wolf River Electric employees about **Wolf River Electric culture, salaries, benefits, work-life balance, management, job security,** and more.

4.5 ★★★★ (100)

Isanti, MN    4.6 Management    4.6 Compensation & Benefits

KROC-AM
https://krocnews.com › ...

### Minnesota AG Suing Four Solar Panel Sales Companies

Apr 26, 2022 — Minnesota Attorney General Keith Ellison has filed a consumer protection **lawsuit** against four solar-panel sales companies based in Utah.

### People also search for

| Wolf river electric company legit lawsuit **reddit** | MN Wolf River **Solar reviews** |
|---|---|
| Wolf River Electric **employee reviews** | Wolf River Electric **net worth** |
| Wolf River Electric **BBB** | Wolf River Electric **salary** |

Wolf River Electric **Reddit**  🔍        Wolf river electric lawsuit **Minnesota settlement**  🔍



1  2  3  4  5  6  7  8  9  10        Next

Results are not personalized

**Hennepin County, Minnesota** - From your IP address - Update location

Help    Send feedback    Privacy    Terms