# EXHIBIT 14



### AI Overview

In a series of cases, the Minnesota Attorney General's Office pursued settlements against Justin Nielsen, who co-founded and served as general manager of solar companies, for misleading sales practices and hidden fees. The settlements, encompassing various defendants, resulted in bans on further sales, completion of outstanding projects, and restitution for consumers. Nielsen was part of a larger group of solar companies and individuals who were subject to lawsuits by the Attorney General's Office.

## Here's a more detailed look:

### Settlements and Bans:

Minnesota Attorney General's Office secured settlements and judgments against multiple defendants, including Avolta Power, Inc., related companies, and their managers, resulting in bans on further sales in Minnesota. These bans were part of a larger set of actions against solar companies for deceptive sales practices.

### Completion of Projects and Restitution:

The settlements also included mandates to complete existing solar projects for Minnesota consumers by a set deadline or cancel them without penalty. Additionally, consumers received restitution totaling over $310,000 for false promises related to the solar projects.

### Hidden Fees and Misleading Practices:

The Attorney General's Office investigated and sued solar companies for deceptive sales practices, including false promises about low interest and hidden fees that increased loan costs. Some solar companies were also accused of misleading consumers about tax credits and engaging in coercive sales tactics.

### Consumer Protections:

These settlements are part of a broader effort by the Attorney General's Office to protect Minnesota consumers from deceptive sales practices, including those in the solar industry. The office has also taken action against solar lending companies for deceptive practices and hidden fees.

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — This lawsuit is the latest in a series of actions taken by Attorney General Ellison to protect solar energy consumers i...

 Minnesota Attorney General's Office                                          ⋮

### July 17, 2024 Press Release - Minnesota Attorney General

Jul 17, 2024 — In March 2024, Attorney General Ellison filed a lawsuit against the four market-leading, solar lending companies doing...

Minnesota Attorney General                                                                          ⋮

### May 19, 2023 Press Release

May 19, 2023 — Attorney General Ellison secures final judgments against solar-sales companies that defrauded consumers. Settlements w...

Minnesota Attorney General's Office                                                                 ⋮

**Show all**

AI responses may include mistakes. For legal advice, consult a professional.    

---

 Minnesota Attorney General's Office
https://www.ag.state.mn.us › Office › 2024/07 › 17_Solar

### July 17, 2024 Press Release                    ⋮

Jul 17, 2024 — **Attorney General** Keith Ellison announced today **the** filing of four more **settlements** against **solar** installers and advertisers.
Missing: ~~justinnielsen~~ ~~manager~~

## People also ask  ⋮

Who is the Minnesota attorney general for solar lawsuit?                                      ⌄

What is the lawsuit against solar companies?                                                   ⌄

Is Keith Ellison still the Attorney General of Minnesota?                                      ⌄

Feedback



Minnesota Attorney General's Office

https://www.ag.state.mn.us › Office › Communications

### AGO Communications

**Attorney General Ellison reaches settlement with sham nonprofit and its founder** over violations of the Minnesota Nonprofit Corporation Act Previously ...

Missing: justinnielsen | Show results with: justinnielsen



Minnesota Attorney General's Office

https://www.ag.state.mn.us › 2024/03 › 08_SolarLending

### Attorney General Ellison sues solar lenders over $35M in ...

Mar 8, 2024 — A year later, Ellison secured a judgment against these companies, banning them from operating in **Minnesota** and winning $310K in restitution for ...

Missing: justinnielsen founder manager



Star Tribune

https://www.startribune.com › minnesota-homeowners-s...

### Minnesota Attorney General Keith Ellison sues solar ...

Nov 8, 2024 — Ellison is suing four prominent **solar** lending companies, accusing them of concealing and improperly charging $35 million in fees to Minnesotans since 2017.

Missing: justinnielsen | Show results with: justinnielsen



Minnesota Attorney General's Office

https://www.ag.state.mn.us › Office › 2025/04 › 16_Wall

### Tax debt settlement company ordered to pay more than $4 ...

Apr 16, 2025 — (Wall), along with its owner and **CEO**, to refund hundreds of Minnesotans more than $2.7 million in fees after defrauding them into signing up for ...

Missing: solar justinnielsen



Goodwin Procter

https://www.goodwinlaw.com › insights › blogs › 2024/03

### Minnesota AG Sues Solar Lending Companies Over ...

Mar 8, 2024 — On March 8, 2024, **the Minnesota Attorney General** announced that it had filed a lawsuit against four **solar** companies for allegedly violating ...

Missing: justinnielsen founder manager



Minnesota Attorney General's Office

https://www.ag.state.mn.us › 2025/01 › 28_SJM-Properties

### January 28, 2025 Press Release

Jan 28, 2025 — **Attorney General Ellison reaches settlement with sham nonprofit and its founder** over violations of the Minnesota Nonprofit Corporation Act.

Missing: solar justinnielsen

Minnesota Attorney General's Office
https://www.ag.state.mn.us › 2023/05 › 19_Avolta

### May 19, 2023 Press Release

May 19, 2023 — **Minnesota Attorney General** Keith Ellison announced today that he has reached **a settlement** and obtained judgment against **the** last of 10 defendants.

Missing: ~~justinnielsen founder~~

## Images

| Four more settlements over d... KIMT | LIVE \| Minnesota AG lawsuit o... YouTube | MN AG sues Trump administr... Star Tribune |

Show more images ⌄

## People also search for

| **Sunlight Financial lawsuit** | **GoodLeap** settlement |
| **Dividend Finance lawsuit** | Solar **Mosaic LLC lawsuit** |

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

⦿ **Isanti, Minnesota** - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms