UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LTL LED, LLC, D/B/A Wolf River Electric; Justin Nielsen; Vladimir Marchenko; Luka Bozek; and Jonathan Latcham,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 0:25-cv-02394-JMB-DJF |

### DECLARATION OF MATTHEW A. MACDONALD IN SUPPORT OF (1) RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND (2) IN SUPPORT OF MOTION TO AMEND

I, Matthew A. Macdonald, declare as follows:

1. I am counsel for Defendant Google LLC, and I have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. On April 18, 2025, I had a phone call with Mr. Kasprowicz regarding this action. I do not recall Mr. Kasprowicz making any statement on that call that Plaintiff Wolf River Electric sought damages to exceed $24 million. I do recall that Mr. Kasprowicz stated that he had no damages demand as of that time and would not be able to calculate a damages figure until after Plaintiff could take discovery.

3. On July 9, 2025, I, with other counsel for Google, met and conferred with Plaintiffs' counsel regarding Plaintiffs' Motion to Remand. Plaintiffs' counsel did not

raise, and the parties did not discuss, whether to resolve the dispute through Judge Foster's Informal Dispute Resolution.

4. At the July 9 meet and confer, Plaintiffs argued that the removal was untimely because they had demanded more than the jurisdictional amount in a letter dated March 13, 2025. I responded that this letter was not sufficient to start the removal clock because the Original Complaint did not identify the members of LTL LED, LLC or allege their citizenship. I asked Plaintiffs' counsel to identify any source providing LTL LED, LLC's membership and citizenship that had been provided to Google in this case or any other basis for an argument that the removal clock had started more than 30 days prior to the date of Google's Notice of Removal. Plaintiffs have not to date identified any such ground or pointed to any paper served prior to the Notice of Removal that identified the members of the LLC or their citizenship.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July, 2025, in Los Angeles, California.

> /s/ Matthew A. Macdonald
> MATTHEW A. MACDONALD
> (*pro hac vice*)
> **WILSON SONSINI GOODRICH & ROSATI PROFESSIONAL CORPORATION**
> 953 East 3rd Street, Suite 100
> Los Angeles, CA 90013
> Telephone: (323) 210-2900
> Facsimile: (323) 210-7329
> matthew.macdonald@wsgr.com
>
> *Counsel for Google LLC*